| | |
|---|---|
| Name | Matthew Shayefar |
| Bar # | (CA 289685) - PHV forthcoming |
| Firm | Boston Law Group, PC |
| Address | 825 Beacon Street |
| | Suite 20 |
| | Newton Centre, MA 02459 |
| Telephone | 617-928-1806 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

GGS Ltd et al

    Plaintiff,

vs.

Ritzio Purchase Limited et al

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Plaintiff GGS Ltd in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  17th  day of  May , 2018 .

/s/ Matthew Shayefar
_____
Counsel of Record

Certificate of Service:

- 2 -