1  **Valentin Gurvits** (*pro hac vice* forthcoming)
   vgurvits@bostonlawgroup.com
2  **Matthew Shayefar** (*pro hac vice* forthcoming)
   matt@bostonlawgroup.com
3  **Boston Law Group, PC**
   825 Beacon Street, Suite 20
4  Newton Centre, Massachusetts 02459
   Tel: 617-928-1800 | Fax: 617-928-1802
5
   *Attorneys for Plaintiffs*
6
                    **UNITED STATES DISTRICT COURT FOR THE**
7                        **DISTRICT OF ARIZONA**

8
   **GGS Ltd**,
9  an Anguilla company, and                    Case No.: CV-18-01512-PHX-DLR
   **InfoStar Management Ltd,**
10 an English company,
                                                **Notice of Non-Applicability of Trademark**
11     Plaintiffs,                                      **Information Form**

12 v.

13 **Ritzio Purchase Limited**,
   a Cyprus company,
14 **Dareos Inc.**,
   a Marshall Islands company, and
15 **Dareos Ltd.**,
   a Cyprus company,
16
       Defendants.
17

18     Plaintiffs, by and through their undersigned counsel, hereby respond to the Court's

19 Minute Order dated May 18, 2018 (Docket No. 5), requiring that Plaintiffs must complete and

20 provide to the Clerk forms AO 120 and/or AO 121, or, if neither form is required for this case,

21 file a notice indicating the reason the forms are not necessary.  Plaintiffs hereby provide a notice

22 indicating the reason the forms are not necessary.

23

                                          1

1    Although this is a trademark related case, Form AO121 and a notice to the Director of the

2    Patent and Trademark Office pursuant to 15 U.S.C. § 1116 is inapplicable in this case.  The

3    trademark registrations implicated in this case are Defendants' trademark registrations in Russia

4    and other international trademark registrations.  Complaint, ¶ 27.  Plaintiffs' counsel has

5    searched the Patent and Trademark Office's database and has not found any trademarks

6    registered to Defendants in the United States.  Nor have Defendants, in the UDRP proceeding

7    that preceded this case, made reference to any trademark registrations in the United States.

8    Form AO121 is required pursuant to 15 U.S.C. § 1116(c), which states, in relevant part,

9    as follows (emphasis added):

10       It shall be the duty of the clerks of such courts within one month after the filing
         of any action, suit, or proceeding *involving a mark registered under the*

11       *provisions of this chapter* to give notice thereof in writing to the Director setting
         forth in order so far as known the names and addresses of the litigants and

12       designating the number or numbers of the registration or registrations upon which
         the action, suit or proceeding has been brought....

13
     Given that this action does not involve a mark registered under the provisions of Chapter

14
     22 of Title 15 of the United States Code, no notice is required to be provided to the Patent and

15
     Trademark Office.

16
     To make clear: this Court has personal jurisdiction over Defendants in this matter on the

17
     basis that Defendants explicitly consented to the jurisdiction of this Court for the purposes of this

18
     matter.  Complaint, ¶ 14.  This Court further has subject matter jurisdiction over this matter on

19
     the basis of, *inter alia*, federal question and 15 U.S.C. § 1114(2)(D)(v).  Complaint, ¶ 12.

20
     On the basis of the foregoing, Plaintiffs respectfully request that the Court acknowledge

21
     and order that Plaintiffs are not required to file Forms AO120 and AO121.

22

23

1    DATED this 18th day of May, 2018.        Respectfully submitted,
                                              Plaintiffs
2                                             By their Attorneys,

3
                                             /s/ Matthew Shayefar
4                                            Matthew Shayefar (*pro hac vice* forthcoming)
                                             Valentin Gurvits (*pro hac vice* forthcoming)
5                                            Boston Law Group, PC
                                             825 Beacon Street, Suite 20
6                                            Newton Centre, Massachusetts 02459
                                             Tel:    (617) 928-1800
7                                            Fax:    (617) 928-1802
                                             matt@bostonlawgroup.com
8                                            vgurvits@bostonlawgroup.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23