1  **Valentin Gurvits** (*pro hac vice* forthcoming)
   vgurvits@bostonlawgroup.com
2  **Matthew Shayefar** (*pro hac vice* forthcoming)
   matt@bostonlawgroup.com
3  **Boston Law Group, PC**
   825 Beacon Street, Suite 20
4  Newton Centre, Massachusetts 02459
   Tel: 617-928-1800 | Fax: 617-928-1802
5
   *Attorneys for Plaintiffs*
6
                 **UNITED STATES DISTRICT COURT FOR THE**
7                        **DISTRICT OF ARIZONA**

8
       **GGS Ltd**,
9      an Anguilla company, and                  Case No.: CV-18-01512-PHX-DLR
       **InfoStar Management Ltd,**
10     an English company,
                                                  **Declaration of Matthew Shayefar in**
11         Plaintiffs,                            **Support of Plaintiffs' Motion for**
                                                  **Additional Time to Serve Defendants and**
12     v.                                         **File Notices of Service**

13     **Ritzio Purchase Limited**,
       a Cyprus company,
14     **Dareos Inc.**,
       a Marshall Islands company, and
15     **Dareos Ltd.**,
       a Cyprus company,
16
           Defendants.
17

18  I, Matthew Shayefar, do hereby declare as follows:

19         1.      My name is Matthew Shayefar.  I am an attorney licensed in the Commonwealth

20  of Massachusetts, the State of California and the State of Florida.  I am over the age of 18 years.

21  I am counsel of record to Plaintiffs in the above captioned case and have been granted *pro hac*

22  *vice* appearance in this case.

23

                                               1

1    2.    Upon my research into the Hague Convention on the Service Aboard of Judicial

2    and Extrajudicial Documents (the "Hague Service Convention"), including hcch.net, the

3    Republic of Cyprus is a signatory to the Hague Service Convention, but the Republic of the

4    Marshall Islands is not.

5        3.    On June 12, 2018, Boston Law Group, PC engaged Language Connections of

6    Boston, Massachusetts to created certified translations into Greek of the Complaints and

7    summonses in this case for service on Defendants Ritzio Purchase Limited and Dareos Ltd.

8    Language Connections returned the translated documents on July 25, 2018.

9        4.    On July 25, 2018, after receiving the translated documents, I contacted two

10    vendors to enquire about performing service of process on the Defendants in the Republic of

11    Cyprus.

12        5.    On July 27, 2018, Boston Law Group, PC engaged Process Service Network,

13    LLC of Chatsworth, California to serve Defendants Ritzio Purchase Limited and Dareos Ltd. in

14    the Republic of Cyprus.  Process Service Network, LLC has told me that they estimate it will

15    take them approximately two to three weeks to accomplish service on Defendants Ritzio

16    Purchase Limited and Dareos Ltd.

17        6.    On June 12, 2018, I contacted, via email, the Trust Company of the Marshall

18    Islands ("TCMI"), which purportedly acts as the registered agent for all non-resident domestic

19    Republic of the Marshall Islands companies, to enquire as to how service of process may be

20    completed on Defendant Dareos Inc.  On June 26, 2018, the TCMI responded to me with general

21    instructions on service.

22

23

2

1      7.      On July 30, 2018, Process Service Network LLC provided me a quote and

2   timeline for service of process on Dareos Inc., stating a total cost of $3,750 with a time frame of

3   six months to one year.

4      8.      On July 30, 2018, I emailed Mr. Michael Bierman, who has filed a *pro hac vice*

5   application in this case on behalf of Defendants, to ask his position on the filing of Plaintiffs'

6   motion and whether he would accept service of process on behalf of Defendants.  In an email

7   response and a follow-up telephone conversation, Mr. Bierman has stated to me that he would

8   confer with his clients about the motion and whether he would accept service of process, but at

9   the time of the filing of this document he was unable to provide a definitive answer about either

10   and did not believe he would be able to provide a definitive response today.

11

12   Signed under the pains and penalties of perjury, this 30th day of July, 2018.

13

14                                    /s/ Matthew Shayefar

15

16

17

18

19

20

21

22

23