UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd,** an English company,<br><br>    Plaintiffs,<br><br>v.<br><br>**Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company,<br><br>    Defendants. | Case No.: CV-18-01512-PHX-DLR<br><br>**[Proposed] Order on Plaintiffs' Motion for Additional Time to Serve Defendants and File Notices of Service** |

This matter has come before the Court on Plaintiffs' Motion for Additional Time to Serve Defendants and File Notices of Service (First Request). The Court has reviewed the Motion and is otherwise fully advised on the premises. Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Plaintiffs' Motion for Additional Time to Serve Defendants and File Notices of Service (First Request) is GRANTED.

2.	Plaintiffs shall have until October 31, 2018 to file notices of service on Defendants or, if service is not yet complete, to file a status report on Plaintiffs' efforts to serve Defendants.

DONE AND ORDERED in chambers this ____ day of _____, 2018.