# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Limited, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Ritzio Purchase Limited, et al.,<br><br>    Defendants. | No. CV-18-01512-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion for Additional Time to Serve Defendants and File Notices of Service. (Doc. 11.) For good cause shown,

**IT IS ORDERED** that Plaintiffs' Motion for Additional Time to Serve Defendants and File Notices of Service is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **October 31, 2018** to file notices of service on Defendants or, if service is not yet complete, to file a status report on Plaintiffs' efforts to serve Defendants.

Dated this 2nd day of August, 2018.

Douglas L. Rayes
United States District Judge