**Valentin Gurvits** (*pro hac vice* forthcoming)
vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* forthcoming)
matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd,** an English company,<br><br>    Plaintiffs,<br><br>v.<br><br>**Ritzio Purchase Limited**, a Cyprus company,<br>**Dareos Inc.**, a Marshall Islands company, and<br>**Dareos Ltd.**, a Cyprus company,<br><br>    Defendants. | Case No.: CV-18-01512-PHX-DLR<br><br>**Stipulated Joint Motion to Continue Scheduling Conference**<br>**(First Request)** |

Plaintiffs GGS Ltd and InfoStar Management Ltd and Defendants Ritzio Purchase Limited, Dareos Inc. and Dareos Ltd, by and through their respective undersigned counsel, hereby jointly move this honorable Court for an order continuing the Scheduling Conference currently set for October 26, 2018 by at least forty-five (45) days to allow, *inter alia*, Defendants to respond to the Complaint before the conference. Defendants have until November 15, 2018 to respond to the Complaint. In support of this Motion, the Parties state as follows:

1. Plaintiffs filed the Complaint in this matter on May 17, 2018 (D.E. 1).

2. Defendants Ritzio Purchase Limited and Dareos Ltd. are Republic of Cyprus companies and Defendant Dareos Inc. is a Republic of the Marshall Islands company.

3. On August 17, 2018, after Plaintiffs' efforts to serve Defendants by other means (see Docket No. 11), Defendants accepted the waiver of service of the summons pursuant to F.R.C.P. 4(d). In accordance with F.R.C.P. 4(d)(3), because Defendants are outside of any judicial district of the United States, Defendants have 90 days after the date of the waiver to respond to the Complaint. Accordingly, Defendants have until November 15, 2018 to respond to the Complaint.

4. Because Defendants have not yet responded to the Complaint (nor are they required to prior to the current date scheduled for the scheduling conference), the Parties are not in an position to be able to appropriately meet and confer prior to the scheduling conference or to be able to meaningfully provide the Court necessary information about the case at the scheduling conference if it is held as planned for October 29.

5. At this time, the Parties expect that they will be able to meaningfully engage in a meet and confer process and attend the scheduling conference at least thirty (30) days following Defendants' response to the Complaint, meaning that the scheduling conference would need to be continued by at least forty-five (45) days.

6. No previous continuances have been granted concerning the scheduling conference.

On the basis of the foregoing, the Parties jointly request that this honorable Court continue the scheduling conference by at least forty-five (45) days and to proportionally extend all other deadlines associated therewith (including the time to meet and confer prior to the

conference and the time to file a Joint Proposed Discovery Plan prior to the conference). The Parties have conferred and are available to attend the scheduling conference on December 26, 27 or 28, 2018.

DATED this 16th day of October, 2018.

                               Respectfully submitted,

                               Plaintiffs
                               By their Attorneys,

                               /s/ Matthew Shayefar
                               Matthew Shayefar (*pro hac vice*)
                               Valentin Gurvits (*pro hac vice*)
                               Boston Law Group, PC
                               825 Beacon Street, Suite 20
                               Newton Centre, Massachusetts 02459
                               Tel: (617) 928-1800
                               Fax: (617) 928-1802
                               matt@bostonlawgroup.com
                               vgurvits@bostonlawgroup.com

                               Defendants
                               By their Attorneys,

                               /s/ Kate E. Hart
                               Kate E. Hart (*pro hac vice*)
                               Michael H. Bierman (*pro hac vice*)
                               Dentons US LLP
                               601 South Figueroa Street, Suite 2500
                               Los Angeles, California 90017
                               Tel: 816 460 2456
                               kate.hart@dentons.com
                               michael.bierman@dentons.com