1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA**

8

9    **GGS Ltd**,                                          Case No.: CV-18-01512-PHX-DLR
     an Anguilla company, and
     **InfoStar Management Ltd,**
10   an English company,

11       Plaintiffs,                                        **[Proposed] Order on Stipulated Joint
                                                            Motion to Continue
                                                            Scheduling Conference**
12   v.

13   **Ritzio Purchase Limited**,
     a Cyprus company,
14   **Dareos Inc.**,
     a Marshall Islands company, and
15   **Dareos Ltd.**,
     a Cyprus company,

16
         Defendants.
17

18       This matter has come before the Court on the Parties' Stipulated Joint Motion to

19   Continue Scheduling Conference (First Request).  The Court has reviewed the Motion and is

20   otherwise fully advised on the premises.  Accordingly, it is hereby ORDERED AND

21   ADJUDGED:

22       1.      Stipulated Joint Motion to Continue Scheduling Conference (First Request) is

23   GRANTED.

1

2.      The scheduling conference is continued to _____ and all other deadlines associated therewith (including the time to meet and confer prior to the conference and the time to file a Joint Proposed Discovery Plan prior to the conference) are extended proportionately as well.

DONE AND ORDERED in chambers this _____ day of _____, 2018.


_____

United States District Judge