# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Limited, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Ritzio Purchase Limited, et al.,<br><br>　　　　Defendants. | No. CV-18-01512-PHX-DLR<br><br>**ORDER** |

　　　The Court has reviewed the parties' Stipulated Joint Motion to Continue Scheduling Conference. (Doc. 16.) For good cause,

　　　**IT IS ORDERED** vacating the Rule 16 Scheduling Conference set for October 26, 2018 at 4:30 p.m. and resetting to **December 18, 2018 at 9:00 a.m.**

　　　**IT IS FURTHER ORDERED** all other deadlines associated therewith (including the time to meet and confer prior to the conference and the time to file a Joint Proposed Discovery Plan prior to the conference) are extended proportionately as well.

　　　Dated this 23rd day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge