MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email: kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
RITZIO PURCHASE LIMITED, DAREOS INC.,
and DAREOS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS LTD and INFOSTAR MANAGEMENT LTD,<br><br>Plaintiffs,<br><br>v.<br><br>RITZIO PURCHASE LIMITED, DAREOS INC., and DAREOS LTD.,<br><br>Defendants. | Case No.  CV-18-01512-PHX-DLR<br><br>**STIPULATED JOINT MOTION TO RESET SCHEDULING CONFERENCE**<br>**(Second Request for Rescheduling)** |

  Plaintiffs GGS Ltd and InfoStar Management Ltd and Defendants Ritzio Purchase Limited, Dareos Inc. and Dareos Ltd, by and through their respective undersigned counsel, hereby jointly move this honorable Court for an order resetting the Scheduling Conference currently set for December 10, 2018, due to scheduling conflicts of appearing counsel.  In support of this Motion, the Parties states as follows:

  1.  Plaintiffs filed the Complaint in this matter on May 17, 2018 (D.E. 1).

  2.  The Court set the Scheduling Conference for October 28, 2018.  (D.E. 10.)

1
STIPULATED JOINT MOTION TO RESET SCHEDULING CONFERENCE
109575633\V-1

3. Pursuant to Defendants' foreign status and acceptance of waiver of service of the summons pursuant to F.R.C.P. 4, Defendants' deadline to respond to the Complaint is November 15, 2018.

4. Because Defendants would not yet be required to respond to the Complaint by October 29, 2018, the Parties were not in a position to be able to appropriately meet and confer prior to the scheduling conference or to be able to meaningfully provide the Court necessary information about the case at the scheduling conference if held as planned for October 29.

5. Accordingly, the Parties jointly requested that the Court continue the scheduling conference and all associated deadlines.  (D.E. 16.)  The Parties conferred and provided available dates for the continued scheduling conference for the Court's convenience.  (*Id*.)

6. The Court granted the Parties' motion to continue the scheduling conference, rescheduling the Scheduling Conference for December 18, 2018.  (D.E. 17.)

7. Due to scheduling conflicts, the Court rescheduled the Scheduling Conference for December 6, 2018.  (D.E. 18.)

8. By its own motion, the Court rescheduled the Scheduling Conference for December 10, 2018.  (D.E. 20.)

9. Defendants' counsel has an unavoidable scheduling conflict on December 10, 2018.

10. Defendants' counsel requested, and Plaintiffs' counsel agreed, that the Parties submit this request that the Scheduling Conference be reset.

On the basis of the foregoing, the Parties jointly request that this honorable Court reset the scheduling conference and proportionally extend all other deadlines associated therewith (including the time to meet and confer prior to the conference and the time to file a Joint Proposed

Discovery Plan prior to the conference).  <u>The Parties have conferred and are available to attend the scheduling conference on **December 17, 26, 27 or 28, 2018**</u>.

DATED this 9th day of November, 2018.   Respectfully submitted,

Defendants
By their Attorneys,

/s/ Kate E. Hart
Kate E. Hart (*pro hac vice*)
Michael H. Bierman (*pro hac vice*)
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Tel: 816 460 2456
kate.hart@dentons.com
michael.bierman@dentons.com

Plaintiffs
By their Attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: (617) 928-1800
Fax: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

3
STIPULATED JOINT MOTION TO RESET SCHEDULING CONFERENCE
109575633\V-1