IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS LTD and INFOSTAR MANAGEMENT LTD, <br><br> Plaintiffs, <br><br> v. <br><br> RITZIO PURCHASE LIMITED, DAREOS INC., and DAREOS LTD., <br><br> Defendants. | Case No. CV-18-01512-PHX-DLR <br><br> **[PROPOSED] ORDER REGARDING STIPULATED JOINT MOTION TO RESET SCHEDULING CONFERENCE** <br> **(Second Request for Rescheduling)** |

This matter has come before the Court on the Parties' Stipulated Joint Motion to Reset Scheduling Conference (Second Request for Rescheduling). The Court has reviewed the Motion and is otherwise fully advised on the premises. Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Stipulated Joint Motion to Reset Scheduling Conference (Second Request for Rescheduling) is GRANTED.

2. The scheduling conference is continued to _____ and all other deadlines associated therewith (including the time to meet and confer prior to the conference and the time to file a Joint Proposed Discovery Plan prior to the conference) are extended proportionately as well.

DONE AND ORDERED in chambers this ____ day of _____, 2018.

_____
United States District Judge

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300