MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email: kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd and Infostar Management Ltd,<br><br>Plaintiffs,<br><br>v.<br><br>Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.,<br><br>Defendants. | Case No.  CV-18-01512-PHX-DLR<br><br>**DEFENDANT RITZIO PURCHASE LIMITED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

This Corporate Disclosure Statement is filed on behalf of Ritzio Purchase Limited in compliance with the provisions of: *(check one)*

☒  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that

1

CORPORATE DISCLOSURE STATEMENT

1  identifies any parent corporation and any publicly held corporation that
2  owns 10% or more of its stock or states that there is no such corporation.
3  ☐   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational
4  victim of alleged criminal activity is a corporation the government must file
5  a statement identifying the victim and the statement must also disclose the
6  information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒   No such corporation.

☐   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Relationship _____

☐   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____ Relationship _____

☐   Other (please explain)

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated:  November 15, 2018         DENTONS US LLP

                                  \_\_\_/s/ Kate E. Hart_____

                                  Attorneys for Defendants/Counterclaimants
                                  Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300

# CERTIFICATE OF SERVICE

Defendant Ritzio Purchase Limited, by and through its undersigned attorney of record, hereby certifies that Defendant's Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 was served via electronic mail and CM-ECF, on the 15th day of November, 2018 on the following counsel:

>Matthew Shayefar
>Valentin Gurvits
>Boston Law Group, PC
>825 Beacon Street, Suite 20
>Newton Centre, Massachusetts 02459
>Tel: (617) 928-1800
>Fax: (617) 928-1802
>matt@bostonlawgroup.com
>vgurvits@bostonlawgroup.com
>Attorneys for Plaintiffs

Dated: November 15, 2018

Respectfully submitted,

DENTONS US LLP

By: /s/ *Kate E. Hart*

Michael Bierman (*pro hac vice*)
Kate E. Hart (*pro hac vice*)
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

3
CORPORATE DISCLOSURE STATEMENT

109659411\V-1