# EXHIBIT A

# Company Overview





# Ritzio International: European gaming clubs operator

Turnover Geographical Breakdown
(2nd half of 2010)



Ritzio International is a large international provider of gaming and entertainment services. Currently the Company operates over two hundred of gaming clubs in the Western and Eastern Europe.

Ritzio International is present in 6 countries:
Germany, Latvia, Belorussia, Romania, Croatia and Italy.

- Key brands – Vulkan and Million gaming clubs
- 204 gaming clubs










# Ritzio International: European gaming clubs operator

## Financial highlights: 2006-2010

|  | 2006 | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|
| International Operations | 173 | 274 | 470 | 276 | 154 | 1 348 |
| Local Operations | 1 172 | 1 323 | 1 393 | 349 | - | 4 237 |
| Total | 1 345 | 1 597 | 1 863 | 625 | 154 | **5 584** |

Revenue for 2006-2010 over $5,5 billion

## Ritzio milestones



Vulkan clubs opened in Moscow, Russia — 1992

Metro Jackpot gaming chain launched in Ukraine — 1998

King premium gaming network opened in Kiev, Ukraine — 2004

Vulkan Sterns launched in Germany — 2007

Ritzio entered Italy and Croatia — 2008

Acquisition of several lottery projects — 2010

1992 · 1995 · 1998 · 2002 · 2004 · 2005 · 2007 · 2008 · 2009 · 2010

River Palace boat entertainment center opened in Kiev, Ukraine — 1995

Labirints clubs acquired in Riga, Latvia — 2002

Million gaming chain opened in Romania — 2005

Ritzio entered Belorussian and Czech markets — 2007

Ritzio opened first VLT clubs in Russia — 2009



# GERMANY



Gaming machines
**2 134**

### Overview

Germany represents one of the most important markets for Ritzio as recent changes in regulations provide a solid ground for a major consolidation of the industry. With over 2,130 gaming machines deployed across Germany, Ritzio Germany operates 113 gaming locations in the largest of country's cities.

Its business activities are managed by three companies, established in the three key regions: Ritzio Central Germany (Cologne), Ritzio North Germany (Hamburg) and Ritzio Berlin (Berlin).



### Brands and Activities

Vulkan Stern is a German version of Ritzio's key brand 'Volcano'. Ritzio International operates a family of Vulcano-themed facilities that provide visitors with flexible access to a growing portfolio of gaming venues, entertainment services and strict standards of quality and safety. Thousands of visitors access 216 gaming properties located in four European countries.

Vulkan Stern Automatencasinos are formatted specifically for German operations and provide exciting gaming experience to players.



# ITALY



Gaming machines
**335**

### Overview

Ritzio Italy is represented by two offices, leading their businesses in different parts of the country – Rome and Milan. Currently the Company operates 11 gaming clubs and 335 machines nationwide.

### Brands and Activities

'Vulcano della Fortuna' is an Italian version of Ritzio's key brand 'Volcano', a recognized international brand. Our customers know that Vulcan is a place they can trust. The clubs are safe and secure; the machines' settings are honest. Vulcan guarantees paying out the money they win. Being part of a large network of clubs, we are known to be a stable and reliable company.







# BELARUS



Gaming machines
**1 401**

### Overview

Ritzio International entered the Belarusian market in 2007. Due to the Company's intensive expansion and vast experience in international operations, today Ritzio has 33 gaming clubs and 1,401 machines in the country.

### Brands and Activities

Vulcan chain of gaming clubs located the country's urban areas. The network is designed, equipped and managed in a strict accordance with Ritzio's requirements, those including comfortable and fresh interiors, modern machines and a selection of quality entertainment services.







# ROMANIA



Gaming machines
**1 103**

### Overview

Ritzio entered the Romanian market in 2005, and today the Company is one of the largest gaming operators in the country. It operates 29 gaming clubs and 1,103 machines nationwide.

### Brands and Activities

Million, an international chain of gaming clubs.  Millions are designed for modern city dwellers who seek an exciting player experience and positive emotions. Well positioned, the chain continues to gain popularity among local clients and is further strengthening its market position.







# CROATIA



Gaming machines
**668**

### Overview

Since 2008 Ritzio has acquired 21 gaming arcades in Croatia. The Company's primary focus in Croatia is to pursue and develop small and medium-size clubs segment within the 'convenient gaming' market. Balanced local gaming legislation and favourable market conditions provided Ritzio with an opportunity to reach its goal within a short period of time.

### Brands and Activities

The gaming properties are located in ten cities including the country's capital, Zagreb. Ritzio rebranded the acquired clubs into a Croatian version of company's key brand 'Volcano'– a popular multinational gaming chain, that employs principles of quality mass service and consistent branding.







# LATVIA



Gaming machines
**203**



**Overview**

Ritzio entered the Latvian market in 2003. Today the Company operates a network of 8 gaming clubs and 203 gaming machines.

**Brands and Activities**

The Labirints chain of gaming clubs is a developing sector of gaming services for modern and successful people. Labirints clubs are visited by those who not only make gaming a part of their everyday lives, but also a demand quality gaming establishment. The Labirints chain of gaming clubs operates in most of Latvia's cities.












