# EXHIBIT B

| No. | TM Representation | TM Number (place of registration) | Date of Registration | Link to the Register | TM Owner |
|---|---|---|---|---|---|
| 1. | | 791038 (WIPO) | 03.09.2002 | http://www.wipo.int/branddb/en/showData.jsp?ID=MAD.0791038 | DAREOS LTD. |
| 2. | | 949162 (WIPO) | 26.01.2007 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=RO94M.0949162 | DAREOS LTD. |
| 3. | VULCANO DELLA FORTUNA | 948438 (WIPO) | 30.10.2007 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0948438 | DAREOS LTD. |
| 4. | VULCANO DI FORTUNA | 948439 (WIPO) | 30.10.2007 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0948439 | DAREOS LTD. |
| 5. | VULCANO FORTUNATO | 948440 (WIPO) | 30.10.2007 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0948440 | DAREOS LTD. |
| 6. | VULKAN | 984297 (WIPO) | 11.08.2008 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0984297 | DAREOS LTD. |
| 7. | VOLCANO | 989103 (WIPO) | 11.08.2008 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0989103 | DAREOS LTD. |
| 8. | | 977713 (WIPO) | 12.08.2008 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0977713 | DAREOS LTD. |
| 9. | | 992196 (WIPO) | 17.10.2008 | http://www.wipo.int/madrid/monitor/en/showData.jsp?ROM=1&ID=ROM.0992196 | DAREOS LTD. |
| 10. | | 014193544 (EUIPO) | 23.09.2015 | https://euipo.europa.eu/eSearch/#details/trademarks/014193544 | DAREOS LTD. |
| 11. | | 30738661 (Germany) | 07.08.2007 | https://register.dpma.de/DPMAregister/marke/register/307386619/DE?lang=en | DAREOS INC. |

| # | Mark | Registration No. | Date | URL | Owner |
|---|---|---|---|---|---|
| 12. | | 30737790 (Germany) | 10.08.2007 | https://register.dpma.de/DPMAregister/marke/register/307377903/DE?lang=en | DAREOS INC. |
| 13. | | 302008017149 (Germany) | 24.02.2009 | https://register.dpma.de/DPMAregister/marke/register/3020080171499/DE?lang=en | DAREOS INC. |
| 14. | | 302009045953 (Germany) | 31.08.2009 | https://register.dpma.de/DPMAregister/marke/register/3020090459533/DE?lang=en | DAREOS INC. |
| 15. | VULKAN | Z20080152 (Croatia) | 19.01.2009 | http://it-app.dziv.hr/Pretrage/en/z/Detaljno.aspx/Z20080152A | DAREOS INC. |
| 16. | | Z20080153 (Croatia) | 26.01.2009 | http://it-app.dziv.hr/Pretrage/en/z/Detaljno.aspx/Z20080153A | DAREOS INC. |
| 17. | VULKAN | 57932 (Republic of Serbia) | 31.03.2009 | http://reg.zis.gov.rs/regis/ndetail.php?captcha=PmPnzG&entity=mark&lang=en&file_nbr=2007_00002888&submit= | DAREOS INC. |
| 18. | | 57934 (Republic of Serbia) | 31.03.2009 | http://reg.zis.gov.rs/regis/detail.php?entity=mark&lang=en&file_nbr=200702970 | DAREOS INC. |
| 19. | | 308351 (Czech Republic) | 21.10.2009 | https://isdv.upv.cz/webapp/oza.det?pcipv=461972&plang=en | DAREOS INC. |
| 20. | | 362017000088525 (Italy) 0001288220 | 26.05.2010 | http://www.uibm.gov.it/bancadati/search.php | DAREOS INC. |
| 21. | | 362017000088541 (Italy) 0001288221 | 26.05.2010 | http://www.uibm.gov.it/bancadati/search.php | DAREOS INC. |
| 22. | | M 65021 (Republic of Latvia) | 20.07.2012 | http://databases.lrpv.gov.lv/databases/en/trademark/details/M-12-396 | DAREOS INC. |
| 23. | VULKAN | M 65242 (Republic of Latvia) | 20.09.2012 | http://databases.lrpv.gov.lv/databases/en/trademark/details/M-12-397 | DAREOS INC. |

