# EXHIBIT C

deutsch
search
site map

- Our company
- Gaming Venues
- Press Centre
  News Press Kit
- Contact us

On May 15, a new slot hall was opened in Karlovac city, central Croatia....
more

Croatia
Croatia
Germany nationwide
Germany nationwide
Germany Berlin
Germany Berlin
Ritzio development
Ritzio development



© 2011 Ritzio. All Rights Reserved.



[deutsch](#)

search

[site map](#)

- [Our company](#)
  Company Overview ManagementNewsDevelopmentSocial Responsibility
- [Gaming Venues](#)
- [Press Centre](#)
  NewsPress Kit
- [Contact us](#)

# Gaming Venues / Germany

# Germany

- ## overview

Germany represents one of the most important markets for Ritzio as recent changes in regulations provide a solid basis for major consolidation of the industry. With over 2,332 gaming machines deployed across the country, Ritzio Germany operates 129 gaming locations in the largest of the country's cities.

Its business activities are managed by three companies, established in the three key regions: Ritzio Central Germany (Cologne), Ritzio North Germany (Hamburg) and Ritzio Berlin.

## brands and activities

Vulkan Stern is a German version of Ritzio's key brand 'Volcano'. Ritzio International operates a family of Vulcano-themed facilities that provide visitors with flexible access to a growing portfolio of gaming venues, entertainment services and strict standards of quality and safety. Thousands of visitors access 249 gaming properties located in four European countries.

Vulkan Stern Automatencasinos have a format specifically designed for German operations and provide an exciting gaming experience to players.

| Gaming Clubs | Gaming Machines |
|---|---|
| 129 | 2,332 |

Vulkan Stern gaming clubs websites:

- [www.vulkanstern.net](http://www.vulkanstern.net)
- [vulkan-casino.de](http://vulkan-casino.de)

- ## Locations

Gossen-Neu Zittau, Müggelpark 10-12
Zeuthen, Goethestraße 11
Bernau bei Berlin
Hamburg, Reeperbahn 6
Hamburg, Kreuzburger Str. 5 a
Hamburg, Pestalozzistr. 16
Hamburg, Winsener Str. 4
Hamburg, Wandsbeker Marktstr. 145
Hamburg, Wandsbeker Chaussee 1
Hamburg, Neue Große Bergstr. 13
Hamburg , Landwehr 5
Hamburg, Ahrensburger Str. 105
Hamburg, Ahrensburger Str. 113
Hamburg , Wandsbeker Zollstr. 155
Hamburg, Wilstorfer Str. 96
Hamburg, Knoopstr. 6
Hamburg, Große Bergstr. 201
Brunsbüttel, Von-Humbold-Platz 2
Itzehoe, Feldschmiede 73
Nienburg, Hannoversche Str. 154
Walsrode, Worth 18
Seevetal, Glüsinger Str . 54
Buchholz , Lindenstr. 2
Deggendorf, Werftstr. 15
Hamburg, Reeperbahn 115
Hamburg, Sanderdamm 41
Hamburg, Lohbrügger Landstr. 7
Hamburg, Rennbahnstr. 28
Hamburg , Steintorwall 4
Hamburg, Großer Schippsee 34
Hamburg, Legienstr. 4
Hamburg, Berner Heerweg 175
Hamburg, Große Freiheit 30
Hamburg, Hammerbrookstr. 73
Hamburg, Alter Postweg 15
Hamburg, Jessenstr. 6
Hamburg, Reeperbahn 118 /132
Hamburg, Saseler Chaussee 160
Hamburg, Meiendorfer Straße 93
Hamburg, Langenhorner Chaussee 129
Hamburg , Cuxhavener Straße 480
Hamburg, Bramfelder Chaussee 347
Geesthacht, Am Schleusenkanal 2-4
Jesteburg, Schützenstr. 2
Celle, Braunschweiger Heerstr. 59
Buchholz, Poststr.16
Soltau, Lüneburger Str. 27
Schwerin, Medeweger Str. 12
Brakel, Hanekamp 8
München, Goethestr. 5
Hamburg, Moorhof 11
Hamburg, Grete-Nevermann-Weg 2
Hamburg,  Grelckstr. 36
Hamburg,  Borsteler Chaussee 103

