1  **Valentin Gurvits** (*pro hac vice*)
   vgurvits@bostonlawgroup.com
2  **Matthew Shayefar** (*pro hac vice*)
   matt@bostonlawgroup.com
3  **Boston Law Group, PC**
   825 Beacon Street, Suite 20
4  Newton Centre, Massachusetts 02459
   Tel: 617-928-1800 | Fax: 617-928-1802
5
   *Attorneys for Plaintiffs/Counter-Defendants*
6
7              UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF ARIZONA
8

9  **GGS Ltd**,
     an Anguilla company, and
10 **InfoStar Management Ltd,**                    Case No.: CV-18-01512-PHX-DWL
     an English company,
11
         Plaintiffs/Counter-Defendants,            **JOINT REQUEST FOR LEAVE TO
12                                                 APPEAR TELEPHONICALLY FOR
   v.                                              CASE MANAGEMENT CONFERENCE**
13
   **Ritzio Purchase Limited**,
14   a Cyprus company,
   **Dareos Inc.**,
15   a Marshall Islands company, and
   **Dareos Ltd.**,
16   a Cyprus company,

17       Defendants/Counter-Claimants.

18
         The Parties, by and through their respective undersigned counsel, and pursuant to this
19
   Court's Order Setting Rule 16 Scheduling Conference, hereby request the Court's leave to
20
   appear telephonically for the Scheduling Conference scheduled before this Court for Monday,
21
   December 17, 2018 at 11:00am.  As basis for this request, the Parties state that none of the
22
   parties' attorneys are based in Maricopa County.  Counsel that will appear on behalf of Plaintiffs,
23
   Attorney Matthew Shayefar, is based in Los Angeles, California.  Counsel that will appear on

                                                  1

behalf of Defendants, Attorneys Michael Bierman and Kate Hart, are based in Los Angeles, California and Kansas City, Missouri, respectively.  Accordingly, the Parties request that they be allowed to appear telephonically at the Scheduling Conference.

DATED this 13th day of December, 2018.

                                                    Respectfully submitted,

                                                    Plaintiffs
                                                    By their Attorneys,

                                                    /s/ Matthew Shayefar
                                                    Matthew Shayefar (*pro hac vice*)
                                                    Valentin Gurvits (*pro hac vice*)
                                                    Boston Law Group, PC
                                                    825 Beacon Street, Suite 20
                                                    Newton Centre, Massachusetts 02459
                                                    Tel: (617) 928-1800
                                                    Fax: (617) 928-1802
                                                    matt@bostonlawgroup.com
                                                    vgurvits@bostonlawgroup.com

                                                    Defendants
                                                    By their Attorneys,

                                                    /s/ Kate E. Hart
                                                    Kate E. Hart (*pro hac vice*)
                                                    Michael H. Bierman (*pro hac vice*)
                                                    Dentons US LLP
                                                    601 South Figueroa Street, Suite 2500
                                                    Los Angeles, California 90017
                                                    Tel: 816 460 2456
                                                    kate.hart@dentons.com
                                                    michael.bierman@dentons.com