**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd**, an English company,<br>    Plaintiffs/Counter-Defendants,<br>v.<br>**Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company,<br>    Defendants/Counter-Claimants. | Case No.: CV-18-01512-PHX-DWL<br><br>[PROPOSED]<br>**ORDER GRANTING JOINT REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE** |

    This matter has come before the Court on the Parties' Joint Request for Leave to Appear Telephonically for Case Management Conference. The Court has reviewed the Request and is otherwise fully advised on the premises. Accordingly, it is hereby ORDERED AND ADJUDGED that that Parties and their counsel may appear telephonically for the Scheduling Conference in the above captioned case.

    DONE AND ORDERED in chambers this ___ day of December, 2018.

                                                                            _____
                                                                            United States District Judge