MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email: kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd and Infostar Management Ltd,<br><br>Plaintiffs,<br><br>v.<br><br>Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.,<br><br>Defendants. | Case No.  CV-18-01512-PHX-DLR<br><br>**Notice of Non-Applicability of Trademark Information Form** |

    Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd. ("Defendants") hereby respond to the Court's Minute Order dated December 7, 2018 (Docket No. 29), requiring that Defendants/Counterclaimants must complete and provide to the Clerk forms AO 120 and/or AO 121, or, if neither form is required for this case, file a notice indicating the reason the forms are not necessary.  Defendants hereby provide a notice indicating the reason the forms are not necessary.

    Although this is a trademark-related case, Form AO121 and a notice to the Director of the Patent and Trademark Office pursuant to 15 U.S.C. § 1116 is

inapplicable in this case.  The trademark registrations implicated in this case are Defendants' trademark registrations in Russia and other international trademark registrations.  Complaint, ¶ 27.

Form AO121 is required pursuant to 15 U.S.C. § 1116(c), which states, in relevant part, as follows (emphasis added):

> It shall be the duty of the clerks of such courts within one month after the filing of any action, suit, or proceeding involving a mark registered under the provisions of this chapter to give notice thereof in writing to the Director setting forth in order so far as known the names and addresses of the litigants and designating the number or numbers of the registration or registrations upon which the action, suit or proceeding has been brought....

Given that this action does not involve a mark registered under the provisions of Chapter 22 of Title 15 of the United States Code, no notice is required to be provided to the Patent and Trademark Office.

On the basis of the foregoing, Defendants respectfully request that the Court acknowledge and order that Defendants are not required to file Forms AO120 and AO121.

Dated:  December 14, 2018     DENTONS US LLP

      ___/s/ _Kate E. Hart_____

      Attorneys for Defendants/Counterclaimants
      Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd

# CERTIFICATE OF SERVICE

Defendants, by and through their undersigned attorney of record, hereby certify that Defendants' Notice of Non-Applicability of Trademark Information Form was served via electronic mail and CM-ECF, on the 14th day of December, 2018 on the following counsel:

>Matthew Shayefar
>Valentin Gurvits
>Boston Law Group, PC
>825 Beacon Street, Suite 20
>Newton Centre, Massachusetts 02459
>Tel: (617) 928-1800
>Fax: (617) 928-1802
>matt@bostonlawgroup.com
>vgurvits@bostonlawgroup.com
>Attorneys for Plaintiffs

Dated:  December 14, 2018                    Respectfully submitted,

DENTONS US LLP

By:  /s/ *Kate E. Hart*

Michael Bierman (*pro hac vice*)
Kate E. Hart (*pro hac vice*)
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924