**Valentin Gurvits** (*pro hac vice* forthcoming)
vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice* forthcoming)
matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802

*Attorneys for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd,** an English company, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company, <br><br> Defendants/Counter-Claimants. | Case No.: CV-18-01512-PHX-DWL <br><br> **Notice of Non-Applicability of Trademark Information Form** |

Plaintiffs/Counter-Defendants, by and through their undersigned counsel, hereby respond to the Court's Minute Order dated December 7, 2018 (Docket No. 29), requiring that Plaintiffs must complete and provide to the Clerk forms AO 120 and/or AO 121, or, if neither form is required for this case, file a notice indicating the reason the forms are not necessary. Plaintiffs hereby provide a notice indicating the reason the forms are not necessary.

Although this is a trademark related case, Form AO121 and a notice to the Director of the Patent and Trademark Office pursuant to 15 U.S.C. § 1116 is inapplicable in this case. The trademark registrations implicated in this case are Defendants' trademark registrations in Russia and other international trademark registrations. Complaint, ¶ 27. Plaintiffs' counsel has searched the Patent and Trademark Office's database and has not found any trademarks registered to Defendants in the United States. Nor have Defendants, in the UDRP proceeding that preceded this case or in their counter-claims filed in this case, made reference to any trademark registrations in the United States.

Form AO121 is required pursuant to 15 U.S.C. § 1116(c), which states, in relevant part, as follows (emphasis added):

> It shall be the duty of the clerks of such courts within one month after the filing of any action, suit, or proceeding ***involving a mark registered under the provisions of this chapter*** to give notice thereof in writing to the Director setting forth in order so far as known the names and addresses of the litigants and designating the number or numbers of the registration or registrations upon which the action, suit or proceeding has been brought....

Given that this action does not involve a mark registered under the provisions of Chapter 22 of Title 15 of the United States Code, no notice is required to be provided to the Patent and Trademark Office.

On the basis of the foregoing, Plaintiffs respectfully request that the Court acknowledge and order that Plaintiffs are not required to file Forms AO120 and AO121.

| | |
|---|---|
| Dated: December 14, 2018 | Respectfully submitted,<br>Plaintiffs<br>By their Attorneys,<br><br>/s/ Matthew Shayefar<br>Matthew Shayefar (*pro hac vice* forthcoming)<br>Valentin Gurvits (*pro hac vice* forthcoming)<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, Massachusetts 02459<br>Tel:   (617) 928-1800<br>Fax:   (617) 928-1802<br>matt@bostonlawgroup.com<br>vgurvits@bostonlawgroup.com |

**Certificate of Service**

I hereby certify that the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on December 14, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

**Service List**

Michael Bierman
Kate E Hart
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Michael.bierman@dentons.com
Kate.hart@dentons.com