MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email: kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| GGS Ltd and Infostar Management Ltd, | Case No.  CV-18-01512-PHX-DLR |
|---|---|
| Plaintiffs, | **CERTIFICATE OF SERVICE: DEFENDANTS' RESPONSES TO MANDATORY INITIAL DISCLOSURE REQUESTS** |
| v. | |
| Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd., | |
| Defendants. | |

Defendants, by and through their undersigned attorney of record, hereby certify that Defendants' Responses to Mandatory Initial Discovery Requests was served via electronic mail, on the 17th day of December, 2018 on the following counsel:

> Matthew Shayefar
> Valentin Gurvits
> Boston Law Group, PC
> 825 Beacon Street, Suite 20
> Newton Centre, Massachusetts 02459
> Tel: (617) 928-1800
> Fax: (617) 928-1802

matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com
Attorneys for Plaintiffs

Dated: December 17, 2018    Respectfully submitted,

DENTONS US LLP

By: /s/ *Kate E. Hart*

Michael Bierman (*pro hac vice*)
Kate E. Hart (*pro hac vice*)
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300

2
DEFENDANTS' RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS
109796647\V-1