**Valentin Gurvits** (*pro hac vice*)
vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*)
matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802

*Attorneys for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd,** an English company, <br><br>    Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company, <br><br>    Defendants/Counter-Claimants. | Case No.: CV-18-01512-PHX-DWL <br><br> **Notice of Service of Plaintiffs' Responses to Mandatory Initial Discovery Requests** |

Plaintiffs/Counter-Defendants GGS Ltd. and InfoStar Management Ltd., by and through their undersigned counsel, hereby provide notice to the Court that they have served Defendants/Counter-Claimants with Plaintiffs' Responses to Mandatory Initial Discovery Requests on December 17, 2018.

Dated: December 17, 2018

Plaintiffs
By their Attorneys,

/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice* forthcoming)
Valentin Gurvits (*pro hac vice* forthcoming)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800
Fax:   (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

**Certificate of Service**

I hereby certify that the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on December 17, 2018.

/s/ Matthew Shayefar
Matthew Shayefar

**Service List**

Michael Bierman
Kate E Hart
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Michael.bierman@dentons.com
Kate.hart@dentons.com