MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email:kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd and Infostar Management Ltd, | Case No.  CV-18-01512-PHX-DWL |
| Plaintiffs, | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |
| v. | |
| Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd., | |
| Defendants. | |

Michael Bierman, Kate E. Hart, and Dentons US LLP (collectively, "Dentons") hereby move for an order permitting them to withdraw as counsel for Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd. ("Defendants") in this action.  This Motion is brought pursuant to Local Rule 83.3 of the Rules of the United States District Court for the District of Arizona, and is further based on the Declaration of Michael Bierman filed concurrently herewith ("Bierman Declaration").

This Motion is brought on the grounds that Defendants' failure to respond to and comply with their obligations under their engagement agreement has made it impossible

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300

1   for Mr. Bierman, Ms. Hart, and Dentons to represent Defendants.  Defendants have been

2   notified that Dentons would be filing this motion and have not responded.

3   　　　　In support of Dentons' Motion, counsel hereby states as follows:

4   　　　　　　　　　　　　　　**ARGUMENT**

5   　　　　An attorney may not withdraw as counsel without leave of court.  *Darby v. City of*

6   *Torrance*, 810 F.Supp. 275, 276 (C.D. Cal. 1992).  "The grant or denial of an attorney's

7   motion to withdraw in a civil case is a matter addressed to the discretion of the trial court.

8   . . ."  *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir. 1982).  In

9   considering a motion to withdraw, courts must weigh four factors:

10   　　　　　　　　(1) the reasons why withdrawal is sought; (2) the prejudice with-
11   　　　　　　　　drawal may cause to other litigants; (3) the harm withdrawal might
　　　　　　　　　　cause to the administration of justice; and (4) the degree to which
12   　　　　　　　　withdrawal will delay the resolution of the case.

13   *United States v. Lundstrom,* 391 Fed. Appx. 76, 77 (9th Cir. 2008).

14   　　　　As set forth in the Bierman Declaration, Defendants engaged Dentons' services in

15   June 2018 to defend them in this action by plaintiffs GGS Ltd and Infostar Management

16   Ltd.  Dentons promptly sent Defendants an engagement agreement outlining the terms

17   and scope of representation, which Defendants have executed and consented to.  *Id*. ¶ 4.

18   　　　　Unfortunately, Defendants have violated the written engagement agreement.  *Id.*

19   ¶ 5.  Defendants were advised on several occasions that failure to comply with the agree-

20   ment would result in a motion to withdraw as counsel for Defendants.  Defendants have

21   not responded.  *Id.* ¶ ¶ 6, 12.

22   　　　　Under these circumstances, given the lack of cooperation and effective communi-

23   cation with the clients, it would be a substantial hardship for Dentons to be obligated to

24   continue to represent Defendants.

25   　　　　Dentons' withdrawal will not delay this matter or prejudice the parties.  The next

26   deadline in the case—the close of fact discovery—is June 14, 2019.  D.I. 36.  No trial

27   date has been set.  Under the circumstances, is equitable and fair for the court to allow

28   Dentons to withdraw, and if Defendants intend to continue defending this matter and

1    prosecuting their counterclaims, they have time to engage counsel on an expeditious basis

2    and either meet existing deadlines or seek a brief extension.

3        Accordingly, it is respectfully requested that the Court permit Mr. Bierman, Ms.

4    Hart, and Dentons US LLP to withdraw.

5

6    Dated:  January 17, 2019          DENTONS US LLP

7                                 ___/s/  Kate E. Hart_____

8

9                                 Withdrawing Attorney for
                                   Defendants/Counterclaimants
10                                 Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300

3

Motion to Withdraw as Counsel for Defendants

109899059\V-5

1

## **CERTIFICATE OF SERVICE**

2

Defendants, by and through their undersigned attorney of record, hereby certify that

3

the Motion to Withdraw as Counsel for Defendants was served via electronic mail, on the

4

17th day of January, 2019 on the following counsel:

5

6

Matthew Shayefar
7
Valentin Gurvits
Boston Law Group, PC
8
825 Beacon Street, Suite 20
9
Newton Centre, Massachusetts 02459
Tel: (617) 928-1800
10
Fax: (617) 928-1802
11
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com
12
Attorneys for Plaintiffs

13

14
Dated:  January 17, 2019                              Respectfully submitted,

15
                                                       DENTONS US LLP

16
                                              By:  /s/ *Kate E. Hart*
17

18                                                     Michael Bierman (*pro hac vice*)
                                                       Kate E. Hart (*pro hac vice*)
19                                                     601 S. Figueroa Street
                                                       Suite 2500
20                                                     Los Angeles, CA 90017-5704
                                                       Phone: 213-623-9300
21                                                     Fax: 213-623-9924

22

23

24

25

26

27

28

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300