MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email: kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd and Infostar Management Ltd, <br><br> Plaintiffs, <br><br> v. <br><br> Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd., <br><br> Defendants. | Case No.  CV-18-01512-PHX-DWL <br><br> **DECLARATION OF MICHAEL BIERMAN** |

I, Michael H. Bierman, declare:

1. I am an attorney with the law firm of Dentons US LLP, attorneys for Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd. ("Defendants") in this action.

2. Unless otherwise stated, I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.  This Declaration is made in support of the Motion To Withdraw As Counsel For Defendants.

3. In June 2018, Defendants, through counsel, initiated contact with Dentons US LLP seeking representation in the action styled as *GGS Ltd and Infostar*

*Management Ltd v. Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.*, filed on May 17, 2018 in the United States District Court, District of Arizona, Case No. 2:18-cv-01512-DLR.

4. On June 8, 2018, Dareos Inc., and Dareos Ltd executed a written engagement agreement (the "Agreement") outlining the scope and terms of their representation by Dentons. Ritzio Purchase Limited subsequently consented to representation by Dentons under the same terms and conditions prior to its first appearance in this action on October 16, 2018.

5. Defendants have violated the Agreement.

6. Via emails dated November 7, 2018 and December 12, 2018, Dentons notified Defendants of their violation of the Agreement. Dentons further notified Defendants that it would be filing a motion to withdraw representation due to the violation.

7. Defendants continue to violate the Agreement, and there is no reason for me to believe this will change.

8. Defendants' violations of the agreement have impaired Dentons' ability to represent them in this litigation.

9. Dentons has given reasonable warning to Defendants regarding its withdrawal and the consequences of being unrepresented.

10. Accordingly, Dentons US LLP and its attorneys respectfully request permission to withdraw as counsel for Defendants.

11. I have notified Defendants in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

12. On January 8, 2019 I provided a draft copy of this motion and supporting declaration to Defendants via email, a true copy of which is attached as Exhibit A. On the same day I requested that Defendants inform me whether they consented to the motion and notified Defendants that they must retain counsel or risk losing by default.

2
Declaration of Michael H. Bierman

109899309\V-4

As of the date of this declaration, I have not received any response from Defendants. I will provide Defendants a filed copy of this motion and supporting declaration promptly upon filing it and will provide them prompt notice of any hearing date set by the court.

    13.    The last known address for all Defendants is:

    c/o Mr. Christoforos Panagis

    DAREOS LTD.

    Prevezis, 13, 1st floor, Flat/Office 101,

    1056 Nicosia, Republic of Cyprus;

    Email: om@legalsf.net

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2019.

                                              */s/ Michael H. Bierman*

                                              Michael H. Bierman

DENTONS US LLP
601 S. FIGUEROA STREET
SUITE 2500
LOS ANGELES, CA 90017-5704
PHONE: 213-623-9300

3
Declaration of Michael H. Bierman
109899309\V-4