MICHAEL BIERMAN (*pro hac vice*)
Email: michael.bierman@dentons.com
KATE E. HART (*pro hac vice*)
Email: kate.hart@dentons.com
DENTONS US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Phone: 213-623-9300
Fax: 213-623-9924

Attorneys for Defendants
Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd and Infostar Management Ltd,<br><br>Plaintiffs,<br><br>v.<br><br>Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.,<br><br>Defendants. | Case No.  CV-18-01512-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

This matter has come before the Court on the motion of Michael Bierman, Kate E. Hart, and Dentons US LLP (collectively, "Dentons") for an order permitting them to withdraw as counsel for Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd. ("Defendants") in this action.  The Court has reviewed the Motion and is otherwise fully advised on the premises. Accordingly, it is hereby ORDERED AND ADJUDGED:

1. For good cause shown, Dentons' motion to witndraw as counsel for Defendants is GRANTED.

DONE AND ORDERED this ____ day of _____, 2019.

_____
United States District Judge