**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| GGS Limited, et al., | No. CV-18-01512-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Ritzio Purchase Limited, et al., | |
| Defendants. | |

Pending before the Court is the Motion to Withdraw As Attorney for Defendants (Doc. 39), filed by movants Michael Bierman, Kate E. Hart, and Dentons US LLP ("Counsel"), attorneys of record for Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd.

Counsel stated that Defendants have failed to comply with the terms of their engagement agreement despite being asked to comply and warned on several occasions that continued failure to comply would result in withdrawal. (Doc. 39 at 2.) Counsel further included a declaration, signed under penalty of perjury, attesting to the same and asserting that the clients have been "notified in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions," as is required by LRCiv 83.3(b)(2) (Doc. 39-1 at 2.)

Defendants are business entities, which cannot appear in federal court without representation. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*,

506 U.S. 194, 202 (1993). Failure to obtain an attorney will be grounds for sanctions, including potentially the entry of a default judgment. If Defendants attempt to appear in this Court without an attorney, Plaintiffs may move for appropriate relief at that time.

Good cause appearing,

**IT IS ORDERED** that the Motion to Withdraw As Attorney for Defendants (Doc. 39), filed by movants Michael Bierman, Kate E. Hart, and Dentons US LLP, attorneys of record for Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd., is **GRANTED**.

**IT IS FURTHER ORDERED** that Michael Bierman, Kate E. Hart, and Dentons US LLP shall be withdrawn as counsel of record for Defendants, and that the Clerk shall remove Michael Bierman, Kate E. Hart, and Dentons US LLP from ECF noticing in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to Defendants to the following address (see Doc. 39-1 at 3):

  c/o Mr. Christoforos Panagis
  DAREOS LTD.
  Prevezis, 13, 1st floor, Flat/Office 101,
  1056 Nicosia, Republic of Cyprus
  Dated this 14th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dominic W. Lanza
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge