Case: 2:18cv1512

**FILED** ☒    LODGED ☐
RECEIVED ☐    COPY ☐

MAR 25 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____LRD_____ DEPUTY

Dareos Limited
DAREOS LTD.
c/o Christoforos Panagis
c/o Christoforos Panagis
Nicosia, CY 1056
Cyprus

# 40

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118
OFFICIAL BUSINESS

RECEIVED
MAR 25 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ΕΠΙΣΤΡΟΦΗ / RETURN
ΑΓΝΩΣΤΟΣ ☐ UNKNOWN
ΑΖΗΤΗΤΟ ☐ UNCLAIMED
ΜΕΤΕΚΟΜΙΣΕ ☐ GONE AWAY
ΑΡΝΗΣΗΘΗ ☐ REFUSED
ΤΑΧ. ΚΙΒΩΤΙΟ ☐ INSUFFICIENT ADDRESS
ΑΝΕΠΑΡΚΗΣ ☐ 
ΔΙΕΥΘΥΝΣΗ ☐ ADDRESS ILLEGIBLE
ΔΥΣΑΝΑΓΝΩΣΤΗ ΔΙΕΥΘΥΝΣΗ ☐ NO SUCH NUMBER
ΑΛΛΟΙ ΛΟΓΟΙ ☐ DECEASED
ΜΗ ΕΓΚΥΡΟΣ ΑΡΙΘΜΟΣ ☐ WRONG CODE

NEOPOST
02/15/2019
US POSTAGE $001
FIRST-
ZIP
041M1

NIXIE     100 DE 1           0003/22/19
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 85003213099      *0614-06814-15-37