Case: 2:18cv1512

Dareos Incorporated
DAREOS LTC
c/o Christoforos Panagis
Prevezis, 13, 1st Fl.,Flat/Office 101
Nicosia, CY 1056
Cyprus

#40



FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

MAR 25 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

---

ERK, UNITED STATES DISTRI...
A DAY O'CONNOR U.S. COURTHO...
401 W. WASHINGTON ST., S...
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

NEOPOST 02/15/2019
US POSTAGE $002.13⁰
FIRST-CLASS MAIL INTL
ZIP 85003
041M11297591

NIALE   100   DE 1   0003/22/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099   *0614-06892-15-37

RECEIVED
MAR 25 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ΑΓΝΩΣΤΟΣ ☐ UNKNOWN
ΑΖΗΤΗΤΟ ☐ UNCLAIMED
ΜΕΤΩΚΗΣΕ ☐ GONE AWAY
(...) ☐ REFUSED
ΑΝΕΠΑΡΚΗΣ ☐ INSUFFICIENT
ΔΙΕΥΘΥΝΣΗ ☐ ADDRESS
ΔΥΣΑΝΑΓΝΩΣΤΗ ☐ ILLEGIBLE
ΔΙΕΥΘΥΝΣΗ ☐ ADDRESS
ΑΝΥΠΑΡΚΤΟΣ ☐ NO SUCH
ΑΡΙΘΜΟΣ ☐ NUMBER
ΑΠΕΒΙΩΣΕ ☐ DECEASED
ΛΑΘΟΣ ΚΩΔΙΚΑΣ ☐ WRONG CODE