RECEIVED / LODGED
COPY

MAR 28 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Ritzio Purchase Limited    #40
DAREOS LTD.
c/o Christoforos Panagis
Prevezis, 13, 1st Fl., Flat/Office 101
Nicosia, CY 1056
Cyprus

---

UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
MAR 28 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ΕΠΙΣΤΡΟΦΗ / RETURN
- UNKNOWN
- UNCLAIMED
- GONE AWAY
- REFUSED
- INSUFFICIENT ADDRESS
- ADDRESS ILLEGIBLE
- NO SUCH NUMBER
- DECEASED
- WRONG CODE

NEOPOST
02/15/2019
US POSTAGE $001.15
FIRST-CLASS MAIL INTL
ZIP 85003
041M11297591

NIXIE      100  DE 1       0003/22/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099     *0614-06894-15-37