Case: 2:18-cv-01512 Case 2:18-cv-01512-DWL Document 44 Filed 03/28/19 Page 1 of 1

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 28 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

#40

Dareos Limited
DAREOS LTD.
c/o Christoforos Panagis
Prevezis, 13, 1st Fl., Flat/Office 101
Nicosia, CY 1056
Cyprus

---

UNITED STATES DISTRICT COURT
O'CONNOR U.S. COURTHOUSE, SUITE 130
W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
MAR 28 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NEOPOST           FIRST-CLASS MAIL
02/15/2019              INTL
US POSTAGE $001.15

ZIP 85003
041M11297591

ΕΠΙΣΤΡΟΦΗ / RETURN
ΑΓΝΩΣΤΟΣ ☐ UNKNOWN
ΑΖΗΤΗΤΟ ☐ UNCLAIMED
ΜΕΤΟΙΚΗΣΕ ☐ GONE AWAY
ΑΡΝΕΙΤΑΙ ☐ REFUSED
ΠΑΡΑΛΑΒΗ
ΑΝΕΠΑΡΚΗΣ ☐ INSUFFICIENT
ΔΙΕΥΘΥΝΣΗ    ADDRESS
ΔΥΣΑΝΑΓΝΩΣΤΗ ☐ ADDRESS
ΔΙΕΥΘΥΝΣΗ    ILLEGIBLE
ΑΝΥΠΑΡΚΤΟΣ ☐ NO SUCH
ΑΡΙΘΜΟΣ      NUMBER
ΑΠΕΒΙΩΣΕ ☐ DECEASED
ΛΑΘΟΣ ΚΩΔΙΚΑΣ ☐ WRONG CODE

NIXIE    100  DE 1    0003/22/19
    RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 85003213099    *0614-06899-15-37