Case: 2:18cv1512

# 40

**FILED** ☒  LODGED ☐
RECEIVED ☐  COPY ☐

MAR 28 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dareos Incorporated
DAREOS LTD
c/o Christoforos Panagis
Prevezis, 13, 1st Fl.,Flat/Office 101
Nicosia, CY 1056
Cyrus

---

UNITED STATES DISTRICT COURT
O'CONNOR U.S. COURTHOUSE, SUITE 130
01 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

NEOPOST    FIRST-CLASS MAIL
02/15/2019         INTL
US POSTAGE $001.15

ZIP 85003
041M11297591

ΕΠΙΣΤΡΟΦΗ / RETURN

ΑΓΝΩΣΤΟΣ ☐ UNKNOWN
ΑΖΗΤΗΤΟ ☐ UNCLAIMED
ΜΕΤΟΙΚΗΣΕ ☐ GONE AWAY
ΑΡΝΕΙΤΑΙ ☐ REFUSED
☐ INSUFFICIENT ADDRESS
☐ ADDRESS ILLEGIBLE
☐ NO SUCH NUMBER
☐ DECEASED
☐ WRONG CODE

NIXIE    100  DE 1      0003/25/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85003213099    *0614-05893-15-37

RECEIVED MAR 28 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA