1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLAIR C. PENA
State Bar No. 032756
  cpena@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740

DOUGLAS A. GRADY (*pro hac vice*)
  dgrdy@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Telephone: 206-566-7120
Facsimile: 206-624-7317

Attorney for Defendants Ritzio Purchase
Ltd., Dareos Inc., and Dareos Ltd.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd. and Infostar Management Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd., <br><br> Defendants. | No. CV-18-01512-PHX-DWL <br><br> **REQUEST FOR STATUS CONFERENCE** |

Defendants Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd. ("Defendants")

respectfully request Your Honor set a telephonic status conference as soon as possible to

discuss, among other things, an orderly process for this litigation going forward. In support

of its request, Defendants state as follows:

1.       Defendants were previously represented by Dentons US LLP ("Dentons").

On February 15, 2019, Dentons formally concluded its representation of Defendants.

Defendants immediately sought new counsel in earnest.

– 1 –

2.     Undersigned counsel entered its appearance on September 9, 2019.

3.     On September 11, 2019, undersigned counsel promptly contacted counsel for Plaintiffs to discuss the status of the case. On September 13, 2019, attorneys for both parties engaged in a substantive discussion.

4.     The deadline for dispositive motions is September 27, 2019, but other deadlines have passed.

Respectfully submitted this 13th day of September, 2019.

*s/ Douglas A. Grady*

DOUGLAS A. GRADY (*pro hac vice*)
 dgrdy@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Telephone: 206-566-7120
Facsimile: 206-624-7317

CLAIR C. PENA
State Bar No. 032756
 cpena@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740

Attorney for Defendants Ritzio Purchase
Ltd., Dareos Inc., and Dareos Ltd.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

– 2 –

4817-1311-5557.3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

**CERTIFICATE OF SERVICE**

Pursuant to LRCiv 5.5, I certify that the foregoing was electronically filed with this Court's ECF system, which electronic filing will automatically cause a "Notice of Electronic Filing", generated and transmitted by the ECF system, to be sent to all attorneys of record.

*s/ Jennifer Hickman*
Legal Secretary to Douglas Grady

– 3 –

4817-1311-5557.3