BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

1  DOUGLAS A. GRADY (*pro hac vice*)
   dgrady@bakerlaw.com
2  BAKER & HOSTETLER LLP
   999 Third Avenue, Suite 3600
3  Seattle, Washington 98104
   Telephone: 206-566-7120
4  Facsimile: 206-624-7317

5  CLAIR C. PENA
   State Bar No. 032756
6  cpena@bakerlaw.com
   BAKER & HOSTETLER LLP
7  Key Tower, 127 Public Square, Suite 2000
   Cleveland, Ohio 44114
8  Telephone: 216-621-0200
   Facsimile: 216-696-0740
9
   Attorneys for Defendants Ritzio Purchase
10 Ltd., Dareos Inc., and Dareos Ltd.

11

12              UNITED STATES DISTRICT COURT

13              FOR THE DISTRICT OF ARIZONA

14

| GGS Ltd. and Infostar Management Ltd., | No. CV-18-01512-PHX-DWL |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF DOUGLAS A. GRADY IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND CASE DEADLINES** |
| Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd., | |
| Defendants. | |

15

16

17

18

19

20

21      I, Douglas A. Grady, have personal knowledge of and am competent to testify

22  regarding the following:

23      1.     I am an attorney with the law firm of Baker & Hostetler LLP, attorneys of

24  record for Defendants Ritzio Purchase Limited, Dareos Inc., and Dareos Ltd. ("Ritzio") in

25  this action.

26      2.     My clients' representative has informed me that the parties to this action have

27  been attempting to resolve this dispute outside of this Court.

28

– 1 –

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

1

2

3

4

5

6

      3.     I spoke with Counsel for Plaintiffs GGS Ltd and Infostar Management Ltd (collectively, "GGS"), Matthew Shayefar, by telephone on Friday, September 13, 2019. During that call, I asked if the GGS parties would stipulate to a motion to extend case deadlines in this matter.  Mr. Shayefar stated that the parties were attempting to resolve this matter outside of court, but that he would consult with his client. Seven days have passed, and as of the date of this filing, I have not heard back.

7

8

9

10

      4.     On Tuesday, September 17, 2019, I again called Mr. Shayefar to inquire whether GGS would join in a motion to extend case deadlines in this matter.  He did not answer my call, and I left a voicemail to that effect.  As of the date of this filing, I have not heard back.

11

12

13

14

      5.     On Wednesday, September 18, 2019, I emailed Mr. Shayefar to inquire again about Plaintiffs' position on Defendants' motion to extend case deadlines in this matter.  A true and correct copy of this email is attached hereto as **Exhibit A**.  As of the date of this filing, I have not heard back.

15

16

     I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 20, 2019.

17

18

19

                                 *s/ Douglas A. Grady*

                                 DOUGLAS A. GRADY

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to LRCiv 5.5, I certify that the foregoing was electronically filed with this Court's ECF system, which electronic filing will automatically cause a "Notice of Electronic Filing", generated and transmitted by the ECF system, to be sent to all attorneys of record.

*s/ Andre Gougisha*
Legal Secretary to Douglas Grady

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

– 3 –