# EXHIBIT A

| | |
|---|---|
| **From:** | Grady, Douglas A. |
| **To:** | Matthew Shayefar |
| **Cc:** | Barnao, James A.; Val Gurvits; Bilanko, Carolyn Robbs; Pena, Clair C. |
| **Subject:** | RE: GGS Limited et al v. Ritzio Purchase Limited et al |
| **Date:** | Wednesday, September 18, 2019 2:58:38 PM |

Matt,

Hope all is well in sunny LA.

In our call last Friday (Sept 13), I asked if your client wanted to stipulate to a motion to extend case deadlines in this matter. You told me you would consult with your client, but I did not hear back. I left you a similar voicemail yesterday (Sept 17), but again, I did not hear back.

With the exception of the parties' deadline to submit dispositive motions (9 days from today), all deadlines established in the Case Management Order (Dkt. 36) have passed. We acknowledge the absence of 'counsel of record' in the AZ matter for a time, but you have been in regular and wide-ranging communications with our client's European lawyers – including extensively during the underlying WIPO action, at least – and have made no effort to pursue your case via discovery or otherwise, and despite bearing the burden of proof on the critical issue.

For the foregoing reasons and others, we believe it is in both parties' interests to extend case deadlines in this matter, and we intend to move the Court tomorrow (Sept 19) for an order to that effect.

Please let me know if your clients will support this extension request, or object; if we hear nothing or an equivocal response, we will assume you object.

Doug

Douglas A. Grady
BakerHostetler
T +1.206.566.7120

---

**From:** Grady, Douglas A.
**Sent:** Friday, September 13, 2019 10:17 AM
**To:** Matthew Shayefar <matt@bostonlawgroup.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** Barnao, James A. <jbarnao@bakerlaw.com>
**Subject:** RE: GGS Limited et al v. Ritzio Purchase Limited et al

Matthew,

In light of pending deadlines, etc., we're going to file a request for a status conference this afternoon. We're still interested in a call at your earliest convenience. Please provide a status update if possible.

Doug

Douglas A. Grady
BakerHostetler
T +1.206.566.7120

**From:** Grady, Douglas A.
**Sent:** Wednesday, September 11, 2019 1:21 PM
**To:** Matthew Shayefar <matt@bostonlawgroup.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** Barnao, James A. <jbarnao@bakerlaw.com>
**Subject:** RE: GGS Limited et al v. Ritzio Purchase Limited et al

Matt,

Great to know – that will make things easier for all of us.

We'll wait to hear from you.

Doug

Douglas A. Grady
BakerHostetler
T +1.206.566.7120

---

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Wednesday, September 11, 2019 1:18 PM
**To:** Grady, Douglas A. <dgrady@bakerlaw.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** Barnao, James A. <jbarnao@bakerlaw.com>
**Subject:** RE: GGS Limited et al v. Ritzio Purchase Limited et al

Hi Doug,

Pleasure to meet you.  Val is traveling abroad right now, so not sure of his schedule.  Let me check in with him and get back to you.

FYI, I spend most of my time in Los Angeles, so I'm on the same time zone as you.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

---

**From:** Grady, Douglas A. <dgrady@bakerlaw.com>
**Sent:** Wednesday, September 11, 2019 1:09 PM
**To:** Matthew Shayefar <matt@bostonlawgroup.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** Barnao, James A. <jbarnao@bakerlaw.com>

**Subject:** GGS Limited et al v. Ritzio Purchase Limited et al

Matt and James,

As you know, this Firm entered an appearance Monday; we look forward to working with you.

Do you have time for a call today or tomorrow regarding scheduling and next steps? I am available tomorrow between 12 and 8p Boston time, excepting 2-4p Boston time.

Please let me know --

Doug

**Douglas A. Grady**
Partner

BakerHostetler
999 Third Avenue | Suite 3600
Seattle, WA 98104-4040
T +1.206.566.7120

dgrady@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.