UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd. and Infostar Management Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd., <br><br> Defendants. | No. CV-18-01512-PHX-DWL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND CASE DEADLINES** |

Pending before the Court is Defendants Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd.'s Motion to Extend Case Deadlines. Having reviewed Defendants' Motion, the supporting Declaration of Douglas A. Grady, and any and all other documents filed in relation thereto, the Court finds that good cause exists to extend the case deadlines as follows:

| Deadline | Current Deadline | New/Amended Deadline |
|---|---|---|
| Fact Discovery | June 14, 2019 | October 25, 2019 |
| Expert Disclosures | July 12, 2019 | November 8, 2019 |
| Responsive Expert Disclosures | August 9, 2019 | November 22, 2019 |
| Rebuttal Expert Disclosures | August 23, 2019 | November 29, 2019 |
| Expert Depositions | Sept 6, 2019 | December 6, 2019 |
| Dispositive Motions | Sept 27, 2019 | December 20, 2019 |

The Case Management Order (Dkt. 36) is hereby amended to this effect.

//

//

//

– 1 –

IT IS SO ORDERED.

DATED this _____ day of _____, 2019.

_____
DOMINIC W. LANZA
UNITED STATES DISTRICT JUDGE