# EXHIBIT 1

DOUGLAS A. GRADY (*pro hac vice*)
dgrady@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Telephone: 206-566-7120
Facsimile: 206-624-7317

CLAIR C. PENA
State Bar No. 032756
cpena@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740

Attorneys for Defendants Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GGS Ltd. and Infostar Management Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd., <br><br> Defendants. | No. CV-18-01512-PHX-DWL <br><br> **DECLARATION OF DOUGLAS A. GRADY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Douglas A. Grady, have personal knowledge of and am competent to testify regarding the following:

1. Attached as Exhibit 2 is a true and correct excerpt from the German Trademark Registry for Trademark No. 302008017149 ("Excerpt from German Trademark Registry for TM 302008017149"), accessed and printed on September 19, 2019, and available at https://register.dpma.de/DPMAregister/marke/register/MAR_3020080171499_2019-09-20?AKZ=3020080171499&VIEW=pdf.

2. Attached as Exhibit 3 is a true and correct excerpt from the Russian

– 1 –

Trademark Registry for Trademark No. 353692 ("Excerpt from Russian Trademark Registry for TM 353692"), accessed and printed on September 19, 2019, and available at http://www1.fips.ru/fips_servl/fips_servlet?DB=RUTM&DocNumber=353692&TypeFile=html.

3. Attached as Exhibit 4 is a true and correct excerpt from the World Intellectual Property Organization ("WIPO") Trademark Registry for Trademark No. 791038 ("Excerpt from WIPO Trademark Registry for TM 791038"), accessed and printed on September 19, 2019, and available at https://www3.wipo.int/madrid/monitor/en/showData.jsp?ID=ROM.791038.

4. Attached as Exhibit 5 is a true and correct excerpt from WIPO Trademark Registry for Trademark No. 989103 ("Excerpt from WIPO Trademark Registry for TM 989103"), accessed and printed on September 19, 2019, and available at https://www3.wipo.int/madrid/monitor/en/showData.jsp?ID=ROM.0989103.

5. Attached as Exhibit 6 is a true and correct excerpt from WIPO Trademark Registry for Trademark No. 949162 ("Excerpt from WIPO Trademark Registry for TM 949162"), accessed and printed on September 19, 2019, and available at https://www3.wipo.int/madrid/monitor/en/showData.jsp?ID=ROM.949162.

6. Attached as Exhibit 7 is a true and correct printout of Defendant Ritzio Purchase Ltd.'s webpage titled "Our Company / Company Overview" ("Ritzio Company Overview Webpage"), accessed and printed on September 17, 2019, and available at https://www.ritzio.com/en/company/overview.wbp.

7. Attached as Exhibit 8 is a true and correct printout of Defendant Ritzio Purchase Ltd.'s webpage titled "Gaming Venues / Germany" ("Ritzio Germany Gaming Webpage"), accessed and printed on September 18, 2019, and available at https://www.ritzio.com/en/gaming_venues/germany.wbp.

8. Attached as Exhibit 9 is a true and correct printout of Defendant Ritzio Purchase Ltd.'s webpage at the domain "https://vulkan-casino.de" ("Ritzio Vulkan Webpage"), accessed and printed on September 19, 2019, and available at https://vulkan-

1 casino.de.

2, 3, 4, 5     9. Attached as Exhibit 10 is a true and correct copy of the Certified Response filed by Plaintiffs' InfoStar Management Ltd. and GGS Ltd. (collectively, for ease of reference, "GGS") in proceedings before WIPO, Case No. D2018-0104 ("Plaintiffs' Certified WIPO Response").

6–10     10. Attached as Exhibit 11 are true and correct excerpts from Annex 1, an exhibit submitted by Defendants Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd. (collectively, for ease of reference, "Ritzio") in Case No. D2018-0104 before WIPO ("2017–2018 WhoIs Lookups of Disputed Domains"). I have confirmed the accuracy of Exhibit 11 with counsel for Ritzio in the WIPO Case, No. D2018-0104.

11–20     11. WhoIs databases consist of domain name registrants' names and addresses. Exhibit 11 contains twenty-two WhoIs searches conducted between 2017–2018 made for the twenty-two Disputed Domains in this case by counsel for Ritzio in the WIPO proceeding, Case No. D2018-0104. The date of each WhoIs search is reflected on the various printouts within Exhibit 11. Because the registrants of the Disputed Domains have since been identified as GGS, I am not able today to perform a WhoIs search to demonstrate that GGS used privacy services to shield their identities in registering the Disputed Domains. The proposition for which Exhibit 11 is submitted—that GGS used privacy services to shield their identities in registering the Disputed Domains—is also confirmed in Exhibit 10 (on page 3, footnote 1).

21–24     12. Attached as Exhibit 12 is a true and correct printout of WIPO's May 1, 2018 decision in Case No. D2018-0104 ("May 1, 2018 WIPO Decision, Case No. D2018-0104), accessed and printed on September 19, 2019, and available at https://www.wipo.int/amc/en/domains/decisions/text/2018/d2018-0104.html.

25

26 //

27 //

28 //

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

Respectfully submitted this 27th day of September 2019.

*s/ Douglas A. Grady*

DOUGLAS A. GRADY (*pro hac vice*)
dgrady@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Telephone: 206-566-7120
Facsimile: 206-624-7317

CLAIR C. PENA
State Bar No. 032756
cpena@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740

Attorneys for Defendants Ritzio Purchase Ltd., Dareos Inc., and Dareos Ltd.

**CERTIFICATE OF SERVICE**

Pursuant to LRCiv 5.5, I certify that the foregoing was electronically filed with this Court's ECF system, which electronic filing will automatically cause a "Notice of Electronic Filing", generated and transmitted by the ECF system, to be sent to all attorneys of record.

<u>*s/ Jennifer Hickman*</u>