# EXHIBIT 2



# Informationen
zur Marke  302008017149, Stand am 20.09.2019

Die Marke mit der Registernummer  **302008017149** ist mit den folgenden Angaben in das Register des Deutschen Patent- und Markenamts eingetragen.

Die Schutzdauer der Marke beginnt mit dem Anmeldetag und endet am 31.03.2028. Eine Verlängerung um jeweils 10 Jahre ist gemäß § 47 Markengesetz möglich.

## Stammdaten

| | | |
|---|---|---|
| **[-----]** | **Datenbestand:** | DE |
| **[111]** | **Registernummer:** | 302008017149 |
| **[210]** | **Aktenzeichen:** | 3020080171499 |
| **[540]** | **Markendarstellung** | |



| | | |
|---|---|---|
| **[550]** | **Markenform:** | Wort-Bildmarke |
| **[-----]** | **Eintragung farbig:** | Ja |
| **[591]** | **Bezeichnung der Farben:** | weiß, gelb, orange, rot, hellblau, blau, dunkelblau |
| **[551]** | **Markenkategorie:** | Individualmarke |
| **[220]** | **Anmeldetag:** | 13.03.2008 |
| **[151]** | **Tag der Eintragung im Register:** | 24.02.2009 |
| **[156]** | **Verlängerung der Schutzdauer:** | 01.04.2018 |
| **[730]** | **Inhaber:** | DAREOS Inc., Majuro, MH |
| **[740]** | **Vertreter:** | Müller-Boré & Partner Patentanwälte PartG mbB, 80639 München, DE |
| **[750]** | **Zustellanschrift:** | Müller-Boré & Partner Patentanwälte PartG mbB, Friedenheimer Brücke 21, 80639 München |
| **[-----]** | **Version der Nizza-Klassifikation:** | NCL9 |
| **[511]** | **Klasse(n) Nizza:** | **41**, 38 |
| **[531]** | **Bildklasse(n) (Wien):** | 01.01.01, 26.15.01, 27.05.02, 27.05.10, 29.01.13 |

| [-----] | **Aktenzustand:** Marke eingetragen |
| [180] | **Schutzendedatum:** 31.03.2028 |
| [450] | **Tag der Veröffentlichung:** 27.03.2009 |
| [-----] | **Beginn Widerspruchsfrist:** 27.03.2009 |
| [-----] | **Ablauf Widerspruchsfrist:** 29.06.2009 |
| [510] | **Waren- / Dienstleistungsverzeichnis:** |

| Klasse | Begriffe |
|---|---|
| 38 | Bereitstellung des Zugriffs auf Spiele einschließlich Glücksspiele, Gewinnspiele, Lotterien und Quize sowie Wettbewerbe und Wetten in Computernetzwerken |
| 41 | Unterhaltung; kulturelle und sportliche Aktivitäten, Veranstaltung und Durchführung von Spielen und Lotterien, Betrieb und Dienstleistungen einer Spielbank, Betrieb und Dienstleistungen eines Spielcasinos, Betrieb und Dienstleistungen eines Online-Spielcasinos bzw. einer Spielbank über elektronische Netzwerke und das Internet, Betrieb und Dienstleistungen einer Spielhalle einschließlich einer Spielgeräte-Halle und einer Spielautomaten-Halle, Aufstellung von Spielgeräten und Spielautomaten, Wetten einschließlich Sportwetten und Pferderennwetten, Veranstaltung und Durchführung von Spielen einschließlich Glücksspielen, Gewinnspielen, Lotterien und Quizen sowie von Wettbewerben auf dem Gebiet der Erziehung und Unterhaltung und von Wetten, auch über elektronische Medien und elektronische Netzwerke wie das Internet, Veröffentlichung und Herausgabe von Gewinnlisten zu Spielen, auch über elektronische Medien und elektronische Netzwerke wie das Internet, Betrieb und Dienstleistungen eines Billardsalons, Betrieb und Dienstleistungen eines Klubs (Unterhaltung), Betrieb und Dienstleistungen eines Nachtklubs, Betrieb und Dienstleistungen einer Diskothek, Betrieb und Dienstleistungen von Spielklubs, Betrieb und Dienstleistungen eines Vergnügungsparks, Dienstleistungen eines Entertainers, Veranstaltung von Unterhaltungs-Shows, Buchungsservice für Eintritts- und Teilnahmekarten (soweit in Klasse 41 enthalten); Eintritts- und Teilnahmekartenvorverkauf für Shows und sonstige Unterhaltungsveranstaltungen und kulturelle Veranstaltungen, Informationen (Auskünfte) (auch über elektronische Medien und elektronische Netzwerke wie das Internet) über Unterhaltungs-, Freizeit-, Entspannungs- und Erholungsmöglichkeiten und kulturelle Veranstaltungen (soweit in Klasse 41 enthalten), Auskünfte über Freizeit-, Entspannungs- und Erholungsaktivitäten (soweit in Klasse 41 enthalten), Planung und Veranstaltung von Partys und Festen (Unterhaltung), Dienstleistungen eines Feriencamps (Unterhaltung), Organisation von Ausstellungen kultureller Art, Produktion von Shows und anderen Veranstaltungen zur Unterhaltung, Vermietung von Tonaufzeichnungen und Filmen, von Geräten der Unterhaltungselektronik, wie Videokassettenrekordern und anderen Ton- und Ton-Bild-Aufzeichnungs- und -Wiedergabegeräten, von Spielautomaten und anderen Unterhaltungs- und Spielgeräten |

