# EXHIBIT 3

РОССИЙСКАЯ ФЕДЕРАЦИЯ   (190)   RU   (111)   **353692**



**ФЕДЕРАЛЬНАЯ СЛУЖБА
ПО ИНТЕЛЛЕКТУАЛЬНОЙ СОБСТВЕННОСТИ,
ПАТЕНТАМ И ТОВАРНЫМ ЗНАКАМ**

Товарные знаки, знаки обслуживания и наименования мест происхождения товаров

Статус: действует (последнее изменение статуса: 23.12.2015)

Товарные знаки, знаки обслуживания

(111) *Номер регистрации:* **353692**    (220) *Дата подачи заявки:* **18.11.2005**

(210) *Номер заявки:* **2005729688**    *Дата приоритета:* **18.11.2005**

(181) *Дата истечения срока действия регистрации:* **18.11.2015**    (151) *Дата регистрации:* **25.06.2008**

(450) *Дата публикации:* **25.07.2008**

(540) *Изображение товарного знака, знака обслуживания*

**VULKAN**

(732) *Правообладатель:*
Ритцио Энтертеймент Груп Лимитед, Диагороу 4, Кермиа Билдинг, Офис 601, Никосия, Кипр (CY)

(750) *Адрес для переписки:*
117420, Москва, а/я 7

(511) *Классы МКТУ и перечень товаров и/или услуг:*
**09** - аппаратура для записи, передачи, воспроизведения звука или изображений; магнитные носители информации, диски звукозаписи; торговые автоматы и механизмы для аппаратов с предварительной оплатой; оборудование для обработки информации и компьютеры; автоматы для продажи билетов, автоматы музыкальные с предварительной оплатой, автоматы торговые, аппаратура для наблюдения и контроля электрическая, аппаратура звукозаписывающая, аппараты коммутационные электрические, видеокассеты, видеоэкраны, дискеты, диски звукозаписи, диски оптические, компакт-диски [ПЗУ], компакт-диски [аудио-видео], магниты декоративные, механизмы для автоматов с предварительной оплатой, носители звукозаписи, носители информации магнитные, носители информации оптические, программы для компьютеров, программы игровые компьютерные, программы компьютерные [загружаемое программное обеспечение], публикации электронные [загружаемые], смарт-карточки, тотализаторы, устройства для игр с обязательным использованием телевизионных приемников, устройства для развлечений с обязательным использованием телевизионных приемников, устройства периферийные компьютеров, устройства сигнальные [охранная сигнализация], чипы [интегральные схемы].
**16** - бумага, картон и изделия из них, не относящиеся к другим классам; печатная продукция; фотоснимки; писчебумажные товары; принадлежности для художников; учебные материалы и наглядные пособия (за исключением аппаратуры); пластмассовые материалы для упаковки (не относящиеся к другим классам), в том числе авторучки, альбомы, альманахи, афиши, плакаты, билеты, бланки, блокноты, блокноты с отрывными листами, брошюры, буклеты, бюллетени информационные, газеты, гравюры, держатели для карандашей, держатели для мела, держатели для печатей, штемпелей; держатели чековых книжек, дыроколы, зажимы для каталожных карточек, зажимы для перьевых ручек, закладки для книг, издания печатные, изделия для упаковки бумажные или пластмассовые, изображения графические, календари, календари отрывные, карандаши, картинки, картинки переводные, карточки кредитные печатные неэлектрические, карты, карты географические, каталоги, книги, книги записей, конверты, материалы графические печатные, материалы для обучения [за исключением приборов],

наборы для письма, наклейки самоклеящиеся, ножи для разрезания бумаги, обертки для бутылок картонные или бумажные, обложки, открытки музыкальные, открытки поздравительные, открытки почтовые, пакеты бумажные, папки для документов, папье-маше, периодика, подставки для книг, подставки для пивных кружек, подставки для ручек и карандашей, подставки для фотографий, подушечки штемпельные, пресс-папье, приборы письменные, принадлежности конторские [за исключением мебели], принадлежности письменные, приспособления для скрепления бумаги, приспособления для точки карандашей [электрические или неэлектрические], проспекты, расписания печатные, репродукции графические, ручки, статуэтки из папье-маше, транспаранты, флаги [бумажные], фотогравюры, фотографии, эстампы, этикетки [за исключением тканевых].

