# EXHIBIT 4

| WIPO WORLD INTELLECTUAL PROPERTY ORGANIZATION | Madrid Monitor | International Trademark |
|---|---|---|
| 791038 | | Printed: 2019-09-19 15:08 |

Case 2:18-cv-01512-DWL    Document 31-4    Filed 09/27/19    Page 2 of 3

# 791038

Full details
Current Status
English

**180** Expected expiration date of the registration/renewal
03.09.2022

**151** Date of the registration
03.09.2002

**270** Language of the application
English

**732** Name and address of the holder of the registration
DAREOS LTD.
Prevezis, 13, 1st Floor,
Flat/Office 101
CY-1065 Nicosia (CY)

**813** Contracting State or Contracting Organization in the territory of which the holder has his domicile
CY

**842** Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized
private company limited by shares, Cyprus

**540** Mark



**531** International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(4)
01.01.05 ; 25.01.19 ; 28.05.00 ; 29.01.15

**591** Information concerning colors claimed
Blue, dark blue, black, red, green, yellow, violet.
Blue, dark blue - background; black - lightning; yellow, green, violet - stars; red - word "VULKAN"; black, blue, dark blue - letters' shadow.

**561** Transliteration of the mark
VULKAN

**566** Translation of the mark or of words contained in the mark
VOLCANO

**511** International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(8)

41 Modelling of artists; rental of tennis courts; lending libraries; booking of seats for shows; videotaping; nursery schools; physical education; discotheque services; animal training; dubbing; gaming; publication of books; educational information; recreational information; entertainment information; movie studios; health club services; club services (entertainment or education); night clubs; correspondence courses; microfilming; videotape editing; production of radio and television programmes; music-halls; game services provided on-line (from a computer network); religious education; gymnastic instruction; practical training (demonstration); organisation of balls; organisation of exhibitions for cultural or educational purposes; providing recreational

| 791038 | Printed: 2019-09-19 15:08 |
| --- | --- |

facilities; arranging and conducting of colloquiums; arranging and conducting of congresses; arranging and conducting conferences; arranging and conducting of workshops (training); arranging and conducting of seminars; arranging and conducting of symposiums; arranging of beauty contests; organisation of competitions (education or entertainment); lotteries; holiday camp services (entertainment); organisation of shows (impresario services); vocational guidance (education or training advice); boarding schools; amusement park; sign language interpretation; television entertainment; bookmobile services; providing karaoke services; providing golf facilities; providing amusement arcade services; providing cinema facilities; presentation of live performances; theatre productions; educational examination; videotape film production; film production; rental of sound recordings; rental of audio equipment; rental of camcorders; rental of video cassette recorders; rental of videotapes; rental of show scenery; rental of cine-films; rental of lighting apparatus for theatrical sets or television studios; rental of radio and television sets; rental of skin diving equipment; rental of stage scenery; electronic desktop publishing; publication of electronic books and journals online; publication of texts (other than publicity texts); radio entertainment; entertainer services; zoological gardens; news reporters services; party planning (entertainment); music composition services; subtitling; providing of casino facilities (gambling); providing museum facilities (presentation, exhibitions); educational services; orchestra services; translation; scriptwriting services; recording studio services; digital imaging services; circuses; production of shows.

**822** Basic registration

RU, 03.07.2002, 216203

**300** Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin

RU, 03.04.2002, 2002707649

**832** Designation(s) under the Madrid Protocol

EE - GE - LT - TM - UZ

**834** Designation(s) under the Madrid Protocol by virtue of Article 9sexies

AM - AZ - BY - KG - KZ - LV - MD - TJ - UA

# Transaction History

**expand**  none