# EXHIBIT 5

| WIPO WORLD INTELLECTUAL PROPERTY ORGANIZATION | Madrid Monitor | International Trademark |
|---|---|---|
| 989103- VOLCANO | | Printed: 2019-09-19 15:21 |

Case 2:18-cv-01512-DWL    Document 51-5    Filed 09/27/19    Page 2 of 4

# 989103- VOLCANO

Full details
Current Status
English

| 180 | Expected expiration date of the registration/renewal |
|---|---|
| | 11.08.2028 |
| 151 | Date of the registration |
| | 11.08.2008 |
| 270 | Language of the application |
| | English |
| 732 | Name and address of the holder of the registration |
| | DAREOS LTD. |
| | Prevezis, 13, 1st Floor, |
| | Flat/Office 101 |
| | CY-1065 Nicosia (CY) |
| 813 | Contracting State or Contracting Organization in the territory of which the holder has his domicile |
| | CY |
| 842 | Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized |
| | Private company limited by shares, Cyprus |
| 540 | Mark |
| | **VOLCANO** |
| 511 | International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(9) |

09  Apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines, electric monitoring apparatus, sound recording apparatus, electric apparatus for communication, video cassettes, video screens, floppy disks, phonograph records, optical disks, compact disks (read-only memory), compact discs (audio-video), decorative magnets, mechanisms for coin-operated apparatus, sound recording carriers, magnetic data media, optical data media; computer operation programs, recorded; computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits).

16  Printed matter, almanacs, posters, tickets, printed forms, pamphlets, booklets, newsletters, newspapers, engravings, printed publications, calendars, tear-off calendars; non-electric credit cards imprinters; catalogues, books, graphic prints, magazines (periodicals), prospectuses, printed timetables, graphic reproductions.

21  Stirrers, pepper pots, not of precious metal, gloves for household purposes, trays for domestic purposes, not of precious metal, trays (kitchen utensils), candelabra (candlesticks), not of precious metal, trivets (table utensils), coasters, not of paper and other than table linen, menu card holders, knife rests for the table, flat-iron stands, tableware (other than knives, forks and spoons); porcelain ware, pottery, crockery, crystal (glassware); cosmetic utensils, toilet utensils, spice sets, appliances for removing make-up, non-electric), food cooling devices containing heat exchange fluids, for household purposes, bottle openers, glass caps, soap dispensers, combs, shoe horns, salad bowls, not of precious metal, sugar bowls, not of precious metal, services (tableware), not of precious metal, coffee services, tea services, not of precious metal, tea strainers, not of precious metal, siphons for carbonated water, blenders, non-electric, for household purposes, fruit presses, non-electric, for household purposes, salt cellars, not of precious metal, drinking vessels, refrigerating bottles, cups of paper or plastic, glass (receptacles), drinking glasses, statues and figurines (statuettes) of porcelain, terra-cotta or glass; soup bowls, not of precious metal, table plates, not of precious metal, graters (household utensils), insulating flasks, urns, not of precious metal, aerosol dispensers, not for medical purposes, wax-

| WIPO WORLD INTELLECTUAL PROPERTY ORGANIZATION | Madrid Monitor | International Trademark |
|---|---|---|
| 989103- VOLCANO | | Printed: 2019-09-19 15:21 |

Case 2:18-cv-01512-DWL   Document 51-5   Filed 09/27/19   Page 3 of 4

polishing appliances for shoes, non-electric, sprinkling devices, utensils for household purposes, not of precious metal, kitchen utensils, not of precious metal, cooking utensils, non-electric, strainers for household purposes, coffee filters, non-electric, flasks, not of precious metal, bottle gourds, molds (kitchen utensils), bread bins, teapots, not of precious metal, kettles, non-electric, cups, not of precious metal, mixers, manual (cocktail shakers), corkscrews, dishwashing brushes, brushes for cleaning tanks and containers, toothbrushes, brushes for footwear, boxes of metal, for dispensing paper towels, dust bins.

25  Clothing, footwear, headgear; bandanas (neckerchiefs), underclothing, overalls, half-boots, trousers, collars (clothing), shirt yokes, neckties, vests, singlets, hosiery, pockets for clothing, cap peaks, combinations (clothing), suits, swimsuits, jackets (clothing), T-shirts, ear muffs (clothing), socks, outerclothing, ready-made clothing, uniforms, top coats, scarfs, robes, waterproof clothing, belts (clothing), pullovers, shirts, sweaters, aprons (clothing), sashes for wear, pelisses.

28  Games and playthings; gymnastic and sporting articles not included in other classes, including amusement machines, automatic and coin-operated, cups for dice, dice, playing cards, billiard cues, chalk for billiard cues, billiard table cushions, billiard cue tips, accessories for games, billiard markers, billiard tables, coin-operated billiard tables, tables for table tennis, apparatus for electronic games other than those adapted for use with television receivers only, counters (discs) for games, small balls for games, billiard balls.

35  Office functions, data search in computer files for others, office machines and equipment rental, rental of vending machines, compilation of information into computer databases, systemization of information into computer databases, public relations.

38  Telecommunications, including electronic bulletin board services (telecommunications services), providing user access to a global computer network (service providers), providing telecommunications connections to a global computer network, communications by fiber (fibre) optic networks.

39  Travel arrangement, including booking of seats for travel, travel reservation, transport reservation, delivery of goods, arranging of cruises, transport of travellers, car transport, car rental, escorting of travellers, wrapping of goods, car parking, chauffeur services, courier services (messages or merchandise), tourist offices (except for hotel reservation), storage of goods, sightseeing (tourism).

41  Education; providing of training; entertainment; sporting and cultural activities; including rental of tennis courts, billiard halls, booking of seats for shows, videotaping, discotheque services, gaming, publication of books, recreation information, entertainment information, club services (entertainment or education), night clubs, game services provided on-line (from a computer network), publication services provided on-line (not downloaded), practical training (demonstration), organization of exhibitions for cultural or educational purposes, providing recreation facilities, arranging and conducting workshops (training), organization of competitions (education or entertainment), operating lotteries, holiday camp services (entertainment), organization of sports competitions, amusement parks, providing sport facilities, providing amusement arcade services, providing cinema facilities, timing of sport events, videotape film production, film production, rental of sound recordings, rental of audio equipment, rental of video cassette recorders, rental of slot machines, rental of cine-films, rental of stadium facilities, electronic desktop publishing, publication of electronic books and journals on-line, publication of texts (other than publicity texts), entertainer services, party planning (entertainment), providing casino facilities (gambling), translation, photography, production of shows, music-halls.

42  Design and development of computer hardware and software; computer systems analysis, installation of computer software, updating of computer software, maintenance of computer software, computer system design, computer rental, rental of computer software, hosting computer sites (web sites), creating and maintaining web sites for others.

43  Services for providing food and drink; temporary accommodation, agencies for reservations (hotels, boarding houses), rental of meeting rooms, tourist homes, hotel reservations, temporary accommodation reservations, hotels, snack-bars, cafes, cafeterias restaurants, holiday camp services (lodging), bar services, providing campground facilities, food and drink catering.

45  Personal and social services rendered by others to meet the needs of individuals, marriage agencies, detective agencies, night guards, guards, dating services, personal body guarding.

**822** Basic registration

RU, 02.06.2006, 307879

**832** Designation(s) under the Madrid Protocol

EM

**834** Designation(s) under the Madrid Protocol by virtue of Article 9sexies

BY - HR - KZ - RS - UA

## Transaction History

**expand** none