# EXHIBIT 6

# 949162- V

Full details
Current Status
English

| 180 | Expected expiration date of the registration/renewal |
|---|---|
| | 26.01.2027 |
| 151 | Date of the registration |
| | 26.01.2007 |
| 270 | Language of the application |
| | English |
| 732 | Name and address of the holder of the registration |
| | DAREOS LTD.<br>Prevezis, 13, 1st Floor,<br>Flat/Office 101<br>CY-1065 Nicosia (CY) |
| 813 | Contracting State or Contracting Organization in the territory of which the holder has his domicile |
| | CY |
| 842 | Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized |
| | Private company limited by shares, Cyprus |
| 540 | Mark |



| 531 | International Classification of the Figurative Elements of Marks (Vienna Classification) - VCL(5) |
|---|---|
| | 27.05.21 ; 29.01.13 |
| 591 | Information concerning colors claimed |
| | White, orange, red, blue and dark-blue. |
| 511 | International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) - NCL(9) |
| 03 | Bleaching preparations and other substances for laundry use; cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices. |
| 09 | Apparatus for recording, transmission or reproduction sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; data processing equipment and computers; ticket dispensers; juke boxes (musical), automatic distribution machines, electric monitoring apparatus, sound recording apparatus, electric apparatus for communication, video cassettes, video screens, floppy disks, phonograph records, optical disks, compact disks (read-only memory), compact discs (audio-video), decorative magnets, mechanisms for coin-operated apparatus, sound recording carriers, magnetic data media, optical data media, computer operation programs, recorded, computer game programs, computer programs (downloadable software), electronic publications (downloadable), integrated circuit cards (smart cards), totalizators, apparatus for games adapted for use with television receivers only, amusement apparatus adapted for use with television receivers only, computer peripheral devices, anti-theft warning apparatus, chips (integrated circuits). |

| WIPO WORLD INTELLECTUAL PROPERTY ORGANIZATION | Madrid Monitor | International Trademark |
|---|---|---|
| 949162- V | | Printed: 2019-09-19 15:09 |

Case 2:18-cv-01512-DWL   Document 51-6   Filed 09/27/19   Page 3 of 5

16  Paper, cardboard and goods made from these materials, not included in other classes; printed matter; photographs; stationery; artists' materials; instructional and teaching material (except apparatus); plastic materials for packaging (not included in other classes); fountain pens, albums, almanacs, posters, tickets, forms (printed), note books, loose-leaf-binders, pamphlets, booklets, newsletters, newspapers, engravings, pencil holders, chalk holders, holders for stamps, seals, holders for checkbooks, punches (office requisites), tags for index cards, pen clips, bookmarkers, printed publications, bags (envelopes, pouches) of paper or plastics, for packaging, graphic representations, calendars, tear-off calendars, pencils, pictures, decalcomanias, credit cards imprinters, non-electric, cards, geographical maps, catalogues, books, ledgers (books), envelopes (stationery), graphic prints, teaching materials (except apparatus), writing instruments, stickers (stationery), paper cutters (office requisites), bottle envelopes of cardboard or paper, covers (stationery), musical greeting cards, greeting cards, postcards, conical paper bags, folders for papers, holders for menu, holders for bills, clipboards for personnel, letter trays, trays for sorting and counting money, papier mâché, envelopes of paper or plastic, magazines (periodicals), bookends, mats for beer glasses, stands for pens and pencils, photograph stands, inking pads, paperweights, inkstands, office requisites, except furniture, writing materials, paper clasps, pencil sharpeners (electric or non-electric), prospectuses, printed timetables, graphic reproductions, pens, napkins, figurines (statuettes) of papier mâché, transparencies (stationery), flags of paper, photo-engravings, prints (engravings), labels, not of textile.

18  Leather and imitations of leather, and goods made of these materials and not included in other classes; animal skins, hides; trunks and travelling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery, pocket wallets; umbrellas; briefcases; purses; clothing for pets; leather trimmings for furniture; purses, not of precious metal; backpacks; bags.

