# EXHIBIT 7



search

site map

- Our company
  Company Overview NewsDevelopmentSocial Responsibility
- Gaming Venues
- Press Centre
- Contact us

## Our company / Company Overview



Ritzio International is a leading multinational gaming operator with over 250 gaming clubs across Europe. The company focuses on high-quality retail chain operations with strong and consistent branding, exceptional customer service and internal controls. Its gaming venues are primarily small and medium-sized properties located in urban areas throughout the Europe.

Ritzio strives for leadership in all segments of its business. Its operational strength, established corporate culture and governance, and access to capital allow the company to maintain a dominant position in existing markets and to achieve success in new ones. Along with aggressive market entry and development, this has ensured Ritzio's strong position in every market it enters.

Ritzio is committed to long-term relationships with its partners and customers.

Ritzio is committed to long-term relationships with its partners and customers. Across its multiple brands, venue formats and geographic markets, Ritzio provides its customers with a variety of top-quality gaming and entertainment services which meet and exceed customer expectations. International standards of corporate

governance and transparency protect and enhance the company's reputation with its customers, employees and regulators.

Get to know Ritzio gaming brands and companies in Croatia, Germany and Romania.

designed by actis°wunderman

© 2011 Ritzio. All Rights Reserved.