EXHIBIT 8



search

site map

- Our company
  Company Overview NewsDevelopmentSocial Responsibility
- Gaming Venues
- Press Centre
  News
- Contact us

# Gaming Venues / Germany

# Germany

- ## overview

Germany represents one of the most important markets for Ritzio as a leading European gaming clubs operator. The German network has more than 50 branches across the country, and Ritzio Germany operates 131 gaming venues with over 2,051 gaming machines.
https://vulkan-casino.de/

## brands and activities

Vulkan Stern is a German version of Ritzio's key brand 'Vulkan'. Ritzio International operates a family of Vulkan-themed facilities that provide visitors with flexible access to a growing portfolio of gaming venues, entertainment services and strict standards of quality and safety. Thousands of visitors enjoy 250 gaming properties located in three European countries. Vulkan Stern Automatencasinos have a format specifically designed for German operations and provide an exciting gaming experience to players.

Vulkan Stern Automatencasinos have a format specifically designed for German operations and provide an exciting gaming experience to players.

| Gaming Clubs | Gaming Machines |
|---|---|
| 100 | 2,051 |

- ## Locations

Baiersdorf - Am Kreuzbach 2
Bamberg - Gutenbergstr. 22
Berlin - An der Industriebahn.2 - 3
Berlin - Bismarkstrasse 102
Berlin - Bismarkstrasse 72
Berlin - Boxhagenerstr. 123
Berlin - Chausseestrasse 117

Berlin - Cicerostr. 22
Berlin - Falkenseer Chaussee 194a,
Berlin - Fennstrasse 1
Berlin - Friedrichstrasse 215
Berlin - Friedrich-Wilchelm-Str.12
Berlin - Greifswalderstrasse 214
Berlin - Helene-Weigel-Platz 5
Berlin - Hermann-Hesse-Str. 4-10
Berlin - Herzbergstr. 55
Berlin - Kaiserdamm 39
Berlin - Königin-Elisabethstr. 12
Berlin - Lübeckerstr. 52
Berlin - Mariannenstr. 31
Berlin - Müllerstrasse 166a
Berlin -Nollendorfplatz 5
Berlin - Reinikendorferstr. 17
Berlin - Reinikendorferstr. 90
Berlin - Rennbahnstraße 87
Berlin - Roedernallee 17
Berlin - Schoenwalderstr. 110
Berlin -Schönhauser Allee 90
Berlin - Schustehrusstr. 10
Berlin - Siemensdamm 43-44
Berlin - Streitstr. 11-14
Berlin - Stromstrasse 25
Berlin - Stromstrasse 48
Berlin -Tempelhofer Damm 154
Berlin - Turmstr. 9
Berlin - Wilhelminenhofstr. 79
Berlin - Wilmersdorferstr. 142
Berlin - Wilmersdorferstr. 76
Bielefeld - Herforder Str. 179-181 a
Bochum - Dorstenerstr.223
Borken - Commende 12-14
Brakel - Hanekamp 8
Bruhl - Uhlstr 65
Brunsbüttel - Von Humbold-Platz 2
Buchholz - Lindenstr. 2
Buchholz - Poststr.16
Deggendorf - Werftstraße 15
Duisburg - Am Bahnhof 4
Duisburg - Jägerstr. 46
Duisburg - Ruhrorterstr. 45
Duisburg - Von der Mark Strasse 23-25
Duisburg - Wanheimerstr. 61
Dusseldorf - BismarkStr. 55
Eichenzell-Rhönhof - Am LangenhackerStr.
Erkelenz - Aachener Str. 57
Essen - Marktstr. 4-6
Forchheim - Bamgerstr. 8
Forchheim - Daimlerstr. 10
Geestacht - Am Schleusenkanal 2-4
Geldern - Issumerstr. 68-70
Gelsenkirchen - Bochumer Str. 1

Gladbeck - Hermannstr. 178
Gollhofen - Industriestr. 1
Gosen-Neu Zittau - Am Müggelpark 10-12
Gronau - Glidehauserstraße 24
Hallstadt - Heganger 23a
Hamburg - Ahrensburger Str. 105
Hamburg - Ahrensburger Str. 113
Hamburg - Alter Postweg 15
Hamburg - Berner Heerweg 175
Hamburg - Borsteler Chaussee 103
Hamburg - Bramfelder Chaussee 347
Hamburg - Cuxhavener Straße 480
Hamburg - Grelckstr. 36
Hamburg - Grete Nevermann Weg 2
Hamburg - Grindelallee 91
Hamburg - Große Bergstr. 201
Hamburg - Große Freiheit 30
Hamburg - Großer Schippsee 34
Hamburg - Haldesdorfer Str. 111-113
Hamburg - Hammerbrookstr. 73
Hamburg - Jessenstr. 6
Hamburg - Knoopstr. 6
Hamburg - Kreuzburger Str. 5 a
Hamburg - Landwehr 5
Hamburg - Langenhorner Chaussee 129
Hamburg - Legienstr. 4
Hamburg - Lohbrügger Landstr. 7
Hamburg - Meiendorfer Straße 93
Hamburg - Moorhof 11
Hamburg - Pestalozzistr. 16
Hamburg - Reeperbahn 115
Hamburg - Reeperbahn 118
Hamburg - Rennbahnstr. 28
Hamburg - Sanderdamm 41
Hamburg - Saseler Chaussee 160
Hamburg - Steintorwall 4
Hamburg - Wandsbeker Chaussee 1
Hamburg - Wandsbeker Marktstr. 145
Hamburg - Wandsbeker Zollstr. 155
Hamburg - Wilstorfer Str. 96
Hamburg - Winsenerstr. 4
Hamburg - Reeperbahn 6
Henstedt-Ulzburg - Norderstedter Str. 13
Itzehoe - Feldschmiede 73
Jesteburg - Schützenstr. 2
Kamp Lintfort - Ringstrasse 117
Konigs Wusterhausen - Eichenallee 1 b
Mülheim a.d Ruhr - Duisburgerstr. 237
Mülheim a.d Ruhr - Düsseldorferstr. 189-191
Mülheim a.d Ruhr - Eppinghoferstr. 150
Mülheim a.d Ruhr - Friedrich-Ebert-Str. 220
Mülheim a.d Ruhr - OberhausenerStr. 92-94
München - Goethestr. 5
Nienburg - Hannoversche Str. 154

Norderstedt - Rathausallee 35
Osnabrück - Lohstraße 24
Ratingen - Bahnstr. 29-31
Rothenburg ob der Tauber - Ansbacher Str. 15
Rothenburg ob der Tauber - Milchmarkt 3
Schweinfurt - Bahnhofstr. 30 1/2
Schweinfurt - Matthäus-Stäbleinstr. 2
Schwerin - Medeweger Str. 12
Seevetal - Glüsingerstr. 54
Soltau - Lüneburger Str. 27
Uffenheim - Wiesenstr. 1
Witten - Ardeystr. 42
Würzburg - Haugerpfarrgasse 6
Würzburg - Nürnbergerstr. 76
Zeuthen - Goethestraße 11



designed by actis° wunderman

© 2011 Ritzio. All Rights Reserved.