EXHIBIT 9





## SCHUTZ & HILFE

## Entdecken Sie Vulkan!

Ihr Partner für Spiel, Spaß & Unterhaltung

**JOBS**

**SPIELHALLENFINDER**

### Responsible Gaming

Gepflegte Unterhaltung für Erwachsene, das kann vieles sein. Dazu gehört der Besuch von Kino und Theater ebenso, wie die Teilnahme an Sport und Spiel. Ja, auch wer einen Teil seiner Freizeit mit dem Glücksspiel verbringt, tut nichts anderes als einer jahrzehnte-, ja im Grunde sogar jahrhundertealten Tradition zu folgen.

[Weiterlesen](#)

### Sozialkonzept

Case 2:18-cv-01512-DWL   Document 51-9   Filed 09/27/19   Page 4 of 11

Das betriebliche Sozialkonzept dient als Instrument und Verfahrensweise, welches nach dem Willen des Gesetzgebers das bürgerschaftliche Miteinander besonders im Rahmen von staatlicher Sozial- und Gesundheitspolitik regelt. Die Ziele des Jugend- und Spielerschutzes und die rechtlichen Vorgaben des GlüStV sollen hierdurch noch besser gewährleistet werden.

[Weiterlesen]

## Jugendschutz

Die Gefahren des pathologischen Spielens machen vor der Jugend keinen halt. Aus diesem Grunde entschied der Gesetzgeber, Jugendlichen unter 18 Jahren ist das Spielen an Geldspielgeräten nicht zu gestatten – dies gilt für Spielhallen und auch in der Gastronomie.

[Weiterlesen]

## Hilfeangebot

Es gibt immer eine Alternative! Spielsucht ist kein unabwendbares Schicksal. Deutschlandweit gibt es eine Vielzahl von Selbsthilfe-, Beratungs- und Therapieeinrichtungen, die Sie auf Ihrem Weg unterstützen.

[Weiterlesen]



# In Deutschland beschäftigen wir

# 000*

## Mitarbeiterinnen & Mitarbeiter

Jetzt bewerben >

\* Stand September 2017

## Entdecken Sie unser Unternehmen!

### Unternehmen

Vulkan ist seit nunmehr 25 Jahren im professionellen Spielstättenmanagement einer der bundesweiten Marktführer. Unser Unternehmen setzt beim gewerblichen Gewinnspiel auf Innovationsmut und nachhaltigem Wirtschaften, welche auf unserem exzellenten Service, unserem vielfältigen Angebot sowie auf unsere Erfahrung zurückzuführen ist.

[Weiterlesen](#)

## Wir als Arbeitgeber

Vulkan steht für eine individuelle Freizeitgestaltung unserer Kunden. Bei uns erwartet Sie ein spannendes und stetig wachsendes Unternehmen. Durch dynamische Arbeitsprozesse in einem internationalen Umfeld schaffen wir jeden Tag eine neue Herausforderung, um die Freizeit unserer Kunden spannend und abwechslungsreich gestalten zu können.

Weiterlesen

## Interiuer & Ambiente

Eines der zentralen Elemente bei der Gestaltung und Einrichtung unserer Spielhallen ist die Einhaltung der Corporate Identity und somit die Schaffung eines einheitlichen visuellen Erscheinungsbildes. Ob in Duisburg, Hamburg oder Berlin – Gäste, die uns besuchen, sollen sich allerorts gleichermaßen zuhause fühlen.

Weiterlesen

## Expansion

Sie möchten eine bestehende Spielhalle oder Ihr Unternehmen im Ganzen verkaufen? Hierfür sind wir gerne offen und prüfen entsprechende Angebote. Unser Bestreben in diesem Bereich ist ganz klar, dass wir diesen Prozess in Eigenregie übernehmen, womit Sie als Verkäufer möglichst nur mit einem minimalen Arbeitsaufwand belastet werden.

[Weiterlesen](#)

# DAS SAGEN UNSERE MITARBEITER



❝ Bei Vulkan wird einem nie langweilig und es gibt immer etwas zu tun. ❞

**James P.**



❝ Ich habe gerne mit Menschen zu tun und bin unseren Gästen gerne behilflich. ❞

**Aras Ü.**



❝ Wenn man gute Leistung bringt, werden einem auch Karrieremöglichkeiten eröffnet. ❞

Monika M.

## Stellenbörse

Jobs ›

## So sind Sie immer auf dem aktuellen Stand!

Besuchen Sie uns auf unserem neuen Blog und seien Sie der Erste, wenn es um News rund um die Welt von Vulkan geht.

Hier geht es weiter zu unserem Blog

Click here to add your own text

Click here to add your own text

© 2017 Vulkan Stern                                    Impressum  |  Datenschutz  |  Haftungsausschluss