EXHIBIT 11

whois.vulkanclub.org



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOMAINS | HOSTING | CLOUD NEW | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT |

LOGIN   🛒 0

## vulkanclub.org

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulkanclub.org |
| Registrar: | GoDaddy.com, LLC |
| Registration Date: | 2014-01-23 |
| Expiration Date: | 2018-01-23 |
| Updated Date: | 2017-03-17 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | VULKANCLUB.ORG@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | VULKANCLUB.ORG@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | VULKANCLUB.ORG@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: VULKANCLUB.ORG
Registry Domain ID: D170755549-LROR
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2017-03-17T10:51:27Z
```



Sale

.website

$~~21.99~~ $0.88

BUY NOW

*Offer ends 30th September 2017 UTC

Hot Deals!



.PRO @ $4.88 ~~$16.88~~



⚪⚪⚪⚪⚪⚪⚪⚪🟢⚪⚪⚪⚪⚪⚪



Web Hosting

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo



whois.vulkanclub.org

```
Creation Date: 2014-01-23T11:43:16Z
Registry Expiry Date: 2018-01-23T11:43:16Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: C146560478-LROR
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: VULKANCLUB.ORG@domainsbyproxy.com
Registry Admin ID: C146560480-LROR
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: VULKANCLUB.ORG@domainsbyproxy.com
Registry Tech ID: C146560479-LROR
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: VULKANCLUB.ORG@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-21T10:09:44Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Access to Public Interest Registry WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry for
informational purposes only, and Public Interest Registry does not guarantee its accuracy.
This service is intended only for query-based access. You agree that you will use this data
only for lawful purposes and that, under no circumstances will you use this data to: (a)
allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of
mass unsolicited, commercial advertising or solicitations to entities other than the data
recipient's own existing customers; or (b) enable high volume, automated, electronic processes
that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except
as reasonably necessary to register domain names or modify existing registrations. All rights
reserved. Public Interest Registry reserves the right to modify these terms at any time. By
submitting this query, you agree to abide by this policy.
```

## related domain names

godaddy.com    icann.org    domainsbyproxy.com    cloudflare.com



| Domains | Hosting & Products | Follow us |
|---|---|---|
| Register Domain Name | Linux Hosting | |
| Transfer Domain Name | Windows Hosting | |
| View Domain Pricing | Linux Reseller Hosting | Enter a Domain Name |

Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

LOGIN   OR   CREATE AN ACCOUNT



Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOMAINS | HOSTING | CLOUD **NEW** | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN 🛒 0 |

🔍 WHOIS

## vulkanclub.net

Updated 4 hours ago ⟳

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulkanclub.net |
| Registrar: | GoDaddy.com, LLC |
| Registration Date: | 2014-01-23 |
| Expiration Date: | 2020-01-23 |
| Updated Date: | 2017-04-04 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |

### RAW WHOIS DATA

```
Domain Name: VULKANCLUB.NET
Registrar URL: http://www.godaddy.com
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Name Server: WANDA.NS.CLOUDFLARE.COM
Name Server: MAJOR.NS.CLOUDFLARE.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspx?domain=VULKANCLUB.NET

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

### related domain names

godaddy.com    icann.org    cloudflare.com



Sale

## .website

$21.99 $**0.88**

**BUY NOW**

*Offer ends 30th September 2017 UTC

**Hot Deals!**

.CLUB

.CLUB @ $1.48 $11.88

● ● ● ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○



Web Hosting

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo



### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup

### Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers

### Follow us 🐦

Enter a Domain Name 🔍



Name Suggestion Tool

Free with Every Domain

Domain Offers

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

Dedicated Servers

Managed Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

SSL Certificates

Sitelock

CodeGuard

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

LOGIN   OR   CREATE AN ACCOUNT

Get your .XYZ at just
**$1.48!**

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement



whois vulkanclub.biz

| DOMAINS | HOSTING | CLOUD | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN | 🛒 0 |
|---------|---------|-------|----------|-------|----------|-------|---------|-------|------|

