**Valentin Gurvits** (*pro hac vice*)
vgurvits@bostonlawgroup.com
**Matthew Shayefar** (*pro hac vice*)
matt@bostonlawgroup.com
**Boston Law Group, PC**
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd,**<br>an Anguilla company, and<br>**InfoStar Management Ltd,**<br>an English company,<br><br>    Plaintiffs,<br><br>v.<br><br>**Ritzio Purchase Limited,**<br>a Cyprus company,<br>**Dareos Inc.,**<br>a Marshall Islands company, and<br>**Dareos Ltd.,**<br>a Cyprus company,<br><br>    Defendants. | Case No.: CV-18-01512-PHX-DLR<br><br>DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, PAATA ZAKAREISHVILI, declare as follows:

1.  My name is Mr. Paata Zakareishvili. I am over the age of 18 years. I am a Project Manager at GGS Ltd. ("GGS"), a Plaintiff in the above captioned case. I make this declaration on behalf of GGS based upon personal knowledge or based upon information gathered from the business records of GGS or from other personnel of GGS. All statements contained herein are true and correct to the best of my knowledge.

2. As used herein, the "Domain Names" refer to the following domain names:

| | | |
|---|---|---|
| i. | vulkanclub.org |
| ii. | vulkanclub.net |
| iii. | vulkanclub.biz |
| iv. | vulkanclub.info |
| v. | game-vulcan.com |
| vi. | game-vulcan.com |
| vii. | lucky-vulcan.com |
| viii. | lucky-vulkan.com |
| ix. | play-vulcan.com |
| x. | play-vulkan.com |
| xi. | moi-vulcan.com |
| xii. | moi-vulkan.com |
| xiii. | vlk.me |
| xiv. | velkam.email |
| xv. | vulcandeluxe.club |
| xvi. | vulkandeluxe.club |
| xvii. | vulkandelux.club |
| xviii. | vulcandelux.club |
| xix. | vulkandeluxe.email |
| xx. | vulkanplay.net |
| xxi. | vulkan-million.com |
| xxii. | vulcanno.com. |

3. Each of the Domain Names were registered for the benefit of GGS, which operated and controlled the Domain Names and the websites at the Domain Names, including some of the Domain Names which were registered to InfoStar Management Ltd. and Sergey Balash.

4. The websites at each of the Domain Names were available only in Russian and were aimed only at Russian-speaking users.

5. GGS began using the term "Vulkan" for websites where users could play slot-machine-like games and win prizes (website like those that were at the Domain Names), back in the year 2011, when GGS began operating the website at Vulcan-casino.com shortly after it was registered on June 15, 2011. GGS has operated numerous other domain names and websites incorporating that term since, including at the Domain Names.

6. GGS operated the websites, including at the Domain Names, openly and in full view and with the implicit and explicit consent of Ritzio Purchase Limited ("Ritzio") for at least four years, from 2011 through 2015.

7. GGS registered domain names, including the Domain Names, that incorporate the term "Vulkan" or variations thereon, because it knew at the time that Ritzio no longer had any trademark rights in Russia for gambling related activities because it had stopped operating in Russia since 2009.

8. Between 2011 and 2015, GGS had extensive discussions with Ritzio regarding its websites that used the Vulkan name. There were even discussions through the years to form a joint project between GGS and Ritzio. Ritzio certainly knew about GGS's use and operation of the domains for many years.

9. GGS also has reason to believe that Ritzio had knowledge of other people using the "Vulkan" mark in the same was that GGS was using it, and that Ritzio did nothing to stop it.

10. For instance, GGS previously had a business relationship with a company called EvoPlay LLP ("EvoPlay"). As part of this business relationship, the management of GGS and EvoPlay shared information and ideas regarding operating gaming websites like those that GGS operated.

11. GGS understood from EvoPlay that EvoPlay operated websites at the following domain names without any form of license from Ritzio: club-vulkan.com, play-vulcan-slots.com, vulcanclub.com, volcano-online.com, online-colvano.com, vvulcan.com, wulkanclub.com, volcano-vip.com, vulcan-portal.com, vulcan-play.com, 777vulkan.com, vulkanpremium.com, play-club-vulkkan.com, club-vulkan.net, club-wulkan.com, casino-vulkan-online.com, club-vulkan-slots.com, and vulkanstavka.com.

12. GGS used a privacy service for the WhoIs information for the Domain Names because, among other reasons, GGS wanted to limit the amount of spam that it received.

13. GGS has no offices in the United States, has no employees in the United States, has no operations in the United States, and does not direct the websites at the Domain Names at the United States.

14. Virtually no visitors to the websites at the Domain Names come from the United States.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 28. 10. 2019.    Zakareishvili Paata
                                   On behalf of GGS Ltd.