1  **Valentin Gurvits** (*pro hac vice*)
   vgurvits@bostonlawgroup.com
2  **Matthew Shayefar** (*pro hac vice*)
   matt@bostonlawgroup.com
3  **Boston Law Group, PC**
   825 Beacon Street, Suite 20
4  Newton Centre, Massachusetts 02459
   Tel: 617-928-1800 | Fax: 617-928-1802
5
   *Attorneys for Plaintiffs/Counter-Defendants*
6
                  **UNITED STATES DISTRICT COURT FOR THE**
7                             **DISTRICT OF ARIZONA**

8
   | | |
   |---|---|
   | **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd**, an English company,<br><br>  Plaintiffs/Counter-Defendants,<br><br>v.<br><br>**Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company,<br><br>  Defendants/Counter-Claimants. | Case No.: CV-18-01512-PHX-DWL<br><br>**Declaration of Matthew Shayefar in Opposition to Defendants' Motion for Summary Judgment** |

18      I, Matthew Shayefar, have personal knowledge of and am competent to testify as
19  follows:

20      1.   On October 23, 2019, I visited the website for the .ru registry, nic.ru, and
21  used their WhoIs search feature to obtain the registration details for the domain name
22  Ritzio.com.  Filed herewith as <u>Exhibit 13</u> is a true and correct printout of the WhoIs

                                    1

1. information that I obtained from that website. The WhoIs information states that the domain name is registered to "Ritzio International Limited."

2. On October 23, 2019, I visited the website vulkan-casino.de. Attached hereto as <u>Exhibits 14, 15 and 16</u> are screenshots I took on that date of different parts of the website, including the contact page, its "imprint page," and its privacy policy page, some of which were automatically translated from German to English using the Google Translate function in the Chrome browser.

3. I have reviewed Exhibit 3 to Defendants' Motion for Summary Judgment (D.E. 51-3), which appears to be a trademark registration for the mark VULKAN in Russia. I pasted various parts of the registration into Google Translate to see what the Russian translates to. The first page of the document states in Russian "(181) Дата истечения срока действия регистрации: 18.11.2015." Google translate translates that portion as "(181) Registration Expiration Date: 11/18/2015." I have also confirmed this translation with my Russian speaking colleague, and co-counsel, Valentin Gurvits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2019                                    /s/ Matthew Shayefar, Esq.