# Exhibit 13

# Whois сервис

Сервис Whois позволяет быстро получить всю информацию о регистрации домена, например, дату регистрации и возраст домена, или узнать контакты, по которым можно связаться с организацией или человеком, чей домен вас заинтересовал.

ritzio.com

Проверить

## Домен свободен!

### ritzio.market

-55%  SSL В ПОДАРОК  РЕКОМЕНДУЕМ

~~890 руб.~~
399 руб.

В корзину

Показать еще

## ritzio.com занят

**Информация по данным whois.nic.ru**

Domain Name: RITZIO.COM
Registry Domain ID: 104663456_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.nic.ru
Registrar URL: http://www.nic.ru
Updated Date: 2019-02-04T10:19:14Z
Creation Date: 2003-10-07T06:20:34Z
Registrar Registration Expiration Date: 2020-10-06T21:00:00Z

☰  Домены RU center Домены    Хостинг и серверы    SSL-сертификаты    Сайты    Почта    Сп

Registrar Abuse Contact Email: tld-abuse@nic.ru

Registrar Abuse Contact Phone: +7.4959944601

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Registry Registrant ID:

Registrant Name: Personal data, can not be publicly disclosed according to applicable laws.

Registrant Organization: Ritzio International Limited

Registrant Street: Nicosia

Registrant City: Nicosia

Registrant Postal Code: 1070

Registrant Country: CY

Registrant Phone: +357.22053075

Registrant Phone Ext:

Registrant Email: https://www.nic.ru/whois/send-message/?domain=ritzio.com

Registry Admin ID:

Admin Name: Personal data, can not be publicly disclosed according to applicable laws.

Admin Organization: Ritzio International Limited

Admin Street: Nicosia

Admin City: Nicosia

Admin Postal Code: 1070

Admin Country: CY

Admin Phone: +357.22053075

Admin Phone Ext:

Admin Email: https://www.nic.ru/whois/send-message/?domain=ritzio.com

Registry Tech ID:

Tech Name: Personal data, can not be publicly disclosed according to applicable laws.

Tech Organization: Ritzio International Limited

Tech Street: Nicosia

Tech City: Nicosia

Tech Postal Code: 1070

Tech Country: CY

Tech Phone: +357.22053075

Tech Phone Ext:

Tech Email: https://www.nic.ru/whois/send-message/?domain=ritzio.com

Name Server: ns1.ritzio.com 89.111.63.36

Name Server: ns4.ritzio.com 94.243.130.245

Name Server: ns5.ritzio.com 195.151.37.163

DNSSEC: unsigned

☰   Домены   RU center   Домены    Хостинг и серверы    SSL-сертификаты    Сайты    Почта    Сп

>>> Last update of WHOIS database: 2019.10.23T21:47:20Z <<<

**Информация по данным whois.verisign-grs.com**

Domain Name: RITZIO.COM
Registry Domain ID: 104663456_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.nic.ru
Registrar URL: http://nic.ru
Updated Date: 2019-02-04T10:19:15Z
Creation Date: 2003-10-07T06:20:34Z
Registry Expiry Date: 2020-10-07T06:20:34Z
Registrar: Regional Network Information Center, JSC dba RU-CENTER
Registrar IANA ID: 463
Registrar Abuse Contact Email: tld-abuse@nic.ru
Registrar Abuse Contact Phone: +7 (495) 994-46-01
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.RITZIO.COM
Name Server: NS4.RITZIO.COM
Name Server: NS5.RITZIO.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2019-10-23T21:47:09Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or

Домены **RU center** Домены   Хостинг и серверы   SSL-сертификаты   Сайты   Почта   Сп

information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

Условия использования Whois-сервиса

**Рекомендуем**

ritz**.moscow**

SSL В ПОДАРОК

590 руб.

В корзину

ritz**.msk.ru**

-73%

690 руб.

В





ritz.photo
SSL В ПОДАРОК
2 390 руб.
В корзину

ritz.co.il
3 490 руб.
В корзину

ritz.ru.com
4 190 руб.
В корзину

Показать еще

## Для чего нужен Whois сервис

Прежде всего, Whois позволяет бесплатно и быстро выяснить, свободен ли домен. Если информация по доменному имени не внесена в whois и не выдается в результатах проверки домена, значит, доменное имя свободно и с большой долей вероятности может быть зарегистрировано .

Однако Whois пользуется популярностью не только для проверки домена на занятость, ведь определить, свободен ли домен можно и в процессе подбора имени в доменной зоне. Основная ценность сервиса в том, что он содержит всю информацию о домене, и обычно позволяет получить данные об истории домена и его владельце.

В Whois легко проверить, когда был зарегистрирован домен — узнать дату регистрации домена можно в поле «created». Проверять возраст домена важно не только при покупке доменного имени, информация о сроках регистрации домена полезна при совершении сделок, выборе партнеров и просто анализе информации, размещенной в интернете. Мошенники часто создают сайты-однодневки с выгодными предложениями, и недавно зарегистрированный домен — веский повод усомниться в чистоте намерений авторов сообщения.

Узнать, кому принадлежит домен, через Whois сложнее. Часто персональные данные защищаются на уровне регистраторов или скрываются по правилам реестров. Доверять открытым данным тоже непросто, поскольку администраторы доменов могут указывать ложные сведения при регистрации имени. Но даже если вы не знаете, на чье имя зарегистрирован домен, сервис дает возможность связаться с владельцем доменного имени через форму обратной связи.

☰ Домены  **RU center** Домены   Хостинг и серверы   SSL-сертификаты   Сайты   Почта   Сп

Помощь

**+7 495 737-06-01**

**+7 495 994-46-01**

О компании

Партнерская программа

Тарифы

Договор

Способы оплаты

Остерегайтесь мошенников

🌐 Switch to English (USD)

Обработка персональных данных

Сообщить о нарушениях

Условия использования промокодов

АО «РСИЦ» (RU-CENTER) 2019