# Exhibit 14



Startseite    Schutz & Hilfe    Spielhallenfinder    Über Uns    Jobs    News    Kontakt    Impressum    Datenschutz

## Kontakt

Du bist hier: Startseite / Kontakt



## ZENTRALE BERLIN



**Ritzio Berlin GmbH**

Cicerostraße 22
10709 Berlin
☎ 030 53000550-00
🖨 030 53000550-01



## VERWALTUNGSBÜRO HAMBURG



**Verwaltungsbüro Hamburg**

Pestalozzistraße 16
22305 Hamburg
☎ 030 53000550-00
🖨 030 53000550-01



## VERWALTUNGSBÜRO MÜLHEIM AN DER RUHR



**Verwaltungsbüro Mülheim**

Lahnstraße 33
45478 Mülheim an der Ruhr
☎ 030 53000550-00
🖨 030 53000550-01



---

**SPIELHALLENFINDER**
Unsere Vulkan Filialen

**JOBS**
Unsere Jobanzeigen

**SCHUTZ & HILFE**
Einleitung
Responsible Gaming
Sozialkonzept
Jugendschutz
Hilfeangebot

**ÜBER UNS**
Unternehmen
Wir als Arbeitgeber
Interieur & Ambiente
Expansion

**SOCIAL MEDIA**
Verfolgen Sie uns auch auf Facebook und Tumblr.

Facebook
Tumblr

**KONTAKTAUFNAHME**
Haben Sie Fragen?
Wir beantworten Sie gerne.

☎ 030 53000550-00
🖨 030 53000550-01

© 2017 Vulkan Stern    Impressum    Datenschutz    Haftung

