# Exhibit 15




## imprint

You are here: Home / Imprint

### This website is presented by:

Ritzio Berlin GmbH

Cicerostr. 22

10709 Berlin

Telephone: +49 30 53000550-00 Fax

: +49 30 53000550-01

E-Mail: info (at) volcano-casino.de

Authorized **Managing Director:** Vitaly Lapchevskiy

### Register

court : Amtsgericht Berlin Charlottenburg

### Registration number:

HRB 107807 B

### Sales tax identification number according to § 27 a sales tax law:

DE 255876631

### Responsible for content according to § 10 paragraph 3 MDStV:

Georgy Markarov

### Text, photos and graphics:

Ritzio Berlin GmbH

Image usage fotolia.com and istockphoto.com.

### Disclaimer:

Despite careful content control, we assume no liability for the content of external links. The content of the linked pages are the sole responsibility of their operators.

### Conception, programming and technical implementation:

Pixup Media GbR

© 2017 volcano star

imprint | data protection | Disclaimer