# Exhibit 16




## data protection

You are here: Home / Privacy Policy

**1. Objective and responsible body**

1.1. This Privacy Policy explains the nature, scope and purpose of the collection and use of data and the use of cookies within our website and our online offering.

Provider / data protection law responsible body:

Ritzio Berlin GmbH
Cicerostr. 22
10709 Berlin
Telephone 030-53000550-00
Email info (at) vulkan-casino.de

1.2. The legal basis of data protection can be found in the European Data Protection Regulation (EU-DSGVO), in the Federal Data Protection Act (BDSG- new) and the Telemedia Act (TMG).

**2. Basic information on data processing**

2.1. We only collect, process and use personal data of users in compliance with the relevant data protection regulations. This means that users' data will only be used if there is a legal need or consent.

2.2. We take organizational, contractual and technical security measures to ensure compliance with data protection laws and to protect the data we manage against accidental or intentional manipulation, loss, destruction or access by unauthorized persons

**3. Collection, processing and use of personal data**

3.1. The personal data of the users are used for the following purposes:

- - The execution of our services, services and user services.
- - Ensuring effective customer service. When contacting us, the information will be stored for the purpose of processing the request as well as in case of follow-up questions.
- - Sending newsletters or other promotional material, provided the recipient has given us appropriate consent.

3.2. We will pass the data on to third parties if this is necessary for performance or billing purposes or otherwise in order to fulfill our contractual obligations to the users.

## 4. Information via e-mail and newsletter

4.1. As far as we send e-mail messages with advertising information about us and our services, this is done only with the express consent of the recipient. The users can contradict the receipt of the e-mail messages at any time.

4.2. If you would like to receive the newsletter, we need a valid email address from you as well as information that allows us to verify that you are the owner of the specified email address or that the owner agrees to receive the newsletter. Further data is not collected. These data are used only for sending the newsletter and will not be shared with third parties.

4.3. Before sending the newsletter, the e-mail holder receives a confirmation e-mail in which he must confirm the newsletter registration. Unconfirmed applications will automatically be deleted within four weeks at the latest. We can refrain from sending a confirmation e-mail if the e-mail address has already been confirmed.

4.4. Your consent to the storage of the data, the e-mail address and their use to send the newsletter, you can revoke at any time.

4.5. As part of the registration, we save the registration and the confirmation time and the IP address of the user. We are legally obliged to log the applications in order to prove a proper registration.

## 5. Collection of access data

5.1. We collect data about every access to the server on which this offer is located (so-called server log files). The access data includes the name of the retrieved web page, file, date and time of retrieval, amount of data transferred, notification of successful retrieval, browser type and version, the user's operating system, referrer URL (the previously visited page), IP address and the requesting provider ,

5.2. We use the log data without assignment to the person of the user or other profiling according to the statutory provisions only for statistical evaluations for the purpose of operation, security and optimization of the offer. However, we reserve the right to retrospectively check the log data if, on the basis of concrete evidence, the legitimate suspicion of unlawful use exists

## 6. Cookies & Reach Measurement

6.1. Cookies are information transmitted by our web server or third-party web servers to the users' web browsers and stored there for later retrieval. The use of cookies in the context of pseudonymous range measurement informs users in the context of this privacy policy.

6.2. The viewing of our website is also possible to the exclusion of cookies. If users do not want cookies stored on their machine, they will be asked to disable the option in their browser's system settings. Saved cookies can be deleted in the system settings of the browser. The exclusion of cookies can lead to functional restrictions of this offer.

## 7. Range measurement: Google Analytics

7.1. We use Google Analytics, a web analytics service provided by Google Inc. ("Google"). Google uses cookies, text files that are stored on users' computers and that allow an analysis of the use of our online

offer. The information generated by the cookie about the use of this website by the users are usually transmitted to a Google server in the USA and stored there.

7.2. Google will use this information on our behalf to evaluate the use of the website by the users, to compile reports on the activities within our online offering and to provide us with other services related to website activity and internet usage.

7.3. We only use Google Analytics with activated IP anonymization. This means that the IP address of the users is shortened by Google within member states of the European Union or in other contracting states of the Agreement on the European Economic Area. Only in exceptional cases will the full IP address be sent to a Google server in the USA and shortened there.

7.4. The IP address submitted by the user's browser will not be merged with other data provided by Google. Users can prevent the storage of cookies by setting their browser software accordingly; Users may also prevent the collection by Google of the data generated by the cookie and related to their use of the website and the processing of this data by Google by downloading and
installing the browser plug-in available at the following link : tools.google. com / dlpage / gaoptout.

7.5. As an alternative to the browser add-on or within browsers on mobile devices, please click this link to prevent Google Analytics from entering this website in the future (the opt-out only works in the browser and only for this domain). An opt-out cookie is stored on your device. If you delete your cookies in this browser, you must click this link again.

**8. Information, Revocation, Changes, Corrections and Updates**

8.1. Users have the right to request information free of charge on the personal data that we have stored about them. The contact details can be found in the imprint.

8.2. In addition, users have the right to correct inaccurate data, revoke consent, block and delete their personal data, as far as no legal duty of retention precludes.

**9. Changes to the privacy policy**

9.1. We reserve the right to change the privacy policy in order to adapt it to changing legal situations, or to changes in the service and data processing.

9.2. Users are therefore asked to inform themselves regularly about their content.

**10. Data Protection Officer**

In accordance with § 38 BDSG-new, we have appointed a data protection officer:

WENZA Deutschland AG Responsible Mr. Kent Schwirz Beim Alten Gaswerk 5
22761 Hamburg
Contact: http://www.wenza.de
E-Mail: datenschutz (at) wenza.de

© 2017 volcano star | imprint | data protection | Disclaimer