1 | **Valentin Gurvits** (*pro hac vice*)
vgurvits@bostonlawgroup.com
2 | **Matthew Shayefar** (*pro hac vice*)
matt@bostonlawgroup.com
3 | **Boston Law Group, PC**
825 Beacon Street, Suite 20
4 | Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802
5 |
*Attorneys for Plaintiffs/Counter-Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| **GGS Ltd**, an Anguilla company, and **InfoStar Management Ltd**, an English company, <br><br>   Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **Ritzio Purchase Limited**, a Cyprus company, **Dareos Inc.**, a Marshall Islands company, and **Dareos Ltd.**, a Cyprus company, <br><br>   Defendants/Counter-Claimants. | Case No.: CV-18-01512-PHX-DWL <br><br> **Plaintiffs' Motion to Strike and Replace Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Controverting Statement of Facts** |

Plaintiffs GGS Ltd. and InfoStar Management Ltd., by and through their undersigned counsel, hereby move this honorable court to strike the version of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment filed as Docket No. 53 and replace it with the concurrently being filed Plaintiffs' Restated Opposition to Defendants' Motion for Summary Judgment. Plaintiffs also request that the Court strike Plaintiffs'

1  Controverting Statement of Facts in Opposition to Defendants' Motion for Summary

2  Judgment filed as Docket No. 54.

3  In support of this Motion, undersigned counsel Matthew Shayefar must first

4  apologize to the court and opposing counsel because he unintentionally failed to take into

5  consideration Section 8(b) of the Court's Case Management Order of December 17,

6  2018, Docket No. 36.  Through his inadvertence, Attorney Shayefar did not see that this

7  Court had suspended Local Rule of Civil Procedure 56.1 and the Court's additional

8  requirements relating to exhibits.

9  As a result of this, Plaintiffs' original Opposition was based on the applicability of

10 Local Rule of Civil Procedure 56.1, and included certain arguments based thereupon.

11 Plaintiffs also filed a Controverting Statement of Facts in contravention of the Case

12 Management Order.

13 Attorney Shayefar only realized his mistake shortly after filing Plaintiffs'

14 Opposition and Controverting Statement of Facts.  Immediately after understanding his

15 error, Attorney Shayefar began to modify Plaintiffs' Opposition to put it in compliance

16 with the Court's Case Management Order, including by removing arguments based upon

17 Local Rule of Civil Procedure 56.1.  A Restated Opposition is being filed concurrently

18 herewith, on the same night that Attorney Shayefar filed the original Opposition.  Other

19 than removing the arguments based on Local Rule 56.1, no changes of material substance

20 have been made in the Restated Opposition.

21 Accordingly, Plaintiffs hereby humbly request that the Court strike Docket Nos.

22 53 and 54, and deem Plaintiffs' Restated Opposition as the only opposition filed by

Plaintiffs. No prejudice would come to Defendants as a result of the granting of this motion given that Plaintiffs have remedied their error on the same day that the Opposition is due, within two hours of the original filing. Undersigned Counsel's mistake constitutes excusable neglect.

Undersigned counsel once again apologizes to the Court and opposing counsel for his mistake.

Dated: October 28, 2019

Respectfully submitted,
Plaintiffs
By their Attorneys,


/s/ Matthew Shayefar
Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:   (617) 928-1800
Fax:   (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

## Certificate of Service

I hereby certify that the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on October 28, 2019.

/s/ Matthew Shayefar
Matthew Shayefar

## Service List

Douglas A. Grady
dgrady@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104

Clair C. Pena
cpena@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114