1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA**

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| **GGS Ltd**,<br>an Anguilla company, and<br>**InfoStar Management Ltd,**<br>an English company,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>**Ritzio Purchase Limited**,<br>a Cyprus company,<br>**Dareos Inc.**,<br>a Marshall Islands company, and<br>**Dareos Ltd.**,<br>a Cyprus company,<br><br>    Defendants/Counter-Claimants. | Case No.: CV-18-01512-PHX-DWL<br><br>**[Proposed] Order on<br>Plaintiffs' Motion to Strike and Replace<br>Plaintiffs' Opposition to Defendants'<br>Motion for Summary Judgment and<br>Controverting Statement of Facts** |

18    Upon consideration of Plaintiffs' Motion to Strike and Replace Plaintiffs'

19 Opposition to Defendants' Motion for Summary Judgment and Controverting Statement

20 of Facts (the "Motion"), and the entire record herein, for good cause shown, it is hereby:

21    ORDERED that the Motion is GRANTED, and it is further

22

ORDERED that Docket Entry Nos. 53 and 54 are hereby struck and that Plaintiffs' Restated Opposition to Defendants' Motion for Summary Judgment is deemed filed as Plaintiffs' opposition to Defendants' Motion for Summary Judgment.