# EXHIBIT D





Kontakt

Du bist hier:  Startseite  /  Kontakt

## ZENTRALE BERLIN



Ritzio Berlin GmbH

Cicerostraße 22
10709 Berlin
☎ 030 53000550-00
🖨 030 53000550-01



## VERWALTUNGSBÜRO HAMBURG



Verwaltungsbüro Hamburg

Pestalozzistraße 16
22305 Hamburg
☎ 030 53000550-00
🖨 030 53000550-01



## VERWALTUNGSBÜRO MÜLHEIM AN DER RUHR



Verwaltungsbüro Mülheim

Lahnstraße 33
45478 Mülheim an der Ruhr
☎ 030 53000550-00
🖨 030 53000550-01



---

**SPIELHALLENFINDER**

Unsere Vulkan Filialen

**JOBS**

Unsere Jobanzeigen

**SCHUTZ & HILFE**

Einleitung
Responsible Gaming
Sozialkonzept
Jugendschutz
Hilfeangebot

**ÜBER UNS**

Unternehmen
Wir als Arbeitgeber
Interieur & Ambiente
Expansion

**SOCIAL MEDIA**

Verfolgen Sie uns auch auf
Facebook und Tumblr.

Facebook
Tumblr

**KONTAKTAUFNAHME**

Haben Sie Fragen?
Wir beantworten Sie gerne.

☎ 030 53000550-00
🖨 030 53000550-01

© 2017 Vulkan Stern                                   Impressum     Datenschutz     Haftung

