# EXHIBIT
# E

Imprint - Vulkan Stern Casinos





imprint

You are here: **Home** / Imprint

## This website is presented by:

Ritzio Berlin GmbH

Cicerostr. 22

10709 Berlin

Telephone: +49 30 53000550-00 Fax

: +49 30 53000550-01

E-Mail:  info (at) volcano-casino.de

Authorized **Managing Director:**  Vitaly Lapchevskiy

## Register

court **:** Amtsgericht Berlin Charlottenburg

## Registration number:

HRB 107807 B

## Sales tax identification number according to § 27 a sales tax law:

DE 255876631

## Responsible for content according to § 10 paragraph 3 MDStV:

Georgy Markarov

## Text, photos and graphics:

Ritzio Berlin GmbH

Image usage fotolia.com and istockphoto.com.

## Disclaimer:

Despite careful content control, we assume no liability for the content of external links. The content of the linked pages are the sole responsibility of their operators.

## Conception, programming and technical implementation:

Pixup Media GbR

© 2017 volcano star

imprint | data protection | Disclaimer