# EXHIBIT G

# Original Document





| Главная страница | Документы системы ГАРАНТ | Искать другие документы |      Eng |

Федеральный закон от 29 декабря 2006 г. N 244-ФЗ "О государственном регулировании деятельности по организации и проведению азартных игр и о внесении изменений в некоторые законодательные акты Российской Федерации" (с изменениями и дополнениями) > Глава 1. Общие положения

# Общие положения

**Федеральный закон от 29 декабря 2006 г. N 244-ФЗ**
**"О государственном регулировании деятельности по организации и проведению азартных игр и о внесении изменений в некоторые законодательные акты Российской Федерации"**

С изменениями и дополнениями от:
24 июля 2009 г., 22 апреля, 3 ноября 2010 г., 4 мая, 13 июля, 18 июля, 21 ноября 2011 г., 16 октября 2012 г., 23 июля 2013 г., 21, 22 июля 2014 г.

**Принят Государственной Думой 20 декабря 2006 года**
**Одобрен Советом Федерации 27 декабря 2006 года**

*ГАРАНТ: См. комментарии к настоящему Федеральному закону*

**Глава 1. Общие положения**

**Статья 1.** Предмет регулирования настоящего Федерального закона

1. Настоящим Федеральным законом определяются правовые основы государственного регулирования деятельности по организации и проведению азартных игр на территории Российской Федерации и устанавливаются ограничения осуществления данной деятельности в целях защиты нравственности, прав и законных интересов граждан.

*Информация об изменениях: Федеральным законом от 21 ноября 2011 г. N 327-ФЗ в часть 2 статьи 1 настоящего Федерального закона внесены изменения, вступающие в силу с 1 января 2012 года*
*См. текст части и предыдущей редакции*

2. Действие настоящего Федерального закона не распространяется на деятельность по организации и проведению лотерей, а также на деятельность организаторов торговли, осуществляющих свою деятельность в соответствии с Федеральным законом "Об организованных торгах".

*ГАРАНТ: См. комментарии к статье 1 настоящего Федерального закона*

**Статья 2.** Законодательство о государственном регулировании деятельности по организации и проведению азартных игр

Правовое регулирование деятельности по организации и проведению азартных игр осуществляется в соответствии с Гражданским кодексом Российской Федерации, настоящим Федеральным законом, другими федеральными законами, законами субъектов Российской Федерации, а также может осуществляться принятыми в соответствии с настоящим Федеральным законом иными нормативными правовыми актами.

*ГАРАНТ: См. комментарии к статье 2 настоящего Федерального закона*

**Статья 3.** Государственное регулирование деятельности по организации и проведению азартных игр

1. Государственное регулирование деятельности по организации и проведению азартных игр осуществляется путем:
1) установления порядка осуществления деятельности по организации и проведению азартных игр и соответствующих ограничений, обязательных требований к организаторам азартных игр, игорным заведениям, посетителям игорных заведений, игорных зон;
2) выделения территорий, предназначенных для осуществления деятельности по организации и проведению азартных игр, - игорных зон;
3) выдачи разрешений на осуществление деятельности по организации и проведению азартных игр в игорных зонах;
4) выдачи лицензий на осуществление деятельности по организации и проведению азартных игр в букмекерских конторах и тотализаторах;

*Информация об изменениях: Федеральным законом от 18 июля 2011 г. N 242-ФЗ пункт 5 части 1 статьи 3 настоящего Федерального закона изложен в новой редакции, вступающей в силу с 1 августа 2011 г.*
*См. текст пункта в предыдущей редакции*

5) осуществления государственного надзора в области организации и проведения азартных игр, направленного на предупреждение, выявление и пресечение нарушений законодательства о государственном регулировании деятельности по организации и проведению азартных игр лицами, осуществляющими указанную деятельность.

2. Государственное регулирование деятельности по организации и проведению азартных игр в соответствии с настоящим Федеральным законом осуществляется Правительством Российской Федерации, федеральным органом исполнительной власти, уполномоченным Правительством Российской Федерации на осуществление функций по нормативно-правовому регулированию в сфере организации и проведения азартных игр, иными федеральными органами исполнительной власти Российской Федерации в пределах их компетенции, органами государственной власти субъектов Российской Федерации, уполномоченными на осуществление функций по управлению игорными зонами.

3. Проверка технического состояния игрового оборудования осуществляется уполномоченным Правительством Российской Федерации федеральным органом исполнительной власти, осуществляющим функции по контролю и надзору за соблюдением законодательства о налогах и сборах.

*ГАРАНТ: См. комментарии к статье 3 настоящего Федерального закона*

**Статья 4.** Основные понятия, используемые в настоящем Федеральном законе

Для целей настоящего Федерального закона используются следующие основные понятия:
1) **азартная игра** - основанное на риске соглашение о выигрыше, заключенное двумя или несколькими участниками такого соглашения между собой либо с организатором азартной игры по правилам, установленным организатором азартной игры;
2) **пари** - азартная игра, при которой исход основанного на риске соглашения о выигрыше, заключаемого двумя или несколькими участниками пари между собой либо с организатором данного вида азартной игры, зависит от события, относительно которого неизвестно, наступит оно или нет;

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ пункт 3 статьи 4 настоящего Федерального закона изложен в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

3) **ставка** - денежные средства, передаваемые участником азартной игры организатору азартной игры (за исключением денежных средств, признаваемых в соответствии с настоящим Федеральным законом интерактивной ставкой) и служащие условием участия в азартной игре в соответствии с правилами, установленными организатором азартной игры;

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 4 настоящего Федерального закона дополнена пунктом 3.1, вступающим в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

3.1) **интерактивная ставка** - денежные средства, в том числе электронные денежные средства, передаваемые с использованием электронных средств платежа центром учета переводов интерактивных ставок букмекерских контор или тотализаторов организатору азартных игр в букмекерской конторе или тотализаторе по поручениям участников данных видов азартных игр и служащие условием участия в азартной игре в соответствии с правилами, установленными таким организатором азартных игр;

4) **выигрыш** - денежные средства или иное имущество, в том числе имущественные права, подлежащие выплате или передаче участнику азартной игры при наступлении результата азартной игры, предусмотренного правилами, установленными организатором азартной игры;

5) **организатор азартной игры** - юридическое лицо, осуществляющее деятельность по организации и проведению азартных игр;

📰 *Информация об изменениях: Федеральным законом от 23 июля 2013 г. N 198-ФЗ пункт 6 статьи 4 настоящего Федерального закона изложен в новой редакции, вступающей в силу по истечении ста восьмидесяти дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

6) **деятельность по организации и проведению азартных игр** - деятельность по оказанию услуг по заключению с участниками азартных игр основанных на риске соглашений о выигрыше и (или) по организации заключения таких соглашений между двумя или несколькими участниками азартной игры;

7) **игорная зона** - часть территории Российской Федерации, которая предназначена для осуществления деятельности по организации и проведению азартных игр и границы которой установлены в соответствии с настоящим Федеральным законом;

8) **разрешение на осуществление деятельности по организации и проведению азартных игр в игорной зоне** - выдаваемый в соответствии с настоящим Федеральным законом документ, предоставляющий организатору азартных игр право осуществлять деятельность по организации и проведению азартных игр в одной игорной зоне без ограничения количества и вида игорных заведений;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ пункт 9 статьи 4 настоящего Федерального закона изложен в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

9) **лицензия на осуществление деятельности по организации и проведению азартных игр в букмекерских конторах и тотализаторах** - документ, выдаваемый в соответствии с настоящим Федеральным законом и предоставляющий организатору азартных игр право осуществлять деятельность по организации и проведению азартных игр в букмекерских конторах и (или) тотализаторах вне игорных зон, с обязательным указанием вида оказываемых услуг (услуг по заключению с участниками азартных игр основанных на риске соглашений о выигрыше и (или) услуг по организации заключения основанных на риске соглашений о выигрыше между двумя или несколькими участниками азартной игры), места нахождения процессингового центра букмекерской конторы или тотализатора, количества и места нахождения филиалов, пунктов приема ставок букмекерских контор или тотализаторов либо иных мест осуществления деятельности по организации и проведению азартных игр в букмекерских конторах и тотализаторах;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в пункт 10 статьи 4 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

10) **участник азартной игры** - физическое лицо, достигшее возраста восемнадцати лет, принимающее участие в азартной игре и заключающее основанное на риске соглашение о выигрыше с организатором азартной игры или другим участником азартной игры;

11) **игорное заведение** - здание, строение, сооружение (единая обособленная часть здания, строения, сооружения), в которых осуществляется исключительно деятельность по организации и проведению азартных игр и оказанию сопутствующих азартным играм услуг (в том числе филиал или иное место осуществления деятельности по организации и проведению азартных игр и оказанию сопутствующих азартным играм услуг);

12) **казино** - игорное заведение, в котором осуществляется деятельность по организации и проведению азартных игр с использованием игровых столов или игровых столов и иного предусмотренного настоящим Федеральным законом игрового оборудования;

13) **зал игровых автоматов** - игорное заведение, в котором осуществляется деятельность по организации и проведению азартных игр с использованием игровых автоматов или игровых автоматов и иного предусмотренного настоящим Федеральным законом игрового оборудования, за исключением игровых столов;

📰 *Информация об изменениях: Федеральным законом от 13 июня 2011 г. N 133-ФЗ в пункт 14 статьи 4 настоящего Федерального закона внесены изменения, вступающие в силу с 1 января 2012 г.*
*См. текст пункта в предыдущей редакции*

14) **букмекерская контора** - игорное заведение, в котором организатор азартных игр заключает пари с участниками данного вида азартных игр;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в пункт 15 статьи 4 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

15) **тотализатор** - игорное заведение, в котором организатор азартных игр организует заключение пари между участниками данного вида азартных игр, а также выплату выигрышей за счет суммы ставок, принятых от участников данного вида азартных игр, за вычетом размера взимаемого организатором данного вида азартных игр вознаграждения;

16) **игровое оборудование** - устройства или приспособления, используемые для проведения азартных игр;

17) **игровой стол** - игровое оборудование, которое представляет собой место с одним или несколькими игровыми полями и при помощи которого организатор азартных игр проводит азартные игры между его участниками либо выступает в качестве их участника через своих работников;

