# EXHIBIT H




PRINT EDITION | SMART EDITION

Search

# Feature RSS



## A raw deal for Russia's casino workers

at 01/02/2010 19:07

**Anna Sulimina**

**Moscow's casinos may have been forced to close their doors six months ago, but already their owners are dining out on fat profits in the hospitality sector.**

Experts say the gambling industry had begun to slow down anyway, as owners prepared for the time when a proposed ban would take effect. In 2008, revenue was an estimated $3 billion to $4 billion, compared with $5 billion to $6 billion in 2007.

"The decline started when the law was just under discussion," said Maxim Klyagin, a consumer industry analyst at Finam Management. "Key operators in the industry started to look abroad, mainly in the Ukraine or Belarus markets, and cut down their business in Russia."

At the same time, no new players were lured into setting up casinos in the four far-flung Russian regions where gambling remained legal.

"We do not think any of Moscow's operators will go to these legal gambling zones - there is no infrastructure and no clients for casinos," said the Association of Gambling Operators. "This is just not worth it at all."

### High rollers staying put

Even before the ban came into force on July 1, 2009, two of Moscow's biggest high rollers - Ritzio Entertainment Group and Storm International - decided not to gamble on investing in the legal zones.

Ritzio, which operated the Vulcan chain of fruit machines as well as big casinos Imperial and Desperado, left its rented slot-spots in Moscow before the clampdown. The vacated real estate has been gobbled up by food stores and mobile phone shops, while the casinos have switched their attention to fresh tables around the world.
"Our first priority now is unfolding business in Eastern Europe, CIS and Latin America," said Storm's vice president of hospitality, Richard Kveton. "However, we are not going to leave the Moscow market."

The company, which was founded in 1992 by English entrepreneur Michael Boettcher, had been operating five big casinos in Moscow before the ban - Shangri La, Jazz Town, New York, Karnaval and Udarnik - and the Super Slots chain.

### Laughing and dining

Storm has decided to switch to the hospitality industry and is now opening several restaurants on the sites of its former casinos. Perhaps with half an eye to an eventual return of the casinos in Moscow, The company kept faith with US-style entertainment in its roll of the restaurant dice, opening the American-style casual diner, Radio City, in place of the New York casino on Bolshaya Sadovaya.

Shangri La - a former gambler's paradise on Pushkinskaya Ploshchad - is being transformed into two restaurants serving Brazilian churrasco-rodizio, all-you-can-eat grills and Chinese dim-sum after being stripped of its one-armed bandits.

These two projects, called Macho Grill and Café Macao, are being launched this month together, and Storm is optimistic about their future with well-known Moscow restaurateur Arkady Novikov at the helm.

"We have gained sound experience in food service working with casino clients, but it's not an easy task to set up and operate all these dining spots," said Kveton. "However, our first restaurant, Radio City, drew lots of people for New Year's corporate parties and is currently very busy too."

Storm's other projects are still being worked on while all the Super Slots have been closed. Kveton says $1.5 million will be totally invested in the company's reorganisation.
Some other big casinos have also taken the pledge and transformed themselves into



ADVERTISING IN THE MOSCOW NEWS

users recommendations
facebook.

- Putin denies accusations of Stalinism
  23 people recommend this.
- Speaking ill of the dead
  22 people recommend this.
- Child discovers a mammoth in Taymyr
  52 people recommend this.
- Pussy Riot members arrested in Sochi
  152 people recommend this.

Facebook social plugin

**MOST READ**

- South Korea asks Russia, China to rein in North Korea
- Iron Lady Margaret Thatcher dies at 87
- Teacher says nuked friend for immortality
- Stephen Fry meets anti-gay politician
- Horsemeat found in sausage in Russia – officials

mainstream entertainment venues. The Golden Palace, near Belorusskaya metro station, has been redeveloped into an entertainment centre with restaurants and a dance floor, where the Russian popular show Comedy Club now takes place.

**Former Mecca struggles**

Moscow's biggest gambling Mecca, Novy Arbat, is proving the hardest hand to play with much of the real estate remaining vacant. While the Crystal casino has become a shopping centre with a high-end supermarket, Azbuka Vkusa, the former Angara and Metellitsa casinos, totalling 2,500 square metres, are still empty.

It appears the companies are happy to leak cash while waiting for someone to meet the lease.

"The owners of these premises expected higher rental rates than the market could sustain," said Tatyana Klyuchinskaya, director of retail property at Colliers International. "Obviously there are very few companies that can afford these places today and not all are convenient for retailers. In this regard, slot-spots were quicker to lease out."

Before the gambling ban, by law a casino had to be at least 3,000 square metres. This creates problems for potential tenants.

"The main problem of former casino premises is that most of them are off the beaten track, so it's not the best spot for an entertainment centre or shopping mall," said Julia Nikulicheva, director of strategic consulting at real estate firm Jones Lang La Salle. "Moreover, they are very large - and that makes it inappropriate for many other purposes."

However, some former Moscow casinos are still catering to gambling tastes under the legal protection of the state lottery, Rosloto. In the Korston Hotel, there is a corner with slot machines behind a curtain, where punters can enjoy a quiet flutter by buying a ticket that allows them to play - and win prizes - on the slots.





Advertise in MN    Contact us

©2007—2015 The Moscow News
Some material may be inappropriate for those under 18