1 | **Valentin Gurvits** (*pro hac vice*)
vgurvits@bostonlawgroup.com
2 | **Matthew Shayefar** (*pro hac vice*)
matt@bostonlawgroup.com
3 | **Boston Law Group, PC**
825 Beacon Street, Suite 20
4 | Newton Centre, Massachusetts 02459
Tel: 617-928-1800 | Fax: 617-928-1802
5 |
*Attorneys for Plaintiffs/Counter-Defendants*
6 |

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF ARIZONA

**GGS Ltd**,
an Anguilla company, and
**InfoStar Management Ltd**,
an English company,

   Plaintiffs/Counter-Defendants,

v.

**Ritzio Purchase Limited**,
a Cyprus company,
**Dareos Inc.**,
a Marshall Islands company, and
**Dareos Ltd.**,
a Cyprus company,

   Defendants/Counter-Claimants.

Case No.: CV-18-01512-PHX-DWL

**Notice of Joint Dismissal of All Claims Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c)**

Plaintiffs/Counter-Defendants and Defendants/Counter-Claimants hereby provide notice pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c) that they hereby dismiss all claims and counterclaims in this matter with prejudice, and without costs or fees. This dismissal is intended to dismiss and resolve this case in its entirety.

1

1

2  Dated: April 8, 2020

Plaintiffs/Counter-Defendants
By their Attorneys,

3

4

/s/ Matthew Shayefar

Matthew Shayefar (*pro hac vice*)
Valentin Gurvits (*pro hac vice*)
Boston Law Group, PC
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

5

6

7

Defendants/Counter-Claimants
By their Attorneys,

8

9

10

/s/ Douglas A. Grady

Douglas A. Grady (*pro hac vice*)
Clair C. Pena (SBA# 032756)
Baker & Hostetler LLP
dgrady@bakerlaw.com
cpena@bakerlaw.com

11

12

13

14

15

16

17

18

19

20

21

22

**Certificate of Service**

I hereby certify that the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below on April 8, 2020.

/s/ Matthew Shayefar
Matthew Shayefar

**Service List**

Douglas A. Grady
dgrady@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104

Clair C. Pena
cpena@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114