| # | Mark | Reg. No. | Date | URL | Owner |
|---|---|---|---|---|---|
| 24. | | M 66717 (Republic of Latvia) | 20.10.2013 | http://databases.lrpv.gov.lv/databases/en/trademark/details/M-13-325 | DAREOS INC. |
| 25. | | M 66718 (Republic of Latvia) | 20.10.2013 | http://databases.lrpv.gov.lv/databases/en/trademark/details/M-13-326 | DAREOS INC. |
| 26. | VULKAN | M 66719 (Republic of Latvia) | 20.10.2013 | http://databases.lrpv.gov.lv/databases/en/trademark/details/M-13-325 | DAREOS INC. |
| 27. | VULKAN BĀRS | M 66720 (Republic of Latvia) | 20.10.2013 | http://databases.lrpv.gov.lv/databases/en/trademark/details/M-13-328 | DAREOS INC. |
| 28. | | 26542 (Republic of Moldova) | 25.12.2014 | http://www.db.agepi.md/marcireprezentanti/Details.aspx?idapply=032588 | DAREOS INC. |
| 29. | VULKAN | 27066 (Republic of Moldova) | 10.05.2015 | http://www.db.agepi.md/marcireprezentanti/Details.aspx?idapply=033396 | DAREOS INC. |
| 30. | | 193239 (Russian Federation) | 28.08.2000 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=193239&TypeFile=html | DAREOS INC. |
| 31. | | 216203 (Russian Federation) | 03.07.2002 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=216203&TypeFile=html | DAREOS INC. |
| 32. | РАЗБУДИ ВУЛКАН УДАЧИ! | 257824 (Russian Federation) | 28.10.2003 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=257824&TypeFile=html | DAREOS INC. |
| 33. | | 307722 (Russian Federation) | 01.06.2006 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=307722&TypeFile=html | DAREOS INC. |
| 34. | | 307880 (Russian Federation) | 02.06.2006 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=307880&TypeFile=html | DAREOS INC. |

| # | Mark | Registration No. | Date | URL | Owner |
|---|---|---|---|---|---|
| 35. | VOLCANO | 307879 (Russian Federation) | 02.06.2006 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=307879&TypeFile=html | DAREOS INC. |
| 36. | V (logo) | 320012 (Russian Federation) | 26.01.2007 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=320012&TypeFile=html | DAREOS INC. |
| 37. | VULCANO FORTUNATO | 336660 (Russian Federation) | 30.10.2007 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=336660&TypeFile=html | DAREOS INC. |
| 38. | VULCANO DELLA FORTUNA | 336661 (Russian Federation) | 30.10.2007 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=336661&TypeFile=html | DAREOS INC. |
| 39. | VULCANO DI FORTUNA | 336662 (Russian Federation) | 30.10.2007 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=336662&TypeFile=html | DAREOS INC. |
| 40. | ВУЛКАН (logo) | 342290 (Russian Federation) | 28.01.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=342290&TypeFile=html | DAREOS INC. |
| 41. | ВУЛКАН игровые клубы (logo) | 342291 (Russian Federation) | 28.01.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=342291&TypeFile=html | DAREOS INC. |
| 42. | VULCANO DI FORTUNA (logo) | 349206 (Russian Federation) | 04.05.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=349206&TypeFile=html | DAREOS INC. |
| 43. | VULCANO DELLA FORTUNA (logo) | 352257 (Russian Federation) | 09.06.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=352257&TypeFile=html | DAREOS INC. |
| 44. | ВУЛКАН (logo) | 353694 (Russian Federation) | 25.06.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=353694&TypeFile=html | DAREOS INC. |

| | | | | | |
|---|---|---|---|---|---|
| 45. | VULKAN | 353692 (Russian Federation) | 25.06.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=353692&TypeFile=html | DAREOS INC. |
| 46. | ВУЛКАН | 361357 (Russian Federation) | 07.10.2008 | http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&rn=1248&DocNumber=361357&TypeFile=html | DAREOS INC. |