Hamburg, Grindelallee 91
Mülheim an der Ruhr, Oberhausener Str. 92-94
Mülheim an der Ruhr, Düsseldorferstr. 20
Mülheim an der Ruhr, Hans-Böckler-pl.1,
Mülheim an der Ruhr, Eppinghofferstr.150
Mülheim an der Ruhr, Friedrich-Ebert-Str. 220
Witten, Ardeystr.42
Würzburg, Nürnbergerstr. 76
Würzburg, Haugerpfarrgasse 6
Schweinfurt, Bahnhofstr. 30 1/2
Schweinfurt, Matthäus-Stäbleinstr. 2
Borken, Commende 12-14
Duisburg, Am Bahnhostr. 4
Duisburg, Von-der-Mark Str. 23-25
Duisburg, Wanheimerstrasse 61
Duisburg, Jägerstrasse 46
Ratingen, Bahnstrasse 29-31
Mülheim a.d Ruhr, Duiburger strasse 237
Düsseldorf, Bismarkstrasse 57
Kamp Lintorf, Ringstrasse 117
Geldern, Issumerstrasse 68-70
Mülheim a.d Ruhr, Hans-Böckler Platz 6
Bochum, Dorstenerstr.223
Gladbeck, Hermannstrasse 178
Duisburg, Ruhrorterstr. 45
Eichelzell, Rühnhof 1
Erkelenz, Aaachenerstrasse 75
Hallstadt, Hegangerstr., 23a
Bamberg, Gutenbergstr. 22
Forchheim, Bambergstr. 8
Forchheim , Daimlerstr, 10
Baiersdorf, Am Kreuzbach 2
Gelsenkirchen, Bochumerstr. 1
Essen, Marktstr. 4-6
Bielefeld, Herforder str. 179-181a
Berlin, Helene-Weigel-Platz 5
Berlin, Luebeckerstr
Berlin, Turmstr. 9
Berlin, Stromstr. 25
Berlin, Reinickendorfer Str. 89
Berlin, Friedrich-Wilhelm-Str.
Berlin, Neue Grottkauer Str.
Berlin, Siemensdamm
Berlin, Stromstr. 48
Berlin, Wilmersdorfer 142
Berlin, Kaiserdamm 39
Berlin, Sophie-Charlotten-Str. 35
Berlin, Schönhauser Allee
Berlin, Tempelhofer Damm 2
Berlin, Fennstr. 1
Berlin, Roedernallee
Berlin, Friedrichstr. 215
Berlin, Bismarckstr. 102
Berlin, Nollendorfplatz 5

Berlin, Bismarkst.72
Berlin, Reinickendorfer Str. 17
Berlin, Greifswald.
Berlin, Schustehrussstr. 10
Berlin, Beusselst.54
Berlin, Beusselstr. 44, 10553 Berlin
Berlin, Simonring 1-3, 13599 Berlin
Berlin, Streitstr. 11
Berlin, Herman-Hesse strasse, Berlin
Berlin, Boxhagen.123
Berlin, An d.Indust.
Berlin, Rennbahnstr. 87
Berlin, Wilhelminen.
Berlin, Chausseestr. 117
Berlin, Falkenseer Chaussee 194 a
Berlin, Müllerstr 166
Berlin, Herzbergstrasse 55
Berlin, Schoenwalderstrasse 110
Berlin, Wilmersdorferstrasse 76
Berlin, Königin-Elisabeth-Strasse 12
Berlin, Tempelhoferdamm 154
Berlin, Groenerstrasse 17
Berlin, Brunnenstrasse
Berlin, Marianenstrasse
Berlin, Cicerostrasse 22



designed by actis°wunderman
© 2011 Ritzio. All Rights Reserved.