| [-----] | **Tag der ersten Übernahme in DPMAregister:** 20.10.2012 |
| [-----] | **Tag der (letzten) Aktualisierung in DPMAregister:** Oct 20, 2012; Aug 13, 2013; Apr 11, 2018; Apr 26, 2018 |

# Verfahrensdaten

Anmeldeverfahren

| | | |
|---|---|---|
| [-----] | **Verfahrensart:** | Anmeldeverfahren |
| [-----] | **Verfahrensstand:** | Marke eingetragen |
| [-----] | **EDV-Erfassungstag :** | 24.02.2009 |
| [-----] | **Markenblatt:** | 13/2009 |
| [-----] | **Veröffentlicht in Teil :** | 1aaa |
| [540] | **Markendarstellung** | |



| | | |
|---|---|---|
| [550] | **Markenform:** | Wort-Bildmarke |
| [-----] | **Eintragung farbig:** | Ja |
| [591] | **Bezeichnung der Farben:** | weiß, gelb, orange, rot, hellblau, blau, dunkelblau |
| [551] | **Markenkategorie:** | Individualmarke |
| [220] | **Anmeldetag:** | 13.03.2008 |
| [151] | **Tag der Eintragung im Register:** | 24.02.2009 |
| [-----] | **Veröffentlichungsdatum:** | 27.03.2009 |
| [730] | **Anmelder:** | Ritzio Entertainment Group Ltd., Nicosia, CY |
| [740] | **Vertreter:** | HOFFMANN & EITLE, 81925 München, DE |
| [750] | **Zustellanschrift:** | HOFFMANN EITLE Patent- und Rechtsanwälte, Postfach 810420, 81904 München |
| [-----] | **Version der Nizza-Klassifikation:** | NCL9 |
| [511] | **Klasse(n) Nizza:** | 41, 38, 43 |
| [510] | **Waren- / Dienstleistungsverzeichnis:** | |

| Klasse | Begriffe |
|---|---|
| 38 | Bereitstellung des Zugriffs auf Spiele einschließlich Glücksspiele, Gewinnspiele, Lotterien und Quize sowie Wettbewerbe und Wetten in Computernetzwerken |
| 41 | Unterhaltung; kulturelle und sportliche Aktivitäten, Veranstaltung und Durchführung von Spielen und Lotterien, Betrieb und Dienstleistungen einer Spielbank, Betrieb und Dienstleistungen eines Spielcasinos, Betrieb und Dienstleistungen eines Online-Spielcasinos bzw. einer Spielbank über elektronische Netzwerke und das Internet, Betrieb und Dienstleistungen einer Spielhalle einschließlich einer Spielgeräte-Halle und einer Spielautomaten-Halle, Aufstellung von Spielgeräten und Spielautomaten, Wetten einschließlich Sportwetten und Pferderennwetten, Veranstaltung und Durchführung von Spielen einschließlich Glücksspielen, Gewinnspielen, Lotterien und Quizen sowie von Wettbewerben auf dem Gebiet der Erziehung und Unterhaltung und von Wetten, auch über elektronische Medien und elektronische Netzwerke wie das Internet, Veröffentlichung und Herausgabe von Gewinnlisten zu Spielen, auch über elektronische Medien und elektronische |