21 - домашняя или кухонная утварь и посуда (за исключением изготовленной из благородных металлов или покрытой ими); расчески и губки; щетки (за исключением кистей); материалы для щеточных изделий; приспособления для чистки и уборки; мочалки металлические; необработанное или частично обработанное стекло (за исключением строительного стекла); изделия из стекла, фарфора и фаянса, не относящиеся к другим классам, в том числе безделушки из фарфора, блюда, блюдца, бокалы; бутылки, бюсты из фарфора, керамики или стекла; вазы, вафельницы, ведра для льда, вешалки для полотенец, вешалки для одежды, графины, гребни, дезодораторы для индивидуального пользования, емкости бытовые или кухонные, емкости стеклянные, емкости термоизоляционные для напитков, емкости термоизоляционные для пищевых продуктов, емкости стеклянные, жаровни, зубочистки, изделия бытовые керамические; изделия из фарфора, керамики или стекла художественные; кастрюли, кольца для салфеток, копилки неметаллические, корзинки для хлеба, корзины бытовые, кофеварки неэлектрические, кофейники неэлектрические, кофемолки ручные, кружки пивные, крышки для посуды, кувшины, ледники портативные неэлектрические, ложки для перемешивания [кухонная утварь], лопатки [столовые принадлежности], лопаточки [кухонная утварь], мельницы для перца ручные, миски, мыльницы, наборы кухонной посуды, несессеры для пикников [с набором посуды], несессеры для туалетных принадлежностей, ножи для резки бисквитов [кухонная принадлежности], ножи для теста, опрыскиватели, палочки для коктейлей, перечницы, перчатки для домашнего хозяйства, подносы бытовые, подносы [кухонные принадлежности], подсвечники, подставки для блюд [столовая утварь], подставки для графинов [за исключением бумажных и столовых], подставки для меню, подставки для ножей [для сервировки стола], подставки для утюгов, посуда столовая [за исключением ножей, вилок и ложек]; посуда фарфоровая, глиняная, фаянсовая и хрустальная; предметы домашней утвари для косметики, предметы домашней утвари туалетные, приборы для специй, принадлежности для снятия грима [неэлектрические], приспособления бытовые, содержащие теплообменные текучие среды, для охлаждения пищевых продуктов, приспособления для открывания бутылок, пробки стеклянные, пудреницы, раздатчики мыла, расчески, рожки для обуви, салатницы, сахарницы, сервизы [столовая посуда], сервизы кофейные и чайные, ситечки чайные, сифоны для газированной воды, смесители бытовые, соковыжималки бытовые, солонки, сосуды для питья, сосуды охлаждающие, стаканчики бумажные или пластмассовые, стаканы, стаканы для напитков, статуи и статуэтки из фарфора, керамики или стекла; супницы, тарелки, терки [бытовая утварь], термосы, урны, устройства аэрозольные [за исключением медицинских], устройства для чистки обуви, устройства оросительные, утварь бытовая, утварь кухонная, утварь кухонная для приготовления пищи, фильтры бытовые, фильтры для кофе, флаконы, фляги, формы [кухонная утварь], хлебницы, чайники заварочные, чайники неэлектрические, чашки, шейкеры коктейльные, штопоры, щетки для мытья посуды и чистки емкостей, щетки зубные, щетки обувные, ящики для выдачи бумажных салфеток, металлические, ящики для мусора.

28 - игры, игрушки; гимнастические и спортивные товары, не относящиеся к другим классам, в том числе автоматы игровые с предварительной оплатой, емкости для игральных костей, игральные кости, карты игральные, кии бильярдные, мел для бильярдных киев, накладки для бортов бильярдных столов, наконечники для бильярдных киев, принадлежности для игр, приспособления для разметки при игре в бильярд, столы бильярдные, столы бильярдные с автоматами для предварительной оплаты, столы для настольного тенниса, устройства для электронных игр [за исключением устройств с обязательным использованием телевизионных приемников], фишки для игр, шарики для игр, шары бильярдные.

32 - пиво; минеральные и газированные воды и прочие безалкогольные напитки, в том числе энергетические напитки; фруктовые напитки и фруктовые соки; сиропы и прочие составы для изготовления напитков.