21  Household or kitchen utensils and containers (not of precious metal or coated therewith); combs and sponges; brushes (except paint brushes); articles for cleaning purposes; steelwool; unworked or semi-worked glass (except glass used in building); glassware, porcelain and earthenware not included in other classes, including China ornaments, dishes, not of precious metal, saucers, not of precious metal, goblets, not of precious metal; bottles, busts of China, terra-cotta or glass; vases, not of precious metal, waffle irons, non-electric, coolers (ice pails), napkin holders, not of precious metal; clothing holders (terms too vague in the opinion of the International Bureau - Rule 13(2)(b) of the common regulations); decanters, large-toothed combs for the hair, deodorising apparatus for personal use, containers for household or kitchen use (except in precious metal), glass jars (carboys), heat insulated containers for beverages, thermally insulated containers for food, glass containers, frying pans, toothpicks, ceramics for household purposes; works of art, of porcelain, terra-cotta or glass; stew pans, napkin rings, not of precious metal, piggy banks, not of metal, bread baskets (domestic), baskets, for domestic use, not of precious metal, coffee percolators, non-electric, coffeepots, non-electric, not of precious metal, coffee grinders, hand-operated, beer mugs, covers for dishes, jugs, not of precious metal, portable coldboxes, non-electric, mixing spoons (kitchen utensils), scoops (tableware), spatulas (kitchen utensils), pepper mills, hand-operated, basins (bowls), soap boxes, cooking pot sets, fitted picnic baskets (including dishes), toilet cases, cookie (biscuit) cutters, pastry cutters, sprinklers, cocktail stirrers, pepper pots, not of precious metal, gloves for household purposes, trays for domestic purposes, not of precious metal, trays (kitchen utensils), candelabra (candlesticks), not of precious metal, trivets (table utensils), coasters, not of paper and other than table linen, menu card holders, knife rests for the table, flat-iron stands, tableware (other than knifes, forks and spoons); porcelain ware, pottery, crockery, crystal (glassware); cosmetic utensils, toilet utensils, spice sets, appliances for removing make-up, non-electric), food cooling devices containing heat exchange fluids, for household purposes, bottle openers, glass caps, powder compacts, not of precious metal, soap dispensers, combs, shoe horns, salad bowls, not of precious metal, sugar bowls, not of precious metal, services (tableware), not of precious metal, coffee services, tea services, not of precious metal, tea strainers, not of precious metal, siphons for carbonated water, blenders, non-electric, for household purposes, fruit presses, non-electric, for household purposes, salt cellars, not of precious metal, drinking vessels, refrigerating bottles, cups of paper or plastic, glass (receptacles), drinking glasses, statues and figurines (statuettes) of porcelain, terra-cotta or glass; soup bowls, not of precious metal, table plates, not of precious metal, graters (household utensils), insulating flasks, urns, not of precious metal, aerosol dispensers, not for medical purposes, wax-polishing appliances for shoes, non-electric, sprinkling devices, utensils for household purposes, not of precious metal, kitchen utensils, not of precious metal, cooking utensils, non-electric, strainers for household purposes, coffee filters, non-electric, flasks, not of precious metal, bottle gourds, molds (kitchen utensils), bread bins, teapots, not of precious metal, kettles, non-electric, cups, not of precious metal, mixers, manual (cocktail shakers), corkscrews, dishwashing brushes, brushes for cleaning tanks and containers, toothbrushes, brushes for footwear, boxes of metal, for dispensing paper towels, dust bins.

24  Textiles and textile goods, not included in other classes; bed and table covers; stickers (applications) of textiles (terms too vague in the opinion of the International Bureau - Rule 13(2)(b) of the common regulations); labels (cloth).

25  Clothing, footwear, headgear; bandanas (neckerchiefs), sweat-absorbent underclothing (underwear), overalls, half-boots, collars (clothing), shirt yokes, neckties, vests, singlets, hosiery, pockets for clothing, cap peaks,

combinations (clothing), suits, bathing suits, jackets (clothing), T-shirts, ear muffs (clothing), socks, outerclothing, ready-made clothing, uniforms, clothing, coats, scarfs, frocks, waterproof clothing, belts (clothing), pullovers, shirts, sweaters, caps, aprons (clothing), sashes for wear, pelisses.

26  Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; badges; badges (buttons); expanding bands for holding sleeves; brooches (clothing accessories), pins (other than jewellery), trouser clips for cyclists, barrettes (hair-slides), hook and pile fastening tapes, hair ornaments, heat adhesive patches for decoration of textile articles (haberdashery), buttons, trimmings for clothing.

27  Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wall hangings (non-textile).

28  Games and playthings; gymnastic and sporting articles not included in other classes, including amusement machines, automatic and coin-operated, cups for dice, dice, playing cards, billiard cues, chalk for billiard cues, billiard table cushions, billiard cue tips, accessories for games, billiard markers, billiard tables, coin-operated billiard tables, tables for table tennis, apparatus for electronic games other than those adapted for use with television receivers only, counters (discs) for games, small balls for games, billiard balls.

30  Coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee; flour and preparations made from cereals, bread, pastry and confectionery, ices; honey, treacle; yeast, baking-powder; salt, mustard; vinegar, sauces (condiments); spices; ice.

32  Beer; mineral and aerated waters and other non-alcoholic drinks, including energetic drinks; fruit drinks and fruit juices; syrups and other preparations for making beverages.