## vulkanclub.biz

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulkanclub.biz |
| Registrar: | GoDaddy.com, Inc. |
| Registration Date: | 2014-01-23 |
| Expiration Date: | 2020-01-22 |
| Updated Date: | 2017-04-04 |
| Status: | clientUpdateProhibited |
| | clientTransferProhibited |
| | clientDeleteProhibited |
| | clientRenewProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | VULKANCLUB.BIZ@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | VULKANCLUB.BIZ@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | VULKANCLUB.BIZ@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: vulkanclub.biz
Registry Domain ID: D58669750-BIZ
Registrar WHOIS Server:
Registrar URL: whois.godaddy.com
Updated Date: 2017-04-04T15:44:15Z
```



Sale

.website

$~~21.88~~ **$0.88**

**BUY NOW**

*Offer ends 30th September 2017 UTC

**Hot Deals!**



.PRO @ **$4.88** ~~$16.88~~

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●



Web Hosting

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

```
Creation Date: 2014-01-23T11:46:58Z
Registry Expiry Date: 2020-01-22T23:59:59Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Registry Registrant ID: C58669746-BIZ
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant Street:
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: VULKANCLUB.BIZ@domainsbyproxy.com
Registry Admin ID: C58669748-BIZ
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin Street:
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: VULKANCLUB.BIZ@domainsbyproxy.com
Registry Tech ID: C58669747-BIZ
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech Street:
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: VULKANCLUB.BIZ@domainsbyproxy.com
Name Server: major.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-21T14:37:19Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NeuStar, Inc., the Registry Operator for .BIZ, has collected this information for the WHOIS
database through an ICANN-Accredited Registrar. This information is provided to you for
informational purposes only and is designed to assist persons in determining contents of a
domain name registration record in the NeuStar registry database. NeuStar makes this
information available to you as "as is" and does not guarantee its accuracy. By submitting a
WHOIS query, you agree that you will use this data only for lawful purposes and that, under no
circumstances will you use this data: (1) to allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via direct mail,
electronic mail, or by telephone; (2) in contravention of any applicable data and privacy
protection acts; or (3) to enable high volume, automated, electronic processes that apply to
the registry (or its systems). Compilation, repackaging, dissemination, or other use of the
WHOIS database in its entirety, or of a substantial portion thereof, is not allowed without
NeuStar's prior written permission. NeuStar reserves the right to modify or change these
conditions at any time without prior or subsequent notification of any kind. By executing this
query, in any manner whatsoever, you agree to abide by these terms.
```

## related domain names

godaddy.com    domainsbyproxy.com    cloudflare.com

## Domains                    Hosting & Products                Follow us

Register Domain Name            Linux Hosting







Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

Enter a Domain Name

LOGIN OR CREATE AN ACCOUNT

.xyz
Get your .XYZ at just
**$1.48!**

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

| DOMAINS | HOSTING | CLOUD [NEW] | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒 0 |

## vulkanclub.info

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulkanclub.info |
| Registrar: | GoDaddy.com, LLC |
| Registration Date: | 2014-01-23 |
| Expiration Date: | 2020-01-23 |
| Updated Date: | 2017-04-04 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | wanda.ns.cloudflare.com |
| | major.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **VULKANCLUB.INFO**@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **VULKANCLUB.INFO**@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **VULKANCLUB.INFO**@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: VULKANCLUB.INFO
Registry Domain ID: D51452220-LRMS
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2017-04-04T15:10:30Z
```



Sale
## .website
~~$21.99~~ $0.88
**BUY NOW**
*Offer ends 30th September 2017 UTC