18) **игровой автомат** - игровое оборудование (механическое, электрическое, электронное или иное техническое оборудование), используемое для проведения азартных игр с материальным выигрышем, который определяется случайным образом устройством, находящимся внутри корпуса такого игрового оборудования, без участия организатора азартных игр или его работников;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в пункт 19 статьи 4 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

19) **касса букмекерской конторы** - часть пункта приема ставок букмекерской конторы, в которой организатор азартных игр принимает ставки от участников данного вида азартных игр, за исключением интерактивных ставок, и выплачивает выигрыши;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в пункт 20 статьи 4 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

20) **касса тотализатора** - часть пункта приема ставок тотализатора, в которой организатор азартных игр принимает ставки от участников данного вида азартных игр, за исключением интерактивных ставок, и выплачивает выигрыши;

21) **касса игорного заведения** - часть игорного заведения, в которой организатор азартных игр осуществляет операции с денежными средствами и в которой находится специальное оборудование, позволяющее осуществлять указанные операции;

22) **зона обслуживания участников азартных игр** - часть игорного заведения, в которой установлено игровое оборудование, кассы игорного заведения, тотализатора, букмекерской конторы, а также иное используемое участниками азартных игр оборудование;

23) **служебная зона игорного заведения** - обособленная часть игорного заведения, которая предназначена для работников организатора азартных игр и в которую не допускаются участники азартных игр;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в пункт 24 статьи 4 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

24) **сопутствующие азартным играм услуги** - гостиничные услуги, услуги общественного питания, услуги в сфере зрелищно-развлекательных мероприятий, услуги по распространению (реализации, выдаче) лотерейных билетов, лотерейных квитанций, электронных лотерейных билетов, приему лотерейных ставок среди участников лотереи, выплате, передаче или предоставлению выигрышей участникам международных лотерей, услуги проводятся на основании международных договоров Российской Федерации, и всероссийских государственных лотерей;

📰 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ пункт 25 статьи 4 настоящего Федерального закона изложен в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

25) **процессинговый центр букмекерской конторы** - часть игорного заведения, в которой организатор азартных игр проводит учет ставок, принятых от участников данного вида азартных игр, проводит на основе информации, полученной от центра учета переводов интерактивных ставок букмекерских контор, учет интерактивных ставок, принятых от участников данного вида азартных игр, фиксирует результаты азартных игр,

рассчитывает суммы подлежащих выплате выигрышей, осуществляет представление информации о принятых ставках, интерактивных ставках и о рассчитанных выигрышах в пункты приема ставок букмекерской конторы и в центр учета переводов интерактивных ставок букмекерских контор;

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ пункт 26 статьи 4 настоящего Федерального закона изложен в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

26) **процессинговый центр тотализатора** - часть игорного заведения, в которой организатор азартных игр проводит учет ставок, принятых от участников данного вида азартных игр, проводит на основе информации, полученной от центра учета переводов интерактивных ставок тотализаторов, учет интерактивных ставок, принятых от участников данного вида азартных игр, фиксирует результаты азартных игр, рассчитывает суммы подлежащих выплате выигрышей, осуществляет представление информации о принятых ставках, интерактивных ставках и о рассчитанных выигрышах в пункты приема ставок тотализатора и в центр учета переводов интерактивных ставок тотализаторов;

📧 *Информация об изменениях: Федеральным законом от 13 июня 2011 г. N 133-ФЗ статья 4 настоящего Федерального закона дополнена пунктом 27, вступающим в силу с 1 января 2012 г.*

27) **пункт приема ставок букмекерской конторы** - территориально обособленная часть игорного заведения, в которой организатор азартных игр заключает пари с участниками данного вида азартных игр и осуществляет представление информации о принятых ставках, выплаченных и невыплаченных выигрышах в процессинговый центр букмекерской конторы;

📧 *Информация об изменениях: Федеральным законом от 13 июня 2011 г. N 133-ФЗ статья 4 настоящего Федерального закона дополнена пунктом 28, вступающим в силу с 1 января 2012 г.*

28) **пункт приема ставок тотализатора** - территориально обособленная часть игорного заведения, в которой организатор азартных игр организует заключение пари между участниками данного вида азартных игр и осуществляет представление информации о принятых ставках, выплаченных и невыплаченных выигрышах в процессинговый центр тотализатора;

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 4 настоящего Федерального закона дополнена пунктом 29, вступающим в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

29) **центр учета переводов интерактивных ставок букмекерских контор или тотализаторов** - кредитная организация, в том числе небанковская кредитная организация, осуществляющая деятельность в соответствии со статьей 14.2 настоящего Федерального закона.

📧 *ГАРАНТ: См. комментарии к статье 4 настоящего Федерального закона*

**Статья 5.** Ограничения осуществления деятельности по организации и проведению азартных игр

1. Деятельность по организации и проведению азартных игр может осуществляться исключительно организаторами азартных игр при соблюдении требований, предусмотренных настоящим Федеральным законом, другими федеральными законами, законами субъектов Российской Федерации и иными нормативными правовыми актами.

2. Деятельность по организации и проведению азартных игр может осуществляться исключительно в игорных заведениях, соответствующих требованиям, предусмотренным настоящим Федеральным законом, другими федеральными законами, законами субъектов Российской Федерации, иными нормативными правовыми актами Российской Федерации.

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в часть 3 статьи 5 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

3. Деятельность по организации и проведению азартных игр с использованием информационно-телекоммуникационных сетей, в том числе сети "Интернет", а также средств связи, в том числе подвижной связи, запрещена, за исключением случаев, предусмотренных настоящим Федеральным законом.

📧 *Информация об изменениях: Федеральным законом от 13 июня 2011 г. N 133-ФЗ статья 4 настоящего Федерального закона внесены изменения, вступающие в силу с 1 января 2012 г.*
*См. текст части в предыдущей редакции*

4. Игровые заведения (за исключением букмекерских контор, тотализаторов, их пунктов приема ставок) могут быть открыты исключительно в игорных зонах в порядке, установленном настоящим Федеральным законом.

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 5 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

5. Игорные зоны не могут быть созданы на землях населенных пунктов, за исключением создания игорной зоны в границах земельных участков, предоставленных для размещения олимпийских объектов федерального значения, финансирование и строительство которых не осуществлялись за счет бюджетных ассигнований или средств Государственной корпорации по строительству олимпийских объектов и развитию города Сочи как горноклиматического курорта (далее - Корпорация).

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 5 настоящего Федерального закона дополнена частью 6, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

6. Не допускается прием ставок организатором азартных игр в букмекерских конторах или тотализаторах путем перевода денежных средств, в том числе перевода электронных денежных средств, приема платежей физических лиц, почтового перевода денежных средств организатору азартных игр, осуществляемых оператором по переводу денежных средств, в том числе оператором электронных денежных средств, банковским платежным агентом и (или) банковским платежным субагентом, за исключением денежных средств, признаваемых в соответствии с настоящим Федеральным законом интерактивной ставкой. Организатор азартных игр в букмекерских конторах или тотализаторах вправе принимать интерактивные ставки, передаваемые только путем перевода денежных средств, в том числе электронных денежных средств (за исключением почтовых переводов), центром учета переводов интерактивных ставок букмекерских контор или тотализаторов с использованием электронного средства платежа по поручениям участников данных видов азартных игр.

📧 *ГАРАНТ: См. комментарии к статье 5 настоящего Федерального закона*

📧 *Информация об изменениях: Федеральным законом от 22 апреля 2010 г. N 64-ФЗ в статью 6 настоящего Федерального закона внесены изменения*
*См. текст статьи в предыдущей редакции*

**Статья 6.** Требования к организаторам азартных игр

1. Организаторами азартных игр могут выступать исключительно юридические лица, зарегистрированные в установленном порядке на территории Российской Федерации.

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 6 настоящего Федерального закона дополнена частью 1.1, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

1.1. Организаторами азартных игр в букмекерских конторах или тотализаторах могут выступать исключительно юридические лица, являющиеся членами саморегулируемой организации организаторов азартных игр в букмекерских конторах или саморегулируемой организации организаторов азартных игр в тотализаторах.

📧 *Информация об изменениях: Федеральным законом от 22 июля 2014 г. N 278-ФЗ статья 6 настоящего Федерального закона дополнена частью 1.2*

1.2. Организаторами азартных игр могут выступать юридические лица, которые будут осуществлять деятельность по организации и проведению азартных игр в игорной зоне, созданной в границах земельных участков, предоставленных для размещения олимпийских объектов федерального значения, финансирование и строительство которых не осуществлялись за счет бюджетных ассигнований или средств Корпорации.

📧 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 2 части 6 настоящего Федерального закона изложена в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

2. Не могут выступать организаторами азартных игр юридические лица, учредителями (участниками) которых являются Российская Федерация, субъекты Российской Федерации или органы местного самоуправления, за исключением созданного в соответствии с указом Президента Российской Федерации акционерного общества, которое осуществляет оказывание ипподрому Российской Федерации и одним из приоритетных направлений деятельности которого является развитие национальной коневодческой индустрии. Не могут выступать организаторами азартных игр юридические лица, учредителями (участниками) которых являются лица, имеющие неснятую или непогашенную судимость за преступления в

сфере экономики либо за умышленные преступления средней тяжести, тяжкие преступления, особо тяжкие преступления.

*Информация об изменениях: Федеральным законом от 18 июля 2011 г. N 242-ФЗ в часть 3 статьи 6 настоящего Федерального закона внесены изменения, вступающие в силу с 1 августа 2011 г.*
*См. текст в предыдущей редакции*

3. Организатор азартных игр обязан предоставлять сведения, необходимые для осуществления государственного надзора за соблюдением требований законодательства о государственном регулировании деятельности по организации и проведению азартных игр. Состав и порядок предоставления таких сведений устанавливаются Правительством Российской Федерации.