| Klasse | Begriffe |
|---|---|
|  | Netzwerke wie das Internet, Betrieb und Dienstleistungen eines Billardsalons, Betrieb und Dienstleistungen eines Klubs (Unterhaltung), Betrieb und Dienstleistungen eines Nachtklubs, Betrieb und Dienstleistungen einer Diskothek, Betrieb und Dienstleistungen von Spielklubs, Betrieb und Dienstleistungen eines Vergnügungsparks, Dienstleistungen eines Entertainers, Veranstaltung von Unterhaltungs-Shows, Buchungsservice für Eintritts- und Teilnahmekarten (soweit in Klasse 41 enthalten); Eintritts- und Teilnahmekartenvorverkauf für Shows und sonstige Unterhaltungsveranstaltungen und kulturelle Veranstaltungen, Informationen (Auskünfte) (auch über elektronische Medien und elektronische Netzwerke wie das Internet) über Unterhaltungs-, Freizeit-, Entspannungs- und Erholungsmöglichkeiten und kulturelle Veranstaltungen (soweit in Klasse 41 enthalten), Auskünfte über Freizeit-, Entspannungs- und Erholungsaktivitäten (soweit in Klasse 41 enthalten), Planung und Veranstaltung von Partys und Festen (Unterhaltung), Dienstleistungen eines Feriencamps (Unterhaltung), Organisation von Ausstellungen kultureller Art, Produktion von Shows und anderen Veranstaltungen zur Unterhaltung, Vermietung von Tonaufzeichnungen und Filmen, von Geräten der Unterhaltungselektronik, wie Videokassettenrekordern und anderen Ton- und Ton-Bild-Aufzeichnungs- und -Wiedergabegeräten, von Spielautomaten und anderen Unterhaltungs- und Spielgeräten |
| 43 | Planung und Veranstaltung von Partys und Festen (Verpflegung); Dienstleistungen zur Verpflegung und Beherbergung von Gästen; Betrieb und Dienstleistungen von Hotels, Snack-Bars, Cafés, Cafeterias, Restaurants, Betrieb und Dienstleistungen eines Feriencamps (Unterkunft), Betrieb und Dienstleistungen einer Bar, Betrieb eines Campingplatzes; Dienstleistungen von Campingplätzen; Catering-Dienstleistungen (Verpflegung mit Speisen und Getränken) |

[531] **Bildklasse(n) (Wien):** 01.01.01, 26.15.01, 27.05.02, 27.05.10, 29.01.13

Umschreibung - Vertreterbestellung/-änderung

[-----]   **Verfahrensart:** Umschreibung - Vertreterbestellung/-änderung
[-----]   **Verfahrensstand:** Umschreibung abgeschlossen
[-----]   **EDV-Erfassungstag :** 18.05.2009
[-----]   **Markenblatt:** 25/2009
[-----]   **Veröffentlicht in Teil :** 8b
[-----]   **Eingangstag des Antrags:** 14.05.2009
[-----]   **Veröffentlichungsdatum:** 19.06.2009
[740]    **Vertreter:** Achnitz von Beust Schulz Siepert, 20095 Hamburg, DE
[-----]   **Früherer Vertreter:** HOFFMANN & EITLE, 81925 München, DE
[750]    **Zustellanschrift:** Rechtsanwälte Achnitz von Beust Schulz Siepert, Mönckebergstr. 11, 20095 Hamburg
[-----]   **Frühere Zustellanschrift:** HOFFMANN EITLE Patent- und Rechtsanwälte, Postfach 810420, 81904 München

Widerspruchsverfahren

[-----]   **Verfahrensart:** Widerspruchsverfahren
[-----]   **Verfahrensstand:** Widerspruch erhoben
[-----]   **EDV-Erfassungstag :** 21.07.2009
[-----]   **Markenblatt:** 34/2009

| | | |
|---|---|---|
| **[-----]** | **Veröffentlicht in Teil :** 2b | |
| **[-----]** | **Publikationstext :** Widerspruchsverfahren läuft / Widerspruch erhoben | |
| **[-----]** | **Veröffentlichungsdatum:** 21.08.2009 | |