35 - реклама; менеджмент в сфере бизнеса; административная деятельность в сфере бизнеса; офисная служба, агентства по импорту-экспорту, деловая экспертиза, демонстрация товаров, изучение рынка, информация деловая, исследования в области бизнеса, исследования в области маркетинга, консультации по вопросам организации и управления бизнесом, консультации по организации бизнеса, консультации по управлению бизнесом, консультации профессиональные в области бизнеса, организация выставок в коммерческих или рекламных целях, организация торговых ярмарок в коммерческих или рекламных целях, оценка коммерческой деятельности, поиск информации в компьютерных файлах [для третьих лиц], прогнозирование экономическое, продажа аукционная, продвижение товаров [для третьих лиц], прокат офисного оборудования и аппаратов, прокат торговых автоматов, публикация рекламных текстов, распространение рекламных образцов, распространение рекламных материалов, реклама интерактивная в компьютерной сети, сбор информации по компьютерным базам данных, систематизация информации в компьютерных базах данных, услуги в области общественных отношений, услуги снабженческие для третьих лиц [закупка и обеспечение предпринимателей товарами], оптовая и розничная реализация товаров.

38 - телекоммуникации, в том числе доска сообщений электронная [телекоммуникационные службы], обеспечение доступа в Интернет [услуги провайдеров], обеспечение телекоммуникационного подключения к Интернету, связь волоконно-оптическая.

39 - организация путешествий, включая бронирование билетов для путешествий, бронирование маршрутов путешествий, бронирование транспортных средств, доставка товаров, организация круизов, организация путешествий, перевозка путешественников, перевозки автомобильные, прокат автомобилей, сопровождение путешественников, упаковка товаров, услуги автостоянок, услуги водителей, услуги курьеров [доставка корреспонденции или товаров], услуги туристических агентств [за исключением резервирования мест в отелях и пансионах], хранение товаров, экскурсии туристические.

41 - воспитание; обеспечение учебного процесса; развлечения; организация спортивных и культурно-просветительных мероприятий, в том числе аренда теннисных кортов, бильярдные залы, бронирование билетов на спектакли, видеосъемка, дискотеки, игры азартные, издание книг, информация по вопросам

отдыха, информация по вопросам развлечений, клубы культурно-просветительные и развлекательные, клубы-кафе ночные, обеспечение интерактивное игрой [через компьютерную сеть], обеспечение интерактивными электронными публикациями [незагружаемыми], обучение практическим навыкам [демонстрация], организация выставок с культурно-просветительной целью, организация досугов, организация и проведение мастер-классов [обучение], организация конкурсов учебных или развлекательных, организация лотерей, организация развлечений на базах отдыха, организация спортивных состязаний, парки аттракционов, предоставление спортивного оборудования, предоставление услуг игровых залов, предоставление услуг кинозалов, программирование спортивных состязаний, производство видеофильмов и кинофильмов, прокат аудио- и звукозаписей, прокат аудиооборудования и видеомагнитофонов, прокат игровых автоматов, прокат кинофильмов, прокат оборудования стадионов, публикации с помощью настольных электронных издательских систем, публикация интерактивная книг и периодики, публикация текстовых материалов [за исключением рекламных], развлечение гостей, составление программ встреч [развлечение], услуги казино, услуги переводчиков, фотографирование, шоу-программы.

42 - разработка и усовершенствование технического и программного обеспечения компьютеров; анализ компьютерных систем, инсталляция программного обеспечения, модернизация программного обеспечения, обслуживание техническое программного обеспечения, проектирование компьютерных систем, прокат компьютеров и средств программного обеспечения, размещение веб-сайтов, создание и техническое обслуживание веб-сайтов для третьих лиц.

43 - услуги по обеспечению пищевыми продуктами и напитками; обеспечение временного проживания, агентства по обеспечению мест [гостиницы, пансионы], аренда помещений для проведения встреч, базы отдыха, бронирование мест в гостиницах, бронирование мест для временного жилья, гостиницы, закусочные, кафе, кафетерии, рестораны, услуги баз отдыха [предоставление жилья], услуги баров, услуги кемпингов, услуги по приготовлению блюд и доставки их на дом.

45 - службы безопасности для защиты имущества и индивидуальных лиц, охрана штатская, услуги клубов по организации встреч, услуги телохранителей.

**Извещения, касающиеся товарных знаков, знаков обслуживания**

---

**Государственная регистрация договора об отчуждении исключительного права на товарный знак в отношении всех товаров и/или услуг**

(770) *Прежний правообладатель:*
**Ритцио Энтертеймент Груп Лимитед, Диарогу 4, Кермиа Билдинг, 6-й этаж, оф.601, Р.С.1097, Никосия, Кипр (CY)**

(732) *Правообладатель:*
**Ритцио Пёчис Лимитед, Диагроу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)**

(750) *Адрес для переписки:*
**ООО "Трейдинвент", Макаровой Т.Н., а/я 7, Москва, 117420**