33  Alcoholic beverages (except beers).

34  Tobacco; smokers' articles; matches; cigar lighters; match boxes; ashtrays; pipe racks for tobacco pipes; cigarettes; cigars; match holders; matches; snuff boxes; tobacco pipes; cigar cases; cigarette cases.

35  Advertising; business management; business administration; office functions, import-export agencies, efficiency experts, demonstration of goods, marketing studies, business information, business investigation, marketing investigation, business management and organization consultancy, business organization consultancy, business management consultancy, professional business consultancy, organization of exhibitions for commercial or advertising purposes, organization of trade fairs for commercial or advertising purposes, business appraisals, data search in computer files (for others), economic forecasting, auctioneering, sales promotion (for others), office machines and equipment rental, automatic distribution machines rental, publication of publicity texts, distribution of samples, direct mail advertising, advertising on-line in internet, compilation of information into computer databases, systemization of information into computer databases, public relations, procurement services for others (purchasing and providing goods for others), wholesale and retail sale.

36  Insurance; financial affairs; monetary affairs; real estate affairs, including credit bureaux, real estate agencies, financial analysis, hire-purchase financing, savings banks, issue of tokens of value, capital investments, insurance information, financial information, clearing (financial), insurance consultancy, financial consultancy, stock exchange quotations, brokerage, financial management, exchanging money, debit card services, credit card services, home banking, factoring, organization of collection, financial evaluation (insurance, banking, real estate), electronic funds transfer, bail-bonding, securities brokerage, housing agents, insurance brokerage, loans (financing), charitable fund raising, leasing of real estate, financial sponsorship, mortgage banking, real estate management, banking, financing services, fiscal assessments.

37  Building construction; repair; installation services.

38  Telecommunications, including electronic bulletin board services (telecommunications services), providing user access to a global computer network (service providers), providing telecommunications connections to a global computer network, communications by fiber (fibre) optic networks.

39  Travel arrangement, including booking of seats for travel, travel reservation, transport reservation, delivery of goods, arranging of cruises, transport of travelers, car transport, car rental, escorting of travelers, wrapping of goods, car parking, chauffeur services, courier services (messages or merchandise), tourist offices (except for hotel reservation), storage of goods, sightseeing (tourism).

41  Education; providing of training; entertainment; sporting and cultural activities, including rental of tennis courts, billiard halls, booking of seats for shows, videotaping, discotheque services, gaming, publication of goods, recreation information, entertainment information, club services (entertainment or education), night clubs, game services provided on-line (from a computer network), publication services provided on-line (not downloaded), practical training (demonstration), organization of exhibitions for cultural or educational purposes, providing recreation facilities, arranging and conducting workshops (training), organization of competitions (education or entertainment), operating lotteries, holiday camp services (entertainment),

WIPO WORLD INTELLECTUAL PROPERTY ORGANIZATION | Madrid Monitor | International Trademark
949162- V | | Printed: 2019-09-19 15:09

Case 2:18-cv-01512-DWL   Document 31-6   Filed 09/27/19   Page 5 of 5

organization of sports competitions, amusement parks, providing sport facilities, providing amusement arcade services, providing cinema facilities, timing of sport events, videotape film production, film production, rental of sound recordings, rental of audio equipment, rental of video cassette recorders, rental of slot machines, rental of cine-films, rental of stadium facilities, electronic desktop publishing, publication of electronic books and journals on-line, publication of texts (other than publicity texts), entertainer services, party planning (entertainment), providing casino facilities (gambling), translation, photography, production of shows, music-halls.

42 Design and development of computer hardware and software; computer systems analysis, installation of computer software, updating of computer software, maintenance of computer software, computer system design, computer rental, rental of computer software, hosting computer sites (web sites), creating and maintaining web sites for others.

43 Services for providing food and drink; temporary accommodation, agencies for reservation (hotels, boarding houses), rental of meeting rooms, tourist homes, hotel reservations, temporary accommodation reservations, hotels, snack-bars, cafes, cafeterias, restaurants, holiday camp services (lodging), bar services, providing campground facilities, food and drink catering.

45 Personal and social services rendered by others to meet the needs of individuals; marriage agencies; detective agencies; night guards; security services for the protection of property and individuals, guards, dating services, personal body guarding.

**822 Basic registration**

RU, 26.01.2007, 320012

**300 Data relating to priority under the Paris Convention and other data relating to registration of the mark in the country of origin**

RU, 31.08.2006, 2006725005

**832 Designation(s) under the Madrid Protocol**

EE - LT

**834 Designation(s) under the Madrid Protocol by virtue of Article 9sexies**

BY - LV - UA

# Transaction History

**expand**   none