**Hot Deals!**



.FUN @ $4.28 ~~$23.88~~





## Web Hosting

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo

```
Creation Date: 2014-01-23T11:45:01Z
Registry Expiry Date: 2020-01-23T11:45:01Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: C149449849-LRMS
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: VULKANCLUB.INFO@domainsbyproxy.com
Registry Admin ID: C149449855-LRMS
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: VULKANCLUB.INFO@domainsbyproxy.com
Registry Tech ID: C149449852-LRMS
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: VULKANCLUB.INFO@domainsbyproxy.com
Registry Billing ID: C149449858-LRMS
Billing Name: Registration Private
Billing Organization: Domains By Proxy, LLC
Billing Street: DomainsByProxy.com
Billing Street: 14455 N. Hayden Road
Billing City: Scottsdale
Billing State/Province: Arizona
Billing Postal Code: 85260
Billing Country: US
Billing Phone: +1.4806242599
Billing Phone Ext:
Billing Fax: +1.4806242598
Billing Fax Ext:
Billing Email: VULKANCLUB.INFO@domainsbyproxy.com
Name Server: WANDA.NS.CLOUDFLARE.COM
Name Server: MAJOR.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-21T14:43:22Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```

Access to AFILIAS WHOIS information is provided to assist persons in determining the contents
of a domain name registration record in the Afilias registry database. The data in this record
is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee
its accuracy.  This service is intended only for query-based access. You agree that you will
use this data only for lawful purposes and that, under no circumstances will you use this data
to(a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile
of mass unsolicited, commercial advertising or solicitations to entities other than the data
recipient's own existing customers; or (b) enable high volume, automated, electronic processes
that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except
as reasonably necessary to register domain names or modify existing registrations. All rights
reserved. Afilias reserves the right to modify these terms at any time. By submitting this
query, you agree to abide by this policy.

## related domain names

godaddy.com     icann.org     domainsbyproxy.com     cloudflare.com





**Domains**

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Hosting & Products**

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

**Follow us**

Enter a Domain Name

LOGIN OR CREATE AN ACCOUNT

.top
Get your .TOP at just
**$2.48!**

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

## Search the WHOIS Database

Enter a domain name to search        Search

# WHOIS search results

Domain Name: GAME-VULCAN.COM
Registry Domain ID: 1869125277_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: GAME-VULCAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: GAME-VULCAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: GAME-VULCAN.COM@domainsbyproxy.com
Name Server: WANDA.NS.CLOUDFLARE.COM
Name Server: MAJOR.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results





  

**Search the WHOIS Database**

| Enter a domain name to search | Search |
| --- | --- |

# WHOIS search results

Domain Name: GAME-VULKAN.COM
Registry Domain ID: 1869125272_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: GAME-VULKAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: GAME-VULKAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: GAME-VULKAN.COM@domainsbyproxy.com
Name Server: DOUG.NS.CLOUDFLARE.COM
Name Server: MAY.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 **United States - English** ▲    **UAH** ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.

   

## Search the WHOIS Database

Enter a domain name to search

**Search**

# WHOIS search results

Domain Name: LUCKY-VULCAN.COM
Registry Domain ID: 1869125265_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: LUCKY-VULCAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: LUCKY-VULCAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: LUCKY-VULCAN.COM@domainsbyproxy.com
Name Server: WANDA.NS.CLOUDFLARE.COM
Name Server: MAJOR.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

About GoDaddy
Support
Resources
Partner Programs
Account
Shopping

🌐 United States - English ▲   UAH ▲

f   🐦   G+   ▶

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



WHOIS search results

  

## Search the WHOIS Database

| Enter a domain name to search | Search |

## WHOIS search results

Domain Name: LUCKY-VULKAN.COM
Registry Domain ID: 1869125274_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: LUCKY-VULKAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: LUCKY-VULKAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: LUCKY-VULKAN.COM@domainsbyproxy.com
Name Server: WANDA.NS.CLOUDFLARE.COM
Name Server: MAJOR.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

# Need help? Call our award-winning support team 24/7 at (480) 505-8877

**About GoDaddy**

**Support**

**Resources**

**Partner Programs**

**Account**

**Shopping**

🌐 United States - English ▲    UAH ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



WHOIS search results

  

**Search the WHOIS Database**

| Enter a domain name to search | Search |

# WHOIS search results

Domain Name: PLAY-VULCAN.COM
Registry Domain ID: 1869125266_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: PLAY-VULCAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: PLAY-VULCAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: PLAY-VULCAN.COM@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.


See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 **United States - English** ▲    **UAH** ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



  

## Search the WHOIS Database

Enter a domain name to search

**Search**

# WHOIS search results

Domain Name: PLAY-VULKAN.COM
Registry Domain ID: 1869125271_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:33Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: PLAY-VULKAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: PLAY-VULKAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

WHOIS search results

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: PLAY-VULKAN.COM@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 **United States - English** ▲    **UAH** ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



  

## Search the WHOIS Database