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 6 настоящего Федерального закона дополнена частью 3.1, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

3.1. Организаторы азартных игр в букмекерских конторах или тотализаторах представляют информацию о вступлении в члены саморегулируемой организации организаторов азартных игр в букмекерских конторах или саморегулируемую организацию организаторов азартных игр в тотализаторах и прекращении соответствующего членства в уполномоченный Правительством Российской Федерации федеральный орган исполнительной власти, осуществляющий государственный надзор в области организации и проведения азартных игр, в течение пяти дней с даты вступления в члены саморегулируемой организации организаторов азартных игр соответствующего вида либо дня прекращения соответствующего членства.

4. Организатор азартных игр обязан обеспечивать личную безопасность участников азартных игр, иных посетителей игорного заведения, работников организатора азартных игр во время их нахождения в игорном заведении.

5. Организатор азартных игр обязан соблюдать установленные Правительством Российской Федерации в соответствии с настоящим Федеральным законом правила совершения операций с денежными средствами при организации и проведении азартных игр.

6. Стоимость чистых активов организатора азартных игр в течение всего периода осуществления деятельности по организации и проведению азартных игр не может быть менее:

1) 600 миллионов рублей - для организаторов азартных игр в казино и залах игровых автоматов;

*ГАРАНТ: Пункт 2 части 6 статьи 6 настоящего Федерального закона (в редакции Федерального закона от 22 апреля 2010 г. N 64-ФЗ) не применяется в отношении организаторов азартных игр в букмекерских конторах и тотализаторах, получивших лицензии на осуществление деятельности по организации и проведению азартных игр в букмекерских конторах и тотализаторах до дня вступления в силу названного Федерального закона, до истечения срока действия таких лицензий*

2) 1 миллиард рублей - для организаторов азартных игр в букмекерских конторах и тотализаторах.

7. Для целей настоящего Федерального закона порядок расчета стоимости чистых активов организаторов азартных игр устанавливается уполномоченным Правительством Российской Федерации федеральным органом исполнительной власти.

8. Утратила силу.

*Информация об изменениях: См. текст части 8 статьи 6*

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в часть 9 статьи 6 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

9. Минимальный размер уставного капитала организатора азартных игр в букмекерской конторе или тотализаторе устанавливается в сумме 100 миллионов рублей. В оплату такого уставного капитала могут быть внесены только денежные средства, за исключением случаев, если организатором азартных игр выступает созданное в соответствии с указом Президента Российской Федерации акционерное общество, которое объединяет ипподромы Российской Федерации и одним из приоритетных направлений деятельности которого является развитие национального коневодческой индустрии. Для формирования такого уставного капитала не могут быть использованы заемные денежные средства. Порядок подтверждения источников происхождения денежных средств, вносимых в оплату такого уставного капитала, устанавливается Правительством Российской Федерации.

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 10 статьи 6 настоящего Федерального закона изложена в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

10. В целях защиты прав и законных интересов участников азартных игр осуществление деятельности по организации и проведению азартных игр в букмекерской конторе допускается только при наличии у организатора азартных игр в букмекерской конторе банковской гарантии исполнения обязательств перед участниками азартных игр. Гарантом, предоставившим банковскую гарантию, может быть только банк. Срок действия банковской гарантии не может быть менее чем пять лет. Банковская гарантия продлевается или переоформляется в течение всего срока действия имеющейся у организатора азартных игр в букмекерской конторе лицензии на осуществление указанной деятельности и не может быть отозвана, в этих случаях банковская гарантия на соответствующий срок ее действия должна быть получена организатором азартных игр в букмекерской конторе на день, следующий после окончания срока действия договора о предоставлении банковской гарантии. Размер банковской гарантии определяется в соответствующем договоре и не может быть менее чем 500 миллионов рублей.

11. Организатор азартных игр обязан представлять ежегодно уполномоченному Правительством Российской Федерации федеральному органу исполнительной власти сведения о лицах, которые имеют голосующие акции или долю в уставном капитале этого организатора азартных игр в размере не менее 10 процентов и соответственно прямо и (или) косвенно могут оказывать существенное влияние на решение вопросов, отнесенных к компетенции общего собрания учредителей (участников) этого организатора азартных игр, а также документы, подтверждающие указанные сведения. Состав и порядок предоставления указанных сведений и документов устанавливаются Правительством Российской Федерации.

12. Бухгалтерская (финансовая) отчетность организатора азартных игр подлежит обязательной ежегодной аудиторской проверке.

13. Сведения и документы, указанные в части 11 настоящей статьи, заключение аудитора по результатам ежегодной аудиторской проверки являются обязательными приложениями к бухгалтерской (финансовой) отчетности организатора азартных игр.

14. Проверку достоверности сведений, предоставление которых предусмотрено частями 3, 9 и 11 настоящей статьи, проводит уполномоченный Правительством Российской Федерации федеральный орган исполнительной власти. Организатор азартных игр несет ответственность за полноту и достоверность указанных сведений в соответствии с законодательством Российской Федерации.

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 6 настоящего Федерального закона дополнена частью 14.1, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

14.1. Технические и иные средства организатора азартных игр в букмекерских конторах или тотализаторах, с использованием которых осуществляется деятельность по учету ставок и интерактивных ставок, расчету сумм подлежащих выплате выигрышей и представлению информации о рассчитанных выигрышах, должны размещаться в процессинговых центрах букмекерских контор и процессинговых центрах тотализаторов на территории Российской Федерации и находиться в собственности организатора азартных игр.

15. Правительством Российской Федерации могут быть установлены дополнительные требования к организаторам азартных игр, а также к отчетности организаторов азартных игр, ее составу и порядку представления.

*ГАРАНТ: См. комментарии к статье 6 настоящего Федерального закона*

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в наименование статьи 6.1 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст наименования в предыдущей редакции*

**Статья 6.1.** Требования к организаторам азартных игр в букмекерских конторах и тотализаторах при заключении пари на официальные спортивные соревнования и проведении других азартных игр, требования к центру учета переводов интерактивных ставок букмекерских контор или тотализаторов при осуществлении деятельности по приему, учету и переводу интерактивных ставок

1. Организаторы азартных игр в букмекерских конторах и тотализаторах в целях выявления противоправного влияния на результаты официальных спортивных соревнований обязаны:

*Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ пункт 1 части 1 статьи 6.1 настоящего Федерального закона изложен в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

1) принимать ставки, интерактивные ставки на официальные спортивные соревнования и выплачивать соответствующие выигрыши, суммы которых превышают размер дохода, не подлежащего налогообложению в соответствии с частью второй Налогового кодекса Российской Федерации, при предъявлении участником азартной игры документа, удостоверяющего его личность, или применении иного способа идентификации участника азартной игры, предусмотренного Федеральным законом от 7 августа 2001 года N 115-ФЗ "О противодействии легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма" и обеспечивающего установление возраста такого участника азартной игры;

2) информировать в порядке, установленном Правительством Российской Федерации, и с соблюдением законодательства Российской Федерации в области персональных данных и законодательства Российской Федерации о коммерческой тайне общероссийскую спортивную федерацию по соответствующему виду спорта и уполномоченный федеральный орган исполнительной власти, осуществляющий государственный надзор в области организации и проведения азартных игр, о выигрышах, выплаченных или подлежащих выплате по результатам пари, заключенных на официальные спортивные соревнования, завершившиеся с наименее вероятным результатом или исходом. Такая информация должна быть представлена не позднее тридцати дней со дня проведения соответствующего официального спортивного соревнования;

✍ *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ в пункт 3 части 1 статьи 6.1 настоящего Федерального закона внесены изменения, вступающие в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст пункта в предыдущей редакции*

3) вести в букмекерских конторах и тотализаторах учет участников азартных игр, от которых принимаются ставки, интерактивные ставки на официальные спортивные соревнования, и представлять с соблюдением законодательства Российской Федерации в области персональных данных данные такого учета в уполномоченный федеральный орган исполнительной власти, осуществляющий государственный надзор в области организации и проведения азартных игр, при осуществлении им этого надзора. Порядок ведения учета и представления данных, их объем и содержание устанавливаются Правительством Российской Федерации.

2. В случае выявления уполномоченным федеральным органом исполнительной власти, осуществляющим государственный надзор в области организации и проведения азартных игр, фактов представления организатором азартных игр недостоверной информации, предусмотренной пунктом 2 части 1 настоящей статьи, указанный орган уведомляет об этом общероссийскую спортивную федерацию по соответствующему виду спорта. Порядок и форма уведомления определяются федеральным органом исполнительной власти, уполномоченным Правительством Российской Федерации на осуществление функций по нормативно-правовому регулированию в сфере организации и проведения азартных игр.

✍ *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 6.1 настоящего Федерального закона дополнена частью 2.1, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

2.1. Центр учета переводов интерактивных ставок букмекерских контор или тотализаторов осуществляет деятельность по приему от физического лица денежных средств, в том числе электронных денежных средств (за исключением почтовых переводов), их учету и переводу организатору азартных игр в букмекерской конторе или тотализатор с проведением идентификации участника азартной игры в соответствии с Федеральным законом от 7 августа 2001 года N 115-ФЗ "О противодействии легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма", обеспечивающей установление возраста такого участника азартной игры.

✍ *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 6.1 настоящего Федерального закона дополнена частью 2.2, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

2.2. Центр учета переводов интерактивных ставок букмекерских контор или тотализаторов при осуществлении деятельности по приему от физических лиц денежных средств, в том числе электронных денежных средств, обеспечивает учет и предоставление с соблюдением законодательства Российской Федерации в области персональных данных организатором азартных игр в букмекерских конторах или тотализаторах информации об участниках азартных игр, интерактивных ставках, принятых от участников данных видов азартных игр.

✍ *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ часть 3 статьи 6.1 настоящего Федерального закона изложена в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

3. Предусмотренное пунктом 1 части 1 настоящей статьи требование о приеме ставок, интерактивных ставок и выплате выигрышей при предъявлении участником азартной игры документа, удостоверяющего его личность, или применении иного способа идентификации участника азартной игры, предусмотренного Федеральным законом от 7 августа 2001 года N 115-ФЗ "О противодействии легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма" и обеспечивающего установление возраста такого участника азартной игры, применяется при проведении любых азартных игр в букмекерских конторах и тотализаторах с соблюдением при обработке соответствующих персональных данных законодательства Российской Федерации в области персональных данных.