Widerspruchsverfahren

| | |
|---|---|
| **[-----]** | **Verfahrensart:** Widerspruchsverfahren |
| **[-----]** | **Verfahrensstand:** Marke teilweise gelöscht |
| **[-----]** | **EDV-Erfassungstag :** 06.01.2011 |
| **[-----]** | **Markenblatt:** 6/2011 |
| **[-----]** | **Veröffentlicht in Teil :** 2e |
| **[-----]** | **Publikationstext :** teilweise Löschung aufgrund Widerspruchs |
| **[-----]** | **Datum des Abschlusses:** 29.11.2010 |
| **[-----]** | **Veröffentlichungsdatum:** 11.02.2011 |
| **[-----]** | **Teilweise Zurückweisung/-nahme:** |

| Art | Schutz-hindernis | Wirksam-keits-datum | Gelöschtes WDVZ | |
|---|---|---|---|---|
| | | | **Klasse** | **Begriffe** |
| | | | 43 | Planung und Veranstaltung von Partys und Festen (Verpflegung); Dienstleistungen zur Verpflegung und Beherbergung von Gästen; Betrieb und Dienstleistungen von Hotels, Snack-Bars, Cafés, Cafeterias, Restaurants, Betrieb und Dienstleistungen eines Feriencamps (Unterkunft), Betrieb und Dienstleistungen einer Bar, Betrieb eines Campingplatzes; Dienstleistungen von Campingplätzen; Catering-Dienstleistungen (Verpflegung mit Speisen und Getränken) |

Umschreibung - Rechtsübergang

| | |
|---|---|
| **[-----]** | **Verfahrensart:** Umschreibung - Rechtsübergang |
| **[-----]** | **Verfahrensstand:** Umschreibung abgeschlossen |
| **[-----]** | **EDV-Erfassungstag :** 13.08.2013 |
| **[-----]** | **Markenblatt:** 37/2013 |
| **[-----]** | **Veröffentlicht in Teil :** 3b |
| **[-----]** | **Eingangstag des Antrags:** 28.06.2013 |
| **[-----]** | **Veröffentlichungsdatum:** 13.09.2013 |
| **[730]** | **Inhaber:** Ritzio Purchase Limited, Nicosia, CY |
| **[770]** | **Früherer Inhaber:** Ritzio Entertainment Group Ltd., Nicosia, CY |
| **[740]** | **Vertreter:** Achnitz & Partner Rechtsanwälte, 22767 Hamburg, DE |
| **[-----]** | **Früherer Vertreter:** Achnitz von Beust Schulz Siepert, 20095 Hamburg, DE |
| **[750]** | **Zustellanschrift:** Achnitz & Partner Rechtsanwälte, Große Elbstr. 59, 22767 Hamburg |
| **[-----]** | **Frühere Zustellanschrift:** Rechtsanwälte Achnitz von Beust Schulz Siepert, Mönckebergstr. 11, 20095 |

    Hamburg

## Umschreibung - Rechtsübergang

| | | |
|---|---|---|
| **[-----]** | **Verfahrensart:** | Umschreibung - Rechtsübergang |
| **[-----]** | **Verfahrensstand:** | Umschreibung abgeschlossen |
| **[-----]** | **EDV-Erfassungstag :** | 11.04.2018 |
| **[-----]** | **Markenblatt:** | 19/2018 |
| **[-----]** | **Veröffentlicht in Teil :** | 3b |
| **[-----]** | **Eingangstag des Antrags:** | 16.02.2018 |
| **[-----]** | **Veröffentlichungsdatum:** | 11.05.2018 |
| **[730]** | **Inhaber:** | DAREOS Inc., Majuro, MH |
| **[770]** | **Früherer Inhaber:** | Ritzio Purchase Limited, Nicosia, CY |
| **[740]** | **Vertreter:** | Müller-Boré & Partner Patentanwälte PartG mbB, 80639 München, DE |
| **[-----]** | **Früherer Vertreter:** | Achnitz & Partner Rechtsanwälte, 22767 Hamburg, DE |
| **[750]** | **Zustellanschrift:** | Müller-Boré & Partner Patentanwälte PartG mbB, Friedenheimer Brücke 21, 80639 München |
| **[-----]** | **Frühere Zustellanschrift:** | Achnitz & Partner Rechtsanwälte, Große Elbstr. 59, 22767 Hamburg |

## Verlängerung

| | | |
|---|---|---|
| **[-----]** | **Verfahrensart:** | Verlängerung |
| **[-----]** | **Verfahrensstand:** | Schutzdauer der Marke verlängert |
| **[-----]** | **EDV-Erfassungstag :** | 26.04.2018 |
| **[-----]** | **Markenblatt:** | 22/2018 |
| **[-----]** | **Veröffentlicht in Teil :** | 4 |
| **[156]** | **Schutzbeginn:** | 01.04.2018 |
| **[-----]** | **Veröffentlichungsdatum:** | 01.06.2018 |
| **[180]** | **Schutzendedatum:** | 31.03.2028 |