*Дата и номер регистрации договора:*
**30.04.2013 РД0123353**

(580) *Дата внесения изменений в Госреестр ТЗ:* **30.04.2013**

*Опубликовано:* **25.05.2013**

---

**Исправление очевидных и технических ошибок в публикациях бюллетеня**

*Дата публикации (номер бюллетеня):* **25.05.2013 (БТЗ № 10)**

*Опубликовано:*
**Государственная регистрация договора об отчуждении исключительного права на товарный знак в отношении всех товаров и/или услуг**
(732) Правообладатель:
Ритцио Пёчис Лимитед, Диагроу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)
(770) Прежний правообладатель:
Ритцио Энтертеймент Груп Лимитед, Диарогу 4, Кермиа Билдинг, 6-й этаж, оф.601, Р.С.1097, Никосия, Кипр (CY)
Дата и номер регистрации договора:
30.04.2013 РД0123353

*Следует читать:*
**Государственная регистрация договора об отчуждении исключительного права на товарный знак в отношении всех товаров и/или услуг**
(732) Правообладатель:
Ритцио Пёчис Лимитед, Диагороу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)
(770) Прежний правообладатель:
Ритцио Энтертеймент Груп Лимитед, Диагороу 4, Кермиа Билдинг, 6-й этаж, оф.601, Р.С.1097, Никосия,

**Кипр (CY)**
**Дата и номер регистрации договора:**
**30.04.2013 РД0123353**

(580) *Дата внесения изменений в Госреестр ТЗ:* **06.06.2013**

*Опубликовано:* **25.06.2013**

**Продление срока действия исключительного права на товарный знак**

(732) *Правообладатель:*
**Ритцио Пёчис Лимитед, Диагороу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)**

(186) *Дата, до которой продлен срок действия исключительного права:* **18.11.2025**

(580) *Дата внесения записи в Государственный реестр:* **22.12.2015**

*Дата публикации извещения:* **25.01.2016**

**Государственная регистрация договора о предоставлении права использования**

*Вид договора:* **лицензионный**

*Лицо, предоставляющее право использования:*
**Ритцио Пёчис Лимитед, Диагороу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)**

*Лицо, которому предоставлено право использования:*
**Общество с ограниченной ответственностью «ИНФИНГРУПП», 142000, Московская обл., г. Домодедово, мкр Центральный, ул. Станционная, д. 20А, корп. 1, оф. 6В (RU)**

*Дата и номер государственной регистрации договора:*
**12.02.2016 РД0191693**

(793) *Указание условий договора:*
**Неисключительная лицензия на срок до 31.12.2018 на территории РФ в отношении услуг 41 кл. – организация лотерей; развлечения.**

(580) *Дата внесения записи в Государственный реестр:* **12.02.2016**

*Дата публикации извещения:* **12.03.2016**

**Государственная регистрация договора о предоставлении права использования**

*Вид договора:* **лицензионный**

*Лицо, предоставляющее право использования:*
**Ритцио Пёчис Лимитед, Диагороу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)**

*Лицо, которому предоставлено право использования:*
**Акционерное общество "СпортБет", 107113, Москва, ул.Лобачика, д.17 (RU)**

*Дата и номер государственной регистрации договора:*
**31.05.2016 РД0199097**

(793) *Указание условий договора:*
**Неисключительная лицензия на срок до 31.12.2018 на территории РФ в отношении услуг 41 кл., а именно игры азартные, предоставления услуг игровых залов, обеспечение интерактивное игрой [через компьютерную сеть], развлечения.**

(580) *Дата внесения записи в Государственный реестр:* **31.05.2016**

*Дата публикации извещения:* **12.06.2016**

**Государственная регистрация договора об отчуждении исключительного права на товарный знак в отношении всех товаров и/или услуг**

*Лицо, передающее исключительное право:*
**Ритцио Пёчис Лимитед, Диагороу 4, Кермиа Билдинг, этаж 6, Квартира/Офис 601, индекс 1097, Никосия, Кипр (CY)**

(732) *Правообладатель:*
**ДАРЕОС Инк. (Республика Маршалловы Острова), Траст Компани Комплекс, Аджелтейк Роад, Остров Аджелтейк, Маджуро, Республика Маршалловы Острова, MH96960 (MH)**

(750) *Адрес для переписки:*
**ИНТЕЛЛЕКТ-С, М.В.Лабзину, а/я 62, Москва, 119019**

*Дата и номер государственной регистрации договора:*
**25.12.2017 РД0240204**

(580) *Дата внесения записи в Государственный реестр:* **25.12.2017**

*Дата публикации извещения:* **25.12.2017**