```
Enter a domain name to search
```

**Search**

# WHOIS search results

Domain Name: MOI-VULCAN.COM
Registry Domain ID: 1869125267_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: MOI-VULCAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: MOI-VULCAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: MOI-VULCAN.COM@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 **United States - English** ▲   **UAH** ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



WHOIS search results

  

## Search the WHOIS Database

Enter a domain name to search                                                    **Search**

## WHOIS search results

Domain Name: MOI-VULKAN.COM
Registry Domain ID: 1869125273_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-08-06T17:26:32Z
Creation Date: 2014-07-31T10:20:53Z
Registrar Registration Expiration Date: 2018-07-31T10:20:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: MOI-VULKAN.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: MOI-VULKAN.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: MOI-VULKAN.COM@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS Search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 United States - English ▲    UAH ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.

 GoDaddy™

## Search the WHOIS Database

Enter a domain name to search     **Search**

# WHOIS search results

Domain Name: VLK.ME
Registry Domain ID: D13474863-ME
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-09-11T08:12:46Z
Creation Date: 2014-09-15T08:01:53Z
Registrar Registration Expiration Date: 2018-09-15T08:01:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: CR176538771
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: VLK.ME@domainsbyproxy.com
Registry Admin ID: CR176538773
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: VLK.ME@domainsbyproxy.com
Registry Tech ID: CR176538772
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: VLK.ME@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T13:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 **United States - English** ▲   **UAH** ▲

f  🐦  g+  ▶️

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



DOMAINS    HOSTING    CLOUD <sup>NEW</sup>    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

## velkam.email

Updated 1 second ago

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | velkam.email |
| Registrar: | GoDaddy.com, LLC |
| Registration Date: | 2016-01-20 |
| Expiration Date: | 2018-01-20 |
| Updated Date: | 2017-03-17 |
| Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **velkam.email**@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **velkam.email**@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **velkam.email**@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: velkam.email
Registry Domain ID: 228bab86eeeb467dbcbfaae4acf2e7ce-DONUTS
Registrar WHOIS Server: who.godaddy.com/
Registrar URL: http://www.godaddy.com/domains/search.aspx?ci=8990
Updated Date: 2017-03-17T08:41:55Z
Creation Date: 2016-01-20T13:19:02Z
Registry Expiry Date: 2018-01-20T13:19:02Z
Registrar: GoDaddy.com, LLC
```



Sale
.club
$~~11.99~~ $0.98
BUY NOW
*Offer ends 31st August 2017 UTC

**Hot Deals!**

.PRO @ $4.88 $~~16.88~~


Web Hosting
**Easy. Reliable. Affordable.**
- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee
View Plans

Starts @ $3.88/mo

```
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: b634200e204d45a0900e229015237f96-DONUTS
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: velkam.email@domainsbyproxy.com
Registry Admin ID: 9eef9f3c2370466d92272c1c469267c6-DONUTS
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: velkam.email@domainsbyproxy.com
Registry Tech ID: 2f0d65fb3aa542da9653dbf80dc38b78-DONUTS
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: velkam.email@domainsbyproxy.com
Name Server: major.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-08-28T16:15:52Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Users accessing the Donuts WHOIS service must agree to use the data only for
lawful purposes, and under under no circumstances use the data to: Allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial
advertising or solicitations to entities other than the registrar's own existing customers.
Enable high volume, automated, electronic processes that send queries or data to the systems
of Donuts or any ICANN-accredited registrar, except as reasonably necessary to register domain
names or modify existing registrations. When using the Donuts Whois service, please consider
the following: The Whois service is not a replacement for standard EPP commands to the SRS
service. Whois is not considered authoritative for registered domain objects. The Whois
service may be scheduled for downtime during production or OT&E maintenance periods. Queries
to the Whois services are throttled. If too many queries are received from a single IP address
within a specified time, the service will begin to reject further queries for a period of time
to prevent disruption of Whois service access.
```

## related domain names

godaddy.com    icann.org    domainsbyproxy.com    cloudflare.com



**Domains**

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain

**Hosting & Products**

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers

**Follow us**

Enter a Domain Name

LOGIN   OR   CREATE AN ACCOUNT

Whois.velkam.email

Domain Offers

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

Cloud Hosting

Website Builder

Business Email

Enterprise Email

SSL Certificates

Sitelock

CodeGuard

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

.CLUB

Get your .CLUB at just
**$1.48!**

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement





| DOMAINS | HOSTING | CLOUD | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN |  0 |

## vulcandeluxe.club

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulcandeluxe.club |
| Registrar: | GoDaddy.com, Inc. |
| Registration Date: | 2015-12-03 |
| Expiration Date: | 2017-12-02 |
| Updated Date: | 2017-03-17 |
| Status: | clientRenewProhibited |
| | clientUpdateProhibited |
| | clientTransferProhibited |
| | clientDeleteProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulcandeluxe.club**@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulcandeluxe.club**@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulcandeluxe.club**@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: vulcandeluxe.club
Registry Domain ID: D2385908-CLUB
Registrar WHOIS Server:
Registrar URL: whois.godaddy.com
Updated Date: 2017-03-17T08:51:11Z
```



Sale
.website
$~~21.99~~ $0.88
BUY NOW
*Offer ends 30th September 2017 UTC



Hot Deals!
.CLUB
.CLUB @ $1.48 ~~$11.88~~



Web Hosting
Easy. Reliable. Affordable.
- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee
View Plans
Starts @ $3.88/mo