✍ *ГАРАНТ: См. комментарии к статье 6.1 настоящего Федерального закона*

### Статья 7. Требования к посетителям игорного заведения

1. Посетителями игорного заведения являются находящиеся в игорном заведении участники азартных игр, а также иные лица, доступ которых в игорные заведения не запрещен в соответствии с настоящим Федеральным законом.

2. Посетителями игорного заведения не могут являться лица, не достигшие возраста восемнадцати лет.

3. Организатор азартных игр вправе самостоятельно устанавливать правила посещения игорного заведения, не противоречащие настоящему Федеральному закону.

4. По требованию работников организатора азартных игр посетитель игорного заведения, нарушающий установленные в соответствии с настоящим Федеральным законом правила посещения игорного заведения, обязан немедленно покинуть игорное заведение.

✍ *ГАРАНТ: См. комментарии к статье 7 настоящего Федерального закона*

### Статья 8. Общие требования к игорному заведению

1. Игорное заведение должно быть разделено на зону обслуживания участников азартных игр и служебную зону игорного заведения.

✍ *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ часть 2 статьи 8 настоящего Федерального закона изложена в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

2. При входе в игорное заведение, его филиал, пункт приема ставок букмекерской конторы или тотализатора либо иное место осуществления деятельности по организации и проведению азартных игр организатор азартных игр размещает на первому требованию посетителя игорного заведения предоставляет информацию о фирменном наименовании организатора азартных игр, об адресе и о часах работы соответственно игорного заведения, его филиала, пункта приема ставок букмекерской конторы или тотализатора, иного места осуществления деятельности по организации и проведению азартных игр. В доступном для посетителей игорного заведения месте должны быть размещены текст настоящего Федерального закона, установленные организатором азартных игр правила азартных игр, правила посещения игорного заведения, правила приема ставок и выплаты выигрышей, разрешение на осуществление деятельности по организации и проведению азартных игр в игорной зоне или его копия либо лицензия на осуществление деятельности по организации и проведению азартных игр в букмекерских конторах и тотализаторах или ее копия, приложенные к этой лицензии или его копия, а также правила о приеме в члены саморегулируемой организации организаторов азартных игр в букмекерских конторах и (или) саморегулируемой организации организаторов азартных игр в тотализаторах либо иной подтверждающий соответствующее членство документ или его копия.

3. Организация и проведение азартных игр могут осуществляться исключительно работниками организатора азартных игр. Работниками организатора азартных игр не могут являться лица, не достигшие возраста восемнадцати лет.

✍ *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ часть 4 статьи 8 настоящего Федерального закона изложена в новой редакции, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*
*См. текст части в предыдущей редакции*

4. Используемое в игорном заведении игровое оборудование должно находиться в собственности организатора азартных игр.

✍ *Информация об изменениях: Федеральным законом от 16 октября 2012 г. N 168-ФЗ статья 8 настоящего Федерального закона дополнена частью 5*

5. Технически заложенный средний процент выигрыша каждого игрового автомата не может составлять менее чем девяносто процентов.

6. В служебной зоне игорного заведения (за исключением пунктов приема ставок букмекерской конторы и тотализатора) должны находиться помещение для отдыха работников организатора азартных игр, специально оборудованное помещение для приема, выдачи и временного хранения

денежных средств, помещение для организации службы безопасности игорного заведения.

 *Информация об изменениях: Федеральным законом от 16 октября 2012 г. N 168-ФЗ статья 8 настоящего Федерального закона дополнена частью 7*

7. Игорное заведение не может быть расположено в здании, строении, сооружении, в которых расположены физкультурно-оздоровительные и спортивные учреждения (за исключением букмекерских контор, тотализаторов, их пунктов приема ставок).

 *Информация об изменениях: Федеральным законом от 21 июля 2014 г. N 222-ФЗ статья 8 настоящего Федерального закона дополнена частью 8, вступающей в силу по истечении тридцати дней после дня официального опубликования названного Федерального закона*

8. Выигрыши, суммы которых превышают размер дохода, не подлежащего налогообложению в соответствии с частью второй Налогового кодекса Российской Федерации, выплачиваются организатором азартной игры участнику азартной игры при предъявлении участником азартной игры документа, удостоверяющего его личность, или применении иного способа идентификации участника азартной игры, предусмотренного Федеральным законом от 7 августа 2001 года N 115-ФЗ "О противодействии легализации (отмыванию) доходов, полученных преступным путем, и финансированию терроризма" и обеспечивающего установление возраста такого участника азартной игры.

 *ГАРАНТ: См. комментарии к статье 8 настоящего Федерального закона*

 *Информация об изменениях: Федеральным законом от 16 октября 2012 г. N 168-ФЗ глава 1 настоящего Федерального закона дополнена статьей 8.1*

**Статья 8.1.** Требования к казино и залам игровых автоматов

1. Казино и зал игровых автоматов могут располагаться только в здании, строении, сооружении, являющихся объектом капитального строительства, занимать указанный объект полностью или располагаться в единой обособленной его части.

2. Площадь зоны обслуживания участников азартных игр в казино не может быть менее чем восемьсот квадратных метров, и в ней должны находиться касса игорного заведения, гардероб, места для отдыха посетителей игорного заведения и туалет.

3. В зоне обслуживания участников азартных игр в казино должно быть установлено не менее чем десять игровых столов, а также могут быть установлены игровые автоматы и могут находиться пункты приема ставок тотализатора и (или) букмекерской конторы.

4. В случае установки игровых автоматов в зоне обслуживания участников азартных игр в казино на данное игорное заведение распространяются требования, установленные частью 6 настоящей статьи.

5. Площадь зоны обслуживания участников азартных игр в зале игровых автоматов не может быть менее чем сто квадратных метров, и в ней должны находиться касса игорного заведения и туалет.

6. В зоне обслуживания участников азартных игр в зале игровых автоматов должно быть установлено не менее чем пятьдесят игровых автоматов, а также могут находиться пункты приема ставок тотализатора и (или) букмекерской конторы.

7. В служебной зоне зала игровых автоматов должно находиться специально оборудованное помещение или должно быть установлено оборудование для приема, выдачи и временного хранения денежных средств.

 *ГАРАНТ: См. комментарии к статье 8.1 настоящего Федерального закона*

Глава 2.  >>
Игорные зоны

Содержание
Федеральный закон от 29 декабря 2006 г. N 244-ФЗ
"О государственном регулировании деятельности по
организации и проведению...

**Права на материалы сайта**
**Реклама на портале**

© ООО "НПП "ГАРАНТ-СЕРВИС", 2015. Система ГАРАНТ выпускается с 1990 года. Компания "Гарант" и ее партнеры являются участниками Российской ассоциации правовой информации ГАРАНТ.

Портал ГАРАНТ.РУ (Garant.ru) зарегистрирован в качестве сетевого издания Федеральной службой по надзору в сфере связи, информационных технологий и массовых коммуникаций (Роскомнадзором), Эл № ФС77-58365 от 18 июня 2014 г.

# Certified Translation

## **Certificate of Translation**

I, the undersigned, hereby certify that I speak, read and write both English and Russian and that the translation appearing hereinafter is an accurate and faithful rendition into English from its Russian original text of Articles 1 through 5 of the original document, and that nothing has been added thereto or omitted therefrom, to the best of my knowledge and belief.

Tatiana Livermont

Dated: March 9, 2015

Commonwealth of Massachusetts        )
Middlesex County                                     )    ss

On this 9th day of March, 2015, before me, the undersigned notary public, personally appeared Tatiana Livermont, proved to me through satisfactory evidence of identification, which was Massachusetts drivers license, to be the person whose name is signed on the preceding document, and acknowledged that she signed it voluntarily for its stated purpose.

MATTHEW SHAYEFAR
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
August 24, 2018

Notary Public

My commission expires: 8/24/18

1

GENERAL TERMS

Federal Law of December 29, 2006 No. 244FZ
"On government regulation of gambling activities and on introduction of amendments to some legislative acts of
Russian Federation."
Adopted by the State Duma on December 20, 2006
Approved by the Federation Council on December 27, 2006
Guarantee: see comments for the present Federal Law

Chapter 1. General Terms

**Article 1.**  Subject of Regulation of the present Federal Law
1.        The present law defines the legal fundamentals of the government regulation of gambling activities in
the territory of Russian Federation and places limitations on pursuit of such activities in order to protect good morals,
rights and legitimate interests of citizens.
Amendments information: Federal Law of November 21, 2011, No. 327-FZ of Part 1 Article 2 of the present Federal
Law hereof made changes effective from January 1, 2013.
*See. Text part in the previous edition*
2.        The present Federal Law does not apply to the activities connected to the organization and conduct of
lotteries, neither to the activities of the trade organizers, conducting their activities in accordance with the Federal Law
"On the organized commerce".
*See. Comments on Article 1 of this Federal Law*

**Article 2.**  Legislation on government regulation of gambling activities
Legal control of the gambling activities is conducted in accordance with the Civil Code of the Russian
Federation, the present Federal Law, other federal laws, laws of subjects of the Russian Federation, as well as may be
adopted in accordance with this federal law other normative legal acts, and may also be conducted through other
regulatory legal acts adopted in accordance with the present Federal Law.
*See. Commentary to article 2 of this Federal Law*

**Article 3.**  Government regulation of gambling activities
1.  Government regulation of gambling activities is performed though:
1) Establishing an order for organization and conduct of gambling activities and existing limitations, mandatory
requirements for the facilitating agents of gambling activities, gambling establishments, visitors to gambling
establishments, and gaming zones;
2) Providing areas designated for the gambling activities – gambling zones;
3) Granting permissions for gambling activities within the gambling zones;
4) The issuance of licenses for gambling activities in bookmakers and betting;
*Federal Law of July 18, 2011 No. 242FZ, paragraph 5 of Part 1 of Article 3 hereof reworded, effective from August 1,
2011*
*See. Item in the previous edition*
5) Execution of government's monitoring of the gambling activities aimed to prevent, detect and restrain violations of
the government regulation of gambling activities by the entities engaged in this activity.
2.  Government regulation of the gambling activities in accordance with the present Federal Law is conducted
by the Government of the Russian Federation, federal executive body authorized by the Government of the Russian

2

Federation to exercise the functions of normative legal regulation in the sphere of gambling activities, other federal agencies executive authorities of the Russian Federation within their competence, public authorities of the subjects of the Russian Federation authorized to exercise the functions of managing gambling zones.