```
Creation Date: 2015-12-03T11:35:03Z
Registry Expiry Date: 2017-12-02T23:59:59Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: C2385897-CLUB
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant Street:
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vulcandeluxe.club@domainsbyproxy.com
Registry Admin ID: C2385903-CLUB
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin Street:
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vulcandeluxe.club@domainsbyproxy.com
Registry Tech ID: C2385900-CLUB
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech Street:
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vulcandeluxe.club@domainsbyproxy.com
Name Server: major.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-21T14:56:02Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

.Club Domains, LLC, the Registry Operator for .club, has collected this information for the
WHOIS database through
an ICANN-Accredited Registrar. This information is provided to you for informational purposes
only and is designed
to assist persons in determining contents of a domain name registration record in the .Club
Domains registry
database. .Club Domains makes this information available to you "as is" and does not guarantee
its accuracy. By
submitting a WHOIS query, you agree that you will use this data only for lawful purposes and
that, under no
circumstances will you use this data: (1) to allow, enable, or otherwise support the
transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone; (2)
in contravention of any
applicable data and privacy protection acts; or (3) to enable high volume, automated,
electronic processes that apply
to the registry (or its systems). Compilation, repackaging, dissemination, or other use of the
WHOIS database in its
entirety, or of a substantial portion thereof, is not allowed without .Club Domains' prior
written permission. .Club
Domains reserves the right to modify or change these conditions at any time without prior or
subsequent notification
of any kind. By executing this query, in any manner whatsoever, you agree to abide by these
terms. You agree that
violation of these terms would cause .Club Domains irreparable injury.

In using the WHOIS system, you agree to consent to the jurisdiction of courts of the State of
Florida over your person
in matters related to your WHOIS query.  You agree to consent to Florida jurisdiction
regardless of your geographic
location at the time of your query or your nation of citizenship.
```



NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE
AVAILABILITY OF A DOMAIN NAME.

Contact information: Disclosure of contact data is restricted because of UK and EU Data
Protection
legislation. The contact details for this contact ID may be available by looking up a domain
object in the
WHOIS system. The information can also be obtained through the .Club Domains Special Access
Service.
Visit http://www.nic.club for more details.

### related domain names

godaddy.com    icann.org    domainsbyproxy.com    cloudflare.com    nic.club

**Domains**

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Hosting & Products**

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN    OR    CREATE AN ACCOUNT

**.CLUB**

Get your .CLUB at just
**$1.48!**

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

 **whois** Identity for everyone

[_____]  🔍 WHOIS

DOMAINS | HOSTING | CLOUD ᴺᴱᵂ | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT        👤 LOGIN   🛒 0

## vulkandeluxe.club

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulkandeluxe.club |
| Registrar: | GoDaddy.com, Inc. |
| Registration Date: | 2015-12-03 |
| Expiration Date: | 2017-12-02 |
| Updated Date: | 2017-03-17 |
| Status: | clientRenewProhibited |
| | clientUpdateProhibited |
| | clientTransferProhibited |
| | clientDeleteProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulkandeluxe.club**@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulkandeluxe.club**@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulkandeluxe.club**@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: vulkandeluxe.club
Registry Domain ID: D2385894-CLUB
Registrar WHOIS Server:
Registrar URL: whois.godaddy.com
Updated Date: 2017-03-17T09:14:09Z
```