3. Inspection of the technical condition of the gaming equipment is performed by the federal executive authority authorized by the Government of the Russian Federation, and responsible for the control and supervision of compliance with the taxes and fees legislation.

*See. Comments on Article 3 of this Federal Law*

**Article 4.** The basic concepts used in this Federal Law

For the purposes of the present Federal Law the following basic concepts are used:

**1) Game of chance** – risk driven agreement based on scoring, made between two or more parties of the betting among themselves or with the organizer of gambling in accordance to the rules set by the organizer of gambling;

**2) Bet gambling** is a game of chance where the outcome of the risk-benefit agreements, made between two or more parties of the betting among themselves or with the organizer of this kind of gambling, depends on the event that can't be predicted if it happens or not;

*Federal Law of 21 July 2014 No. 222FZ of paragraph 3 of Article 4 hereof reworded, effective thirty days after the date Of the official publication of the said Federal Law*

*See. Item in the previous edition*

**3) Bet –** funds that are transferred from the gambler to the organizer of the gambling (except for funds recognized as bet in accordance with the present Federal Law) and serve as a condition for participation in the game of chance, in accordance with the rules established by the organizer of gambling;

*Federal Law of 21 July 2014 No. 222FZ of Article 4 of this Federal Law, paragraph 3.1, effective thirty days after the date of the official publication of the said Federal Law*

3.1) **interactive betting -** funds, including electronic funds, transmitted by electronic payment means through the interactive betting accounting center of the bookmakers and betting to the organizer of gambling at the bookmaker's office or betting by order of the participants of these forms of gambling and serves as a condition for participation in the gambling, in accordance with the rules established by the organizer of gambling;

**4) Gambling gain -** cash or other property, including property rights, to be paid or transferred to the gambler upon the completion of gambling in accordance with the rules established by the organizer of gambling;

5) **The organizer of gambling** a legal entity carrying out the gambling activities;

*Federal Law of 23 July 2013 N 198FZ of paragraph 6 of Article 4 hereof reworded, effective one hundred and eighty days after the official publication of the said Federal Law*

*See. Item in the previous edition*

6) **Gambling activities** – rendering services on agreement undertaking between the participants of gambling based on risk and benefit agreements (or) on the organization of such agreement executions between two or more gambling parties;

7) **Gaming zone** – part of the territory of the Russian Federation, which is designated to carry out gambling activities and the boundaries of which are established in accordance with the Federal Law;

8) **Permit to conduct gambling activities within gambling zone** – document issued in accordance with this Federal Law that provides the gambling organizers with the right to carry out gambling activities within the gambling zone without limitations on the number and types of gambling establishments;

*Federal Law of 21 July 2014 N 222FZ of paragraph 9 of Article 4 hereof reworded, effective thirty days after the date Of the official publication of the said Federal Law*

*See. Item in the previous edition*

9) **License to conduct gambling activities through bookmakers and betting.** A document issued in accordance with this Federal Law gives the gambling organizers a right to carry out gambling activities through bookmakers and (or) betting within gambling zones, with the obligatory indication of the type of services provided (services on agreement undertaking between the participants of gambling based on risk and benefit agreements (or) services on the organization of such agreement executions between two or more gambling parties agreements) benefit and (or) services for the organization to enter into an agreement based on risk of winning between two or more parties to gambling), location of the bookmakers' office or betting processing center, the number and location of branches and points of betting acceptance in bookmakers or betting or other places that conduct gambling activities  through in bookmakers and betting;

*Federal Law of 21 July 2014 N 222FZ of Article 10, paragraph 4 hereof amended, effective thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

10) **Gambler -** an individual who has reached age of eighteen, participating in gambling and making risk-driven agreement for winning with the organizer of gambling or another member of gambling;

11) **gaming house**, - structure, construction (single detached part of a building, structure, structures), where only gambling  activities and provision of related services takes place (including a branch or other place for conducting gambling activities and providing gambling related services);

12) **Casino -** establishment in which the gambling activities are conducted through usage of gaming tables or gaming tables and other gaming equipment recognized by the Federal Law;

13) **Video arcade hall -** establishment in which the gambling activities are conducted by slot machines or slot machines And other gaming equipment provided by the Federal Law, except for the gaming tables;

*Federal Law of June 13, 2011 N 133FZ of paragraph 14 of Article 4 hereof changes, effective from January 1, 2012*
*See. Item in the previous edition*

14) **Bookmaker's office -** establishment where gambling organizer makes a bet with the participants of this type of gambling;

*Federal Law of 21 July 2014 N 222FZ of Article 15, paragraph 4 hereof amended, effective thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

15) **Betting house -** establishment where gambling organizer organizes betting among the participants of this type of gambling, as well as the payment of winnings from to the amount of bets collected from the participants of this type of gambling, minus the organizer's fee;

16) **Gaming equipment -** device or devices used for gambling;

17) **Gaming table** – gaming equipment which is a place with one or more playing fields and by which the gambling organizer organizes gambling between the parties or act as their party through its employees;

18) **A slot machine** – gaming equipment (mechanical, electrical, electronic or other technical equipment) used for gambling resulting in material gain, which is determined randomly by the device located inside the gaming equipment, without the participation of the gambling organizer or its employees;

*Federal Law of 21 July 2014 N 222FZ of Article 19, paragraph 4 hereof amended, effective thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

19) **Bookmakers box office -** a part of betting shop where the gambling organizer accepts any bets from the participants of this type of gambling, except for interactive rates, and pay the winnings;

*Federal Law of 21 July 2014 N 222FZ of Article 20, paragraph 4 hereof amended, effective thirty days after the date of the official publication of the said Federal Law*

*See. Item in the previous edition*

20) **box office of the betting house** – part of totalizator betting, in which the gambling organizer accepts any bets from the participants of this type of gambling, except for interactive rates, and pay the winnings;

21) **Box office of gambling establishments a** part of gambling establishments where the gambling organizers conduct gambling transactions with cash and where there is special equipment located that allows carrying out such operations;

22) **Gamblers service zone -** part of the gambling establishment where gambling equipment and box offices for gambling, betting, bookmaker are located, as well as other gaming equipment used by participants;

23) **The service area of gambling establishments** separate part of the gambling establishment designed to the employees of the gambling organizer of in which the participants are not allowed gambling;

*Federal Law of 21 July 2014 N 222FZ of Article 24, paragraph 4 hereof amended, effective thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

24) **related to gambling services** – hotel services, catering services, services in the field of spectacular entertainment events, distribution services (sale, issuance) of lottery tickets, lottery receipts, electronic lottery tickets, lottery admission rates among the participants of a lottery payment, transfer or the provision of prizes to participants of international lotteries, which are held on the basis of international treaties of the Russian Federation, and Russian state lotteries;

*Federal Law of 21 July 2014 N 222FZ of Article 25, paragraph 4 hereof reworded, effective thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

25) **Processing center of the bookmaker's office** – part of a gambling establishment where the gambling organizer maintains accounting of the betting made by the participants of this type of gambling; conducts accounting of the interactive betting on the basis of information received from the transfer accounting center of the bookmaker's office, online accounting rates, accepted from the participants this type of gambling; records the gambling results; calculates the amounts of winnings to be paid; provides information on the bid, online betting and calculated winnings to the betting shop  and to the transfer accounting center of the bookmaker's office;

*Federal Law of 21 July 2014 N 222FZ of Article 26, paragraph 4 hereof reworded, effective thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

26) **processing center of the betting house -**  part of a gambling establishment where the gambling organizer maintains accounting of the betting made by the participants of this type of gambling; conducts accounting of the interactive betting on the basis of information received from the transfer accounting center of the  betting houses,  online accounting rates, accepted from the participants this type of gambling; records the gambling results; calculates the amounts of winnings to be paid; provides information on the bid, online betting and calculated winnings to the betting house shop and to the transfer accounting center of the betting house;

*Federal Law of June 13, 2011 N 133FZ of Article 4 of this Federal Law, paragraph 27, effective from January 1, 2012*

27) **Bookmakers betting shop** – geographically separated part of the gambling establishment where the gambling organizer organizes agreement undertaking between the participants of this type of gaming and provides reporting on bid, paid and unpaid winnings to the processing center of bookmakers' office;

*Federal Law of June 13, 2011 N 133FZ of Article 4 of this Federal Law, paragraph 28, effective from January 1, 2012*

28) **Betting house betting shop –** geographically separated part of the gambling establishment, where the gambling organizer organizes the agreement undertaking between the participants of this type of gaming and provides reporting on bid, paid and unpaid winnings to the processing center of betting house;

*Federal Law of 21 July 2014 N 222FZ of Article 4 of this Federal Law, paragraph 29, effective thirty days after the official publication of the said Federal Law*

**29) Accounting center of interactive betting transfers for bookmakers or betting** house – credit organization, including nonbank credit organizations operating in accordance with Article 14.2 of the Federal Law.
*See. Comments on Article 4 of this Federal Law*

**Article 5.** Restrictions on the gambling activities

    1. The gambling activities can be carried out exclusively by the organizers of gambling, subject to the requirements of the Federal Law, other federal laws, the laws of the Russian Federation and other normative legal acts.