**Sale**

.**website**

~~$21.99~~ $**0.88**

**BUY NOW**

*Offer ends 30th September 2017 UTC

**Hot Deals!**

.biz™

.BIZ @ $4.88 ~~$12.88~~

●●○○○○○○○○○○○○○○



**Web Hosting**

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo

```
Creation Date: 2015-12-03T11:35:00Z
Registry Expiry Date: 2017-12-02T23:59:59Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: C2385890-CLUB
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant Street:
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vulkandeluxe.club@domainsbyproxy.com
Registry Admin ID: C2385892-CLUB
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin Street:
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vulkandeluxe.club@domainsbyproxy.com
Registry Tech ID: C2385891-CLUB
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech Street:
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vulkandeluxe.club@domainsbyproxy.com
Name Server: major.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-21T15:36:17Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```

.Club Domains, LLC, the Registry Operator for .club, has collected this information for the WHOIS database through
an ICANN-Accredited Registrar. This information is provided to you for informational purposes only and is designed
to assist persons in determining contents of a domain name registration record in the .Club Domains registry
database. .Club Domains makes this information available to you "as is" and does not guarantee its accuracy. By
submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no
circumstances will you use this data: (1) to allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone; (2) in contravention of any
applicable data and privacy protection acts; or (3) to enable high volume, automated, electronic processes that apply
to the registry (or its systems). Compilation, repackaging, dissemination, or other use of the WHOIS database in its
entirety, or of a substantial portion thereof, is not allowed without .Club Domains' prior written permission. .Club
Domains reserves the right to modify or change these conditions at any time without prior or subsequent notification
of any kind. By executing this query, in any manner whatsoever, you agree to abide by these terms. You agree that
violation of these terms would cause .Club Domains irreparable injury.

In using the WHOIS system, you agree to consent to the jurisdiction of courts of the State of Florida over your person
in matters related to your WHOIS query.  You agree to consent to Florida jurisdiction regardless of your geographic
location at the time of your query or your nation of citizenship.

NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE
AVAILABILITY OF A DOMAIN NAME.

Contact information: Disclosure of contact data is restricted because of UK and EU Data
Protection
legislation. The contact details for this contact ID may be available by looking up a domain
object in the
WHOIS system. The information can also be obtained through the .Club Domains Special Access
Service.
Visit http://www.nic.club for more details.

related domain names

godaddy.com    icann.org    domainsbyproxy.com    cloudflare.com    nic.club



## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

| LOGIN | OR | CREATE AN ACCOUNT |

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement



DOMAINS   HOSTING   CLOUD   WEBSITES   EMAIL   SECURITY   WHOIS   SUPPORT   👤 LOGIN   🛒 0

## vulkandelux.club

Updated 20 hours ago 🔄

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulkandelux.club |
| Registrar: | GoDaddy.com, Inc. |
| Registration Date: | 2015-12-03 |
| Expiration Date: | 2017-12-02 |
| Updated Date: | 2017-03-17 |
| Status: | clientRenewProhibited |
| | clientUpdateProhibited |
| | clientTransferProhibited |
| | clientDeleteProhibited |
| Name Servers: | wanda.ns.cloudflare.com |
| | major.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulkandelux.club**@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulkandelux.club**@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulkandelux.club**@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: vulkandelux.club
Registry Domain ID: D2385905-CLUB
Registrar WHOIS Server:
Registrar URL: whois.godaddy.com
Updated Date: 2017-03-17T09:05:33Z
```



Sale
.website
$21.99 $0.88
BUY NOW
*Offer ends 30th September 2017 UTC



Hot Deals!

.CLUB

.CLUB @ $1.48 $11.88



Web Hosting

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

```
Creation Date: 2015-12-03T11:35:03Z
Registry Expiry Date: 2017-12-02T23:59:59Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: C2385895-CLUB
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant Street:
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vulkandelux.club@domainsbyproxy.com
Registry Admin ID: C2385899-CLUB
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin Street:
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vulkandelux.club@domainsbyproxy.com
Registry Tech ID: C2385896-CLUB
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech Street:
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vulkandelux.club@domainsbyproxy.com
Name Server: wanda.ns.cloudflare.com
Name Server: major.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-21T15:36:35Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

.Club Domains, LLC, the Registry Operator for .club, has collected this information for the
WHOIS database through
an ICANN-Accredited Registrar. This information is provided to you for informational purposes
only and is designed
to assist persons in determining contents of a domain name registration record in .Club
Domains registry
database. .Club Domains makes this information available to you "as is" and does not guarantee
its accuracy. By
submitting a WHOIS query, you agree that you will use this data only for lawful purposes and
that, under no
circumstances will you use this data: (1) to allow, enable, or otherwise support the
transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone; (2)
in contravention of any
applicable data and privacy protection acts; or (3) to enable high volume, automated,
electronic processes that apply
to the registry (or its systems). Compilation, repackaging, dissemination, or other use of the
WHOIS database in its
entirety, or of a substantial portion thereof, is not allowed without .Club Domains' prior
written permission. .Club
Domains reserves the right to modify or change these conditions at any time without prior or
subsequent notification
of any kind. By executing this query, in any manner whatsoever, you agree to abide by these
terms. You agree that
violation of these terms would cause .Club Domains irreparable injury.

In using the WHOIS system, you agree to consent to the jurisdiction of courts of the State of
Florida over your person
in matters related to your WHOIS query.  You agree to consent to Florida jurisdiction
regardless of your geographic
location at the time of your query or your nation of citizenship.
```

NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE
AVAILABILITY OF A DOMAIN NAME.