    2. The gambling activities can take place only in gambling establishments that meet the requirements stipulated by the present Federal Law, other federal laws, the laws of the Russian Federation and other normative legal acts of the Russian Federation.
*Federal Law of 21 July 2014 N 222FZ of Part 3 of Article 5 of this Federal Law amended, effective thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

    3. The gambling activities through use of information and telecommunication networks, including "Internet", as well as means of communication, including mobile communications, is prohibited, except the cases provided for the Federal Law.
*Federal Law of June 13, 2011 N 133FZ of Part 4 of Article 5 hereof changes, effective from January 1, 2012*
*See. Text part in the previous edition*

    4. Gambling establishments (except for bookmakers, betting houses, betting shops) can be opened only in the gambling zones in accordance with the procedure established by the Federal Law.
*Federal Law of 21 July 2014 N 222FZ of Part 5 of Article 5 of this Federal Law amended, effective thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

    5. Gaming zone cannot be established on the residential territory with the exception of establishing a gaming zone within the boundaries of land provided for establishing Olympic venues of federal significance, financing and construction of which was not covered by the budget or resources of the government owned corporation for the construction of Olympic facilities and Development of Sochi as a mountain resort (hereinafter the Corporation).
*Federal Law of 21 July 2014 N 222FZ of Article 5 of this Federal Law, part 6, effective thirty days after the date of the official publication of the said Federal Law*

    6. The gambling organizers are not allowed to accept bids at bookmakers' offices or betting houses through transferred funds, including electronic transfers of funds, receiving payments from individuals, postal transfer of funds to gambling organizer performed by the money transfer operator, including operator of electronic cash, bank payment agent and (or) bank payment subagent, except cash payments that are recognized as an interactive betting in accordance with the Federal Law. The gambling organizer of bookmakers' offices and betting houses have the right to take interactive bets transferred only by transfer of funds, including electronic cash (except for postal orders), by the accounting center of interactive betting transfers for bookmakers or betting house through the use of the electronic means of payment by order of the participants of these types of gambling.
*See. Comments on Article 5 of this Federal Law*
*Federal Law of 22 April 2010 N 64FZ Article 6 hereof amended*
*See. Article in the previous edition*

# Google Translation

  Translated to:  

English ▼    Show original    Options ▼    ✕

 Информационно-правовой портал    

| Home | Documents safeguards system | Search for other documents | ▶ 📱        Eng |

Federal Law of 29 December 2006 N 244-FZ "On state regulation of activities of the organization and conduct of gambling and on amendments to some legislative acts of the Russian Federation" (as amended) > Chapter 1. General Provisions

# General provisions

**Federal Law of 29 December 2006 N 244-FZ**
**"On state regulation of activities of the organization and conduct of gambling and on amendments to some legislative acts of the Russian Federation"**

As amended by:
July 24, 2009, April 22, November 3, 2010, May 4, June 13, July 18, November 21, 2011, October 16, 2012, July 23, 2013, 21, 22 July 2014

**Adopted by the State Duma on December 20, 2006**
**Federation Council approved December 27, 2006**
📧 *GUARANTEE: See. Comments hereto*

**Chapter 1. General Provisions**

**Article 1** . The subject of regulation of this Federal Law
1. This Federal law defines the legal basis for state regulation of activities of the organization and conduct of gambling in the territory of the Russian Federation and set restrictions on the exercise of this activity in order to protect morals, rights and legitimate interests of citizens.
📧 *Information about changes: Federal Law dated November 21, 2011 N 327-FZ of Part 2 of Article 1 hereof changes, which come into force from January 1, 2013*
*See. Text part in the previous edition*
2. The present Federal Law shall not apply to the activities of the organization and conduct of lotteries, as well as the activities of the organizers of the trade, carrying out their activities in accordance with the Federal Law "On the organized trading".
📧 *GUARANTEE: See. Comments on Article 1 of this Federal Law*

**Article 2** . Legislation on state regulation of activities of the organization and conduct of gambling
Legal regulation of the organization and conduct of gambling in accordance with the Civil Code of the Russian Federation, the present Federal Law, other federal laws, the laws of the Russian Federation, as well as may be adopted in accordance with this federal law other normative legal acts.
📧 *GUARANTEE: See. Commentary to article 2 of this Federal Law*

**Article 3** . State regulation of activity in the organization and conduct of gambling
1. State regulation of activity in the organization and conduct of gambling is done by:
1) establishing the order of activities for the organization and conduct of gambling and related restrictions, mandatory requirements for the gambling, gambling establishments, visitors to gambling, gaming zones;
2) highlight areas designated for the activity of the organization and conduct of gambling - gambling zones;
3) the issuance of permits for activities on the organization and conduct of gambling in the gambling zone;
4) the issuance of licenses for activities to organize and conduct gambling in bookmakers and betting.
📧 *Information about changes: Federal Law of July 18, 2011 N 242-FZ of paragraph 5 of Part 1 of Article 3 hereof reworded, shall enter into force from 1 August 2011*
*See. Item in the previous edition*
5) the state supervision in the field of organizing and conducting gambling aimed at the prevention, detection and suppression of violations of the law on state regulation of activities of the organization and conduct of gambling entities engaged in this activity.
2. State regulation of the activities of the organization and conduct of gambling in accordance with this Federal Law by the Government of the Russian Federation, federal executive body authorized by the Government of the Russian Federation to exercise the functions of normative legal regulation in the sphere of organization and conduct of gambling, other federal agencies executive authorities of the Russian Federation within their competence, public authorities of the Russian Federation authorized to exercise the functions of managing gambling zones.
3. Check the technical condition of the playing equipment is authorized by the Government of the Russian Federation, federal executive authority responsible for the control and supervision of compliance with legislation on taxes and fees.
📧 *GUARANTEE: See. Comments on Article 3 of this Federal Law*

**Article 4** . The basic concepts used in this Federal Law
For the purposes of this Federal Law the following basic concepts:
1) **game of chance** - based on risk scoring agreement concluded by two or more parties to such an agreement among themselves or with the organizer of gambling according to the rules set by the organizer of gambling;
2) **bet** - gambling, where the outcome of the risk-benefit agreements concluded between two or more parties to bet with each other or with the organizer of this kind of gambling depends on the events about which is unknown, it will come true;
📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of paragraph 3 of Article 4 hereof reworded, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*
3) **rate** - funds transferred party organizer gambling gambling (except for cash, recognized in accordance with this Federal Law interactive rate) and employees for participation in the game of chance, in accordance with the rules established by the organizer of gambling;
📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 4 of this Federal Law, paragraph 3.1, which come into force after the expiration of thirty days after the official publication of the said Federal Law*
3.1) **interactive rate** - cash, including electronic cash, transmitted by electronic means of payment center accounting transfers interactive betting bookmakers or betting organizer gambling bookmaker or betting on the instructions of the participants of these forms of gambling and employees for participation in the gambling in accordance with the rules laid down in this gambling operator;
4) **gain** - money or other property, including property rights, to be paid or transferred gambler upon the occurrence of the result of gambling, under the rules established by the organizer of gambling;
5) **the organizer of gambling** - a legal entity carrying out activities for the organization and conduct of gambling;
📧 *Information about changes: Federal Law of 23 July 2013 N 198-FZ of paragraph 6 of Article 4 hereof reworded, shall enter into force after the expiration of one hundred and eighty days after the official publication of the said Federal Law*

*one hundred and eighty days after the official publication of the said Federal Law*
*See. Item in the previous edition*

6) **activities for the organization and conduct of gambling** - service activities to conclude with the participants of gambling based on risk and benefit agreements (or) on the organization of such agreements between two or more parties to gambling;

7) **gaming zone** - part of the territory of the Russian Federation, which is designed to carry out activities for the organization and conduct of gambling and the boundaries of which are established in accordance with this Federal Law;

8) **approval to operate on the organization and conduct of gambling in the gambling zone** - issued in accordance with this Federal Law a document provided by the organizers of gambling right to carry out activities for the organization and conduct of gambling in a gambling zone without limiting the number and types of gambling;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of paragraph 9 of Article 4 hereof reworded, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

9) **a license to operate on the organization and conduct of gambling in bookmakers and betting** - a document issued in accordance with this Federal Law and provided by the organizers of gambling right to carry out activities for the organization and conduct of gambling in bookmakers and (or) betting is gambling zones, with the obligatory indication of the type of services (services on the conclusion of the gambling risk-based agreements benefit and (or) services for the organization to enter into an agreement based on risk of winning between two or more parties to gambling), the location of the processing center bookmaker or betting, the number and location of branches and points of betting bookmakers or betting or other place of business for the organization and conduct of gambling in bookmakers and betting;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 10, paragraph 1 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

10) **gambler** - a natural person who has attained the age of eighteen years, participating in gambling and concludes agreement based on risk of winning the organizer of gambling or another member of gambling;

11) **gaming house** - building, structure, construction (single detached part of a building, structure, structures), in which the only activity on the organization and conduct of gambling and gambling provision of related services (including a branch or other place of business for the organization and conduct of gambling and gambling related provision of services);

12) **casino** - gambling establishment, in which the activities of the organization and conduct of gambling using the gaming tables or gaming tables and other contemplated hereby gaming equipment;

13) **video arcade** - gambling establishment, in which the activities of the organization and conduct of gambling with slot machines or slot machines and other contemplated hereby gaming equipment, except for the gaming tables;

✉ *Information about changes: Federal Law of June 13, 2011 N 133-FZ of paragraph 14 of Article 4 hereof changes, which come into force from January 1, 2012*
*See. Item in the previous edition*

14) **Bets** - gambling establishment in which the gambling bets with the participants of this type of gambling;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 15, paragraph 4 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

15) **tote** - gambling establishment in which gambling organizer organizes betting among the participants of this type of gambling, as well as the payment of winnings due to the amount of rates adopted by the participants of this type of gambling, minus the size levied organizer of this kind of gambling remuneration;

16) **playground equipment** - a device or devices used for gambling;

17) **gaming table** - playground equipment, which is a place with one or more playing fields and by which the gambling organizer organizes gambling between the parties or act as their party through its employees;

18) **a slot machine** - playground equipment (mechanical, electrical, electronic or other technical equipment) used for gambling with material gain, which is determined randomly device located inside the housing of the gaming equipment, without the participation of the organizer of gambling or its employees;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 19, paragraph 4 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

19) **Booking bookmaker** - part of paragraph betting bookmaker in which the gambling organizer accepts any bets from the participants of this type of gambling, except for interactive rates, and pay the winnings;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 20, paragraph 4 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

20) **tote box office** - part of paragraph totalizator betting, in which the gambling organizer accepts any bets from the participants of this type of gambling, except for interactive rates, and pay the winnings;

21) **Booking gambling establishments** - a part of gambling establishments in which the gambling transactions with cash and in which there is special equipment, allowing to carry out such operations;

22) **Zone Member Services gambling** - gambling establishments part, in which there are playground equipment, cash gambling establishment, betting, bookmaker, as well as other participants used gaming equipment;