Contact information: Disclosure of contact data is restricted because of UK and EU Data
Protection
legislation. The contact details for this contact ID may be available by looking up a domain
object in the
WHOIS system. The information can also be obtained through the .Club Domains Special Access
Service.
Visit http://www.nic.club for more details.

### related domain names

godaddy.com    icann.org    domainsbyproxy.com    cloudflare.com    nic.club



**Domains**

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Hosting & Products**

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN    OR    CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement



whois
Identity for everyone

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOMAINS | HOSTING | CLOUD ᴺᴱᵂ | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN 🛒 0 |

## vulcandelux.club

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | vulcandelux.club |
| Registrar: | GoDaddy.com, Inc. |
| Registration Date: | 2015-12-03 |
| Expiration Date: | 2017-12-02 |
| Updated Date: | 2017-03-17 |
| Status: | clientUpdateProhibited |
| | clientTransferProhibited |
| | clientDeleteProhibited |
| | clientRenewProhibited |
| Name Servers: | major.ns.cloudflare.com |
| | wanda.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulcandelux.club**@domainsbyproxy.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulcandelux.club**@domainsbyproxy.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com |
| | 14455 N. Hayden Road |
| City: | Scottsdale |
| State: | Arizona |
| Postal Code: | 85260 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **vulcandelux.club**@domainsbyproxy.com |

### RAW WHOIS DATA

```
Domain Name: vulcandelux.club
Registry Domain ID: D2385909-CLUB
Registrar WHOIS Server:
Registrar URL: whois.godaddy.com
Updated Date: 2017-03-17T08:50:14Z
```