23) The **service area of gambling establishments** - separate part of the gambling establishment, which is designed for employees of the organizer of gambling in which the participants are not allowed gambling;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 24, paragraph 4 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

24) **related to gambling services** - hotel services, catering services, services in the field of spectacular entertainment events, distribution services (sale, issuance) of lottery tickets, lottery receipts, electronic lottery tickets, lottery admission rates among the participants of a lottery payment, transfer or the provision of prizes to participants of international lotteries, which are held on the basis of international treaties of the Russian Federation, and Russian state lotteries;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 25, paragraph 4 hereof reworded, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

25) **processing center bookmaker** - part of a gambling establishment in which gambling organizer holds accounting rates, adopted by the participants of this type of gambling is conducted on the basis of information received from the center of the accounting for transfers of interactive betting bookmaker, online accounting rates, adopted by the participants this type of gambling, gambling records the results, calculate the amounts to be paid winnings shall provide information on the bid, online betting and winnings calculated in paragraphs betting bookmaker in the center of the accounting for transfers of interactive betting bookmakers;

✉ *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 26, paragraph 4 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

26) **processing center tote** - part of a gambling establishment in which gambling organizer holds accounting rates, adopted by the participants of this type of gambling is conducted on the basis of information received from the center of the accounting for transfers of interactive betting tote, online betting account, taken from the participants of this type gambling, gambling records the results, calculate the amounts to be paid winnings shall provide information on the bid, online betting and winnings calculated in points totalizator betting and the center of the accounting translation rates interactive sweepstakes;

✉ *Information about changes: Federal Law of June 13, 2011 N 133-FZ of Article 4 of this Federal Law, paragraph 27, which come into force from January 1, 2012*

27) **point betting bookmaker** - geographically separate part of the gambling establishment in which the gambling bets with the participants of this type of gaming and provides reporting on bid, paid and unpaid winnings to the processing center bookmaker;

✉ *Information about changes: Federal Law of June 13, 2011 N 133-FZ of Article 4 of this Federal Law, paragraph 28, which come into force from January 1,*

📧 *Information about changes: Federal Law of June 13, 2011 N 133-FZ of Article 4 of this Federal Law, paragraph 20, which come into force from January 1, 2012*

28) **point betting betting** - geographically separate part of the gambling establishment, which is organizing the gambling wagering among the participants of this type of gaming and provides reporting on bid, paid and unpaid winnings to the processing center tote;

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 4 of this Federal Law, paragraph 29, which come into force after the expiration of thirty days after the official publication of the said Federal Law*

29) **accounting center transfers interactive betting bookmakers or betting** - credit organization, including non-bank credit organizations operating in accordance with Article 14.2 hereof.

📧 *GUARANTEE: See. Comments on Article 4 of this Federal Law*

**Article 5** . Restrictions on the activities of the organization and conduct of gambling

1. The activities of the organization and conduct of gambling can be carried out exclusively by the organizers of gambling, subject to the requirements of this Federal Law, other federal laws, the laws of the Russian Federation and other normative legal acts.

2. The activities of the organization and conduct of gambling can take place only in gambling establishments that meet the requirements stipulated by the present Federal Law, other federal laws, the laws of the Russian Federation and other normative legal acts of the Russian Federation.

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 3 of Article 5 of this Federal Law amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

3. The activities of the organization and conduct of gambling, using information and telecommunication networks, including network "Internet", as well as means of communication, including mobile communications, is prohibited, except as provided for by this Federal Law.

📧 *Information about changes: Federal Law of June 13, 2011 N 133-FZ of Part 4 of Article 5 hereof changes, which come into force from January 1, 2012*
*See. Text part in the previous edition*

4. Casinos (except for bookmakers, betting, betting their points) can be opened only in the gambling zones in accordance with the procedure established by this Federal Law.

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 5 of Article 5 of this Federal Law amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

5. Gaming zone can not be created on the lands of settlements, with the exception of a gaming zone within the boundaries of land plots allocated for locating Olympic venues of federal significance, financing and construction of which is not carried out within the budget or resources of the State Corporation for the construction of Olympic facilities and Development of Sochi as a mountain resort (hereinafter - the Corporation).

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 5 of this Federal Law, part 6, shall enter into force thirty days after the date of the official publication of the said Federal Law*

6. Do not be receiving bids organized gambling bookmakers or betting by transferring funds, including electronic transfer of funds, receiving payments from individuals, postal money gambling organizer, the operator will transfer funds, including operator of electronic cash, bank payment agent and (or) bank payment subagent, except cash, are recognized in accordance with this Federal Law interactive rate. The organizer of gambling or betting bookmakers have the right to take bets interactive transferred only by transfer of funds, including electronic cash (except for postal orders), the center of the accounting for transfers of interactive betting bookmakers or betting by electronic means of payment on the instructions of participants these types of gambling.

📧 *GUARANTEE: See. Comments on Article 5 of this Federal Law*

📧 *Information about changes: Federal Law of 22 April 2010 N 64-FZ Article 6 hereof amended*
*See. Article in the previous edition*

**Article 6** . Requirements for organizers of gambling

1. The organizers of gambling can act only legal entities registered in the prescribed manner on the territory of the Russian Federation.

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 6 of this Federal Law with part 1.1, shall enter into force thirty days after the date of the official publication of the said Federal Law*

1.1. The organizers of gambling bookmakers or betting may act only entities that are members of the self-regulatory organization of the organizers of gambling bookmakers or betting or self-regulatory organization of the organizers of gambling in the sweepstakes.

📧 *Information about changes: Federal Law of 22 July 2014 N 278-FZ of Article 6 of this Federal Law Part 1.2*

1.2. The organizers of gambling may be legal persons who will carry out activities for the organization and conduct of gambling in the gambling zone created within the boundaries of land plots allocated for locating Olympic venues of federal significance, financing and construction of which is not made at the expense of budget appropriations or funds of the Corporation.

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 2 of Article 6 hereof The new wording, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

2. They can not act as an organizer of gambling entities, founders (participants) of which the Russian Federation, the subjects of the Russian Federation or local governments, with the exception created in accordance with the decree of the President of the Russian Federation Joint-Stock Company, which integrates racetracks of the Russian Federation and one of the priority activities is the development of national horse-breeding industry. Can not act as organizers of gambling entities, founders (participants) are persons who have not taken off or outstanding conviction for crimes in economy or for intentional crimes of medium gravity , grave crimes , especially grave crimes.

📧 *Information about changes: Federal Law of July 18, 2011 N 242-FZ of Part 3 of Article 6 hereof changes, which come into force from 1 August 2011*
*See. Text part in the previous edition*

3. The organizer of gambling is obliged to provide the information necessary for the implementation of state supervision over compliance with the law on state regulation of the activities of the organization and conduct of gambling. The composition and the procedure for the provision of such information shall be established by the Government of the Russian Federation.

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 6 of this Federal Law with Part 3.1, shall enter into force thirty days after the date of the official publication of the said Federal Law*

3.1. Organizers of gambling or betting bookmakers provide information on becoming a member of a self-regulatory organization of the organizers of gambling bookmakers or self-regulatory organization of the organizers of gambling in the sweepstakes or termination of membership authorized by the Government of the Russian Federation federal executive body responsible for state supervision in the field of and conduct of gambling, within five days from the date of accession, the self-regulatory organization of the organizers of gambling respective type or termination of the respective membership.

4. The organizer of gambling is obliged to ensure the personal safety of the participants of gambling, gambling establishments other visitors, employees of the organizer of gambling during their stay in the gambling establishment.

5. The organizer of gambling is obliged to abide by the Government of the Russian Federation in accordance with this federal law rules of the transactions with cash in the organization and conduct of gambling.

6. The net asset value of the organizer of gambling during the entire period of activity in the organization and conduct of gambling can not be less than:
1) 600 million rubles - for the organizers of gambling in casinos and slot machine arcades;

📧 *GUARANTEE: Item 2 of Part 6 of Article 6 hereof (as amended by Federal Law dated April 22, 2010 N 64-FZ) does not apply in relation to the organizers of gambling or betting bookmakers have received a license to operate on the organization and conduct of gambling in bookmakers and betting before the date of entry into force of the said Federal Law, before the expiry of such licenses*

2) 1 billion rubles - for the organizers of gambling and betting bookmakers.

7. For the purposes of this Federal Law the procedure for calculating the net asset value of the organizers of gambling is established by the Government of the Russian Federation, federal executive body.

8. Abolished .

📧 *Information about changes: See. The text of Article 6 of the 8*

📧 *Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 9 of Article 6 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

9. The minimum capital requirement of the organizer of gambling or betting bookmaker is set in the amount of 100 million rubles. In return for such authorized capital can only be made cash, except in cases when the organizer of gambling acts established in accordance with the decree of the President of the Russian Federation Joint-Stock Company, which integrates racetracks Russian Federation and one of the priorities is the development of national horse-breeding industry. For the formation of the authorized capital can not be used borrowed funds. The order confirming the source of funds paid into such share capital established by the Government of the Russian Federation.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of the 10 Article 6 hereof The new wording, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

10. In order to protect the rights and legitimate interests of gambling activity on the organization and conduct of gambling in the bookmaker is allowed only if the organizer of gambling bookmaker bank guarantee fulfillment of obligations to the participants of gambling. Guarantor, provide a bank guarantee can only be a bank. The validity of the bank guarantee can not be less than five years. The bank guarantee shall be extended or reissued during the validity of the current from the organizer of gambling bookmaker license to conduct such activities and can not be revoked, in these cases the bank guarantee for the corresponding period of its validity must be received the organizer gambling bookmaker day , following the expiration of the contract for the provision of a bank guarantee. The size of the bank guarantee is defined in the relevant contract and can not be less than 500 million rubles.

11. The organizer of gambling shall provide annually authorized by the Government of the Russian Federation federal executive authority information on persons who have voting shares or of the share capital of the gambling organizer in the amount of not less than 10 percent and the direct and (or) indirectly, can have a significant influence on issues related to the competence of the general meeting of the founders (participants) of the organizer of gambling, as well as documents confirming the above information. The composition and procedure of the above information and documents established by the Government of the Russian Federation.