Sale

**.website**

$~21.99~ **$0.88**

**BUY NOW**

*Offer ends 30th September 2017 UTC

**Hot Deals!**

○.site

.SITE @ $3.28 $~29.88~

●●●●●●●●●●●●●●●●●



**Web Hosting**

**Easy. Reliable. Affordable.**

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

**View Plans**

Starts @ $3.88/mo

```
Creation Date: 2015-12-03T11:35:03Z
Registry Expiry Date: 2017-12-02T23:59:59Z
Registrar: GoDaddy.com, Inc.
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Registry Registrant ID: C2385898-CLUB
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant Street:
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vulcandelux.club@domainsbyproxy.com
Registry Admin ID: C2385904-CLUB
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin Street:
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vulcandelux.club@domainsbyproxy.com
Registry Tech ID: C2385901-CLUB
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech Street:
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vulcandelux.club@domainsbyproxy.com
Name Server: major.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-09-22T10:46:00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```

.Club Domains, LLC, the Registry Operator for .club, has collected this information for the WHOIS database through
an ICANN-Accredited Registrar. This information is provided to you for informational purposes only and is designed
to assist persons in determining contents of a domain name registration record in the .Club Domains registry
database. .Club Domains makes this information available to you "as is" and does not guarantee its accuracy. By
submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no
circumstances will you use this data: (1) to allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone; (2) in contravention of any
applicable data and privacy protection acts; or (3) to enable high volume, automated, electronic processes that apply
to the registry (or its systems). Compilation, repackaging, dissemination, or other use of the WHOIS database in its
entirety, or of a substantial portion thereof, is not allowed without .Club Domains' prior written permission. .Club
Domains reserves the right to modify or change these conditions at any time without prior or subsequent notification
of any kind. By executing this query, in any manner whatsoever, you agree to abide by these terms. You agree that
violation of these terms would cause .Club Domains irreparable injury.

In using the WHOIS system, you agree to consent to the jurisdiction of courts of the State of Florida over your person
in matters related to your WHOIS query.  You agree to consent to Florida jurisdiction regardless of your geographic
location at the time of your query or your nation of citizenship.



NOTE: FAILURE TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE
AVAILABILITY OF A DOMAIN NAME.

Contact information: Disclosure of contact data is restricted because of UK and EU Data
Protection
legislation. The contact details for this contact ID may be available by looking up a domain
object in the
WHOIS system. The information can also be obtained through the .Club Domains Special Access
Service.
Visit http://www.nic.club for more details.

## related domain names

godaddy.com     icann.org     domainsbyproxy.com     cloudflare.com     nic.club

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
CodeGuard

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us

Enter a Domain Name

LOGIN    OR    CREATE AN ACCOUNT

.top
Get your .TOP at just
$2.48!

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement



  

## Search the WHOIS Database

> Enter a domain name to search

**Search**

## WHOIS search results

Domain Name: vulkandeluxe.email
Registry Domain ID: 2e2fb705b22346f49e5eef0e7edee251-DONUTS
Registrar WHOIS Server: who.godaddy.com/
Registrar URL: http://www.godaddy.com/domains/search.aspx?ci=8990
Updated Date: 2017-10-02T04:55:23Z
Creation Date: 2015-10-01T12:20:50Z
Registry Expiry Date: 2018-10-01T12:20:50Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: 40279b0418ac4bb3b4b9d61271f0c80a-DONUTS
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vulkandeluxe.email@domainsbyproxy.com
Registry Admin ID: b2eef22fd7254815aad73b63d0a99955-DONUTS
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vulkandeluxe.email@domainsbyproxy.com
Registry Tech ID: 284cdd651aab4d238a3941841df7f3ac-DONUTS
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US

Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vulkandeluxe.email@domainsbyproxy.com
Name Server: major.ns.cloudflare.com
Name Server: wanda.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2017-10-02T15:53:32Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Users accessing the Donuts WHOIS service must agree to use the data only for lawful purposes, and under under no circumstances use the data to: Allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the registrar's own existing customers. Enable high volume, automated, electronic processes that send queries or data to the systems of Donuts or any ICANN-accredited registrar, except as reasonably necessary to register domain names or modify existing registrations. When using the Donuts Whois service, please consider the following: The Whois service is not a replacement for standard EPP commands to the SRS service. Whois is not considered authoritative for registered domain objects. The Whois service may be scheduled for downtime during production or OT&E maintenance periods. Queries to the Whois services are throttled. If too many queries are received from a single IP address within a specified time, the service will begin to reject further queries for a period of time to prevent disruption of Whois service access.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**



Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



WHOIS search results

## Search the WHOIS Database

| Enter a domain name to search | Search |

# WHOIS search results

Domain Name: VULKANPLAY.NET
Registry Domain ID: 1906805763_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-02-27T17:56:04Z
Creation Date: 2015-03-03T17:13:31Z
Registrar Registration Expiration Date: 2018-03-03T17:13:31Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: VULKANPLAY.NET@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: VULKANPLAY.NET@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: VULKANPLAY.NET@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T13:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS Search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

About GoDaddy

Support

Resources

Partner Programs

Account

Shopping

🌐 United States - English ▲    UAH ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.

   

## Search the WHOIS Database

Enter a domain name to search          **Search**

# WHOIS search results

Domain Name: VULKAN-MILLION.COM
Registry Domain ID: 2065862271_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2016-10-13T09:53:32Z
Creation Date: 2016-10-13T09:53:32Z
Registrar Registration Expiration Date: 2017-10-13T09:53:32Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: vulkan-million.com@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: vulkan-million.com@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: vulkan-million.com@domainsbyproxy.com
Name Server: MAJOR.NS.CLOUDFLARE.COM
Name Server: WANDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-03T13:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

## Need help? Call our award-winning support team 24/7 at (480) 505-8877

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 **United States - English** ▲    **UAH** ▲

f   🐦   g+   ▶️

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.



  

**Search the WHOIS Database**

| Enter a domain name to search | Search |

# WHOIS search results

Domain Name: VULCANNO.COM
Registry Domain ID: 1897499090_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-01-23T10:48:13Z
Creation Date: 2015-01-22T17:37:52Z
Registrar Registration Expiration Date: 2019-01-22T17:37:52Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: VULCANNO.COM@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: VULCANNO.COM@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale

Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: VULCANNO.COM@domainsbyproxy.com
Name Server: DOUG.NS.CLOUDFLARE.COM
Name Server: MAY.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-02T15:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

**Want to buy this domain?**
Get it with our Domain Buy Service.

Go

**Is this your domain?**
Add hosting, email and more.

Go

WHOIS search results

**Need help? Call our award-winning support team 24/7 at (480) 505-8877**

**About GoDaddy**
**Support**
**Resources**
**Partner Programs**
**Account**
**Shopping**

🌐 United States - English ▲   UAH ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 - 2017 GoDaddy Operating Company, LLC. All Rights Reserved.