12. The accounting (financial) statements of the organizer of gambling is subject to mandatory annual audit.

13. The information and documents specified in part 11 of this Article, the auditor's report on the results of the annual audit shall be binding applications to accounting (financial) statements of the organizer of gambling.

14. Validation of the information as provided for parts 3 , 9 and 11 of this Article, shall authorized by the Government of the Russian Federation federal executive body . Gambling organizer is responsible for the completeness and reliability of the above information in accordance with the legislation of the Russian Federation.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 6 of this Federal Law with part 14.1, shall enter into force thirty days after the date of the official publication of the said Federal Law*

14.1. Technical and other means of gambling organizer bookmakers or betting, with which the activities of accounting rates and interactive rates, calculation of the amount to be paid winnings and reporting on calculated winnings, should be placed in the processing center bookmakers betting and processing centers in the territory Russian Federation and owned organizer of gambling.

15. The Government of the Russian Federation may establish additional requirements for the gambling, as well as reporting the organizers of gambling, its composition and presentation.

*GUARANTEE: See. Comments on Article 6 hereof*

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of the name of the article 6.1 of this Federal Law amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Designations in the previous edition*

**Article 6.1.** Requirements for organizers of gambling in bookmakers and betting at betting on sports events and official conduct of other gambling center of the accounting requirements for translations online betting bookmakers or betting in carrying out activities for receiving, recording and interactive transfer rates

1. The organizers of gambling bookmakers and betting in order to identify unlawful influence on the results of official sports competitions must:

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of paragraph 1 of Part 1 of Article 6.1 hereof reworded, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

1) accept bets online betting on sporting events and official pay corresponding rewards, the amount of which exceeds the amount of income not subject to tax in accordance with the second part of the Tax Code of the Russian Federation, upon presentation of a party gambling document proving his identity, or the use of another method party identification gambling provided by the Federal Law of 7 August, 2001 N 115-FZ "On counteraction to legalization (laundering) of proceeds from crime and financing of terrorism" and to ensure the establishment of such participant age gambling;

2) inform the procedure established by the Government of the Russian Federation, and in compliance with the legislation of the Russian Federation in the field of personal data and the laws of the Russian Federation on trade secret all-Russian sports federation in the respective sports and authorized federal executive body responsible for state supervision in the field of organizing and conducting gambling winnings paid or payable as a result of a bet made on the official sporting events, culminating with the least likely outcome or outcome. Such information shall be submitted not later than thirty days from the date of the relevant official sporting event;

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of paragraph 3 of Part 1 of Article 6.1 hereof amended, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Item in the previous edition*

3) conduct bookmakers and betting account participants gambling on which bets are accepted, interactive betting on official sporting events, and provide compliance with the legislation of the Russian Federation in the field of personal data such accounting data to the authorized federal executive body responsible for state supervision in organization and conduct of gambling, in carrying out this oversight. Conduct accounting and reporting, their scope and content established by the Government of the Russian Federation.

2. In the event of authorized federal executive power body carrying out state supervision in the field of organization and conduct of gambling, the submission of casino games of incorrect information provided by paragraph 2 of Part 1 of this article, that authority shall notify the All-Russian sports federation in the respective sports . The order and form of notification determined by the federal executive body authorized by the Government of the Russian Federation to exercise the functions of normative legal regulation in the sphere of organization and conduct of gambling.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 6.1 of this Federal Law part 2.1, shall enter into force thirty days after the date of the official publication of the said Federal Law*

2.1. Translation Center account online betting bookmakers or betting operates reception from an individual funds, including electronic (except for postal orders), their registration and transfer to the account gambling bookmaker or betting with the participant carrying out the identification of gambling in accordance with the Federal Law of August 7, 2001 N 115-FZ "On counteraction to legalization (laundering) of proceeds from crime and terrorist financing", providing the establishment of such participant age gambling.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 6.1 of this Federal Law Section 2.2, shall enter into force thirty days after the date of the official publication of the said Federal Law*

2.2. Translation Center account online betting bookmakers or betting in carrying out activities on reception from individuals of cash, including electronic cash, provides accounting and compliance with the legislation of the Russian Federation in the field of personal data to the organizers of gambling bookmakers or betting information Participants gambling, online betting, adopted by the participants of these forms of gambling.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 3 of Article 6.1 of this Federal Law The new wording, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

3. Intended Item 1 of Part 1 of this article requirement for admission rates, rates and online payment upon presentation of a party wins gambling document proving his identity, or the application of a method for identifying a participant gambling provided by the Federal Law on August 7, 2001 N 115- FZ "On counteraction to legalization (laundering) of proceeds from crime and financing of terrorism" and implementing establishing the age of the participant gambling applied to any gambling bookmakers and betting in compliance with the processing of personal data relevant legislation of the Russian Federation in the field of personal data.

*GUARANTEE: See. comments to the article 6.1 of this Federal Law*

**Article 7** . The requirements for visitors to the gambling establishment

1. The visitors gambling establishments are located in the gambling establishment gambling participants and other persons whose access to the

1. The visitors gambling establishment are located in the gambling establishment gambling participants and other persons whose access to gambling establishments is not prohibited in accordance with this Federal Law.

2. The visitors gambling establishment can not be persons who have not attained the age of eighteen years.

3. The organizer of gambling are free to establish rules of visiting gambling establishments, not inconsistent with this Federal Law.

4. At the request of employees of the organizer of gambling visitor gambling establishment that violates established in accordance with this Federal Law visit gambling establishments must immediately leave the gambling establishment.

*GUARANTEE: See. Comments on Article 7 of this Federal Law*

**Article 8** . General requirements for the gambling establishment

1. gambling establishments should be divided into the service area of the participants of gambling and gambling establishments service area.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 2 of Article 8 of this Federal Law The new wording, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

2. When entering the gambling establishment, its branch point betting bookmaker or betting or other place of business for the organization and conduct of gambling gambling organizer places and on demand visitor gambling establishment provides information about the company name of the organizer of gambling on address and opening hours, respectively gambling establishment, its branch point betting bookmaker or totalizator, a place of business for the organization and conduct of gambling. In accessible to visitors gambling establishment site should be placed text hereof set of casino games gambling rules, regulations visit the gambling establishment, betting rules and payouts, approval to operate on the organization and conduct of gambling in the gambling zone or copy or license to carry out activities for the organization and conduct of gambling in bookmakers and betting or a copy thereof, to the application of the license or a copy thereof, as well as the decision on admission to the self-regulatory organization of the organizers of gambling in bookmakers and (or) the self-regulatory organization organizers of gambling in the sweepstakes or other proof of membership corresponding document or a copy thereof.

3. Organization and conduct of gambling can be made exclusively employees of the organizer of gambling. Employees of the organizer of gambling can not be persons who have not attained the age of eighteen years.

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Part 4 of Article 8 of this Federal Law The new wording, shall enter into force thirty days after the date of the official publication of the said Federal Law*
*See. Text part in the previous edition*

4 . As used in the gambling establishment gaming equipment must be owned by the organizer of gambling.

5. Technically laid average winning percentage of each slot machine can not be less than ninety per cent.

*Information about changes: Federal Law on October 16, 2012 N 168-FZ of Article 8 of this Federal Law Part 6*

6. In the service area of gambling establishments (excluding items betting bookmaker and betting) must be room for the rest of the workers of the organizer of gambling, a specially equipped room for receiving, issuing and temporary storage of cash, a room for the organization of the security service of gambling establishments.

*Information about changes: Federal Law on October 16, 2012 N 168-FZ of Article 8 of this Federal Law Part 7*

7. The gambling establishment can not be located in the building, structures, which are located in the sports and recreation and sports facilities (except for bookmakers, betting, betting their items).

*Information about changes: Federal Law of 21 July 2014 N 222-FZ of Article 8 of this Federal Law section 8, shall enter into force thirty days after the date of the official publication of the said Federal Law*

8. Prizes, the amount of which exceeds the amount of income not subject to tax in accordance with the second part of the Tax Code of the Russian Federation, paid organizer of gambling gambling party upon presentation of a party gambling document proving his identity, or the application of a method for identifying a participant gambling under the Federal Law of 7 August, 2001 N 115-FZ "On counteraction to legalization (laundering) of proceeds from crime and financing of terrorism" and to ensure the establishment of such participant age gambling.

*GUARANTEE: See. Comments on Article 8 of this Federal Law*

*Information about changes: Federal Law on October 16, 2012 N 168-FZ of Chapter 1 of this Federal Law Article 8.1*
**Article 8.1.** The requirements for casinos and slot machine halls

1. The casino and gaming arcade can be located only in the building, structures that are subject to capital construction, to hold the specified object in whole or placed in a single isolated part.

2. The area of service to the participants of gambling in the casino can not be less than eight square meters, and it should be box office gambling facility, a cloakroom, a place for leisure visitors to the gambling establishment and toilet.

3. In the service area of the participants casino gambling should be set not less than ten gaming tables, and can be installed slot machines and items may be totalizator betting and (or) a bookmaker.

4. In the case of installation of slot machines in a service area participants casino gambling on this gambling establishment subject to the requirements set out in Part 6 of this Article.

5. The area of service to the participants in the gambling hall of slot machines may not be less than one hundred square meters, and it should be box office gambling establishment and toilet.

6. In the service area of the participants in the gambling hall gaming machines should be installed no less than fifty slot machines, as well as items may be totalizator betting and (or) a bookmaker.

7. In the service area of the hall of slot machines must be specially equipped premises or equipment should be installed for the receipt, delivery and temporary storage of cash.

*GUARANTEE: See. comments to the article 8.1 of this Federal Law*

Chapter 2 >> Gaming Zone

The content of the Federal Law of 29 December 2006
N 244-FZ "On state regulation of activities of the
organization and conduct ...

**Materials copyright
site advertising**

© "NPP" Garant-Service ", 2015. System GARANT produced since 1990. The company
Garant "and its partners are members of the Russian Association of Legal Information
guarantee.
Portal GARANT.RU (Garant.ru) is registered as an online edition of the Federal Service
for Supervision of Communications, Information Technology and Mass Communications
(Roskomnadzor), E number FS77-58365 from June